| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PAUL NGUYEN<br>16027 Brookhurst Street, Suite I-104<br>Fountain Valley, CA 92708<br>(949) 923-0106<br>mnapaul1@gmail.com<br><br>[LODGED FEB - 9 2026 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk]<br><br>☒ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br>Minh Tuong Nguyen | CASE NO.: 8:26-bk-10347-SC<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled _____
[PROPOSED] ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY (ADORE ESCROW)
_____

was lodged on (*date*) __02/08/2026__ and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                            Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/09/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Leonard Pena (Debtor's attorney): lpena@penalaw.com; Jeffrey I Golden (TR): lwerner@go2.law; UST: USTP.Region16@usdoj.gov; Erin M. Murphy (Adore Escrow attorney): Erin.Murphy@carlsonlawgroup.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/09/2026 | Nhi Duong | /s/ Nhi Duong |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In Re:<br><br>MINH TUONG NGUYEN;<br><br>Debtor. | Case No.: 8:26-bk-10347-SC<br><br>Hon. Scott C. Clarkson<br><br>CHAPTER 7<br><br>[PROPOSED] ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY (ADORE ESCROW) |

The Court, having considered the Motion, supporting papers, and any argument, and good cause appearing, **ORDERS**:

1. The Motion is GRANTED pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(2).

2. The automatic stay is modified solely to authorize:

   a. Adore Escrow, Inc. to deliver $38,000 held in Escrow No. 21P54043-JT to the Orange County Sheriff, Civil Division ("OCSD") as levying officer, and

   b. Orange County Sheriff Department to reopen any administratively closed levy file(s) relating to the Escrow Funds and to receive, process, and hold the Escrow Funds pursuant to the prepetition levy and applicable state-law procedures..

3. This Order is limited to the Escrow Funds described above. The stay remains in effect as to all other acts and property.

4. Nothing in this Order adjudicates rights beyond what is necessary to permit the limited acts authorized. The Chapter 7 trustee's rights are preserved except as necessary to effectuate this limited relief.

5. Fed. R. Bankr. P. 4001(a)(3) is waived.

1 | **IT IS SO ORDERED.**

Dated: _____      By: _____
                                Honorable Scott C. Clarkson