| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Paul Nguyen<br>16027 Brookhurst Street, Suite I-104<br>Fountain Valley, CA 92708<br>Tel: (949) 923-0106<br>Mnapaul1@gmail.com<br>Creditor Pro Se | |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MINH TUONG NGUYEN | CASE NO.: 8:26-bk-10347-SC<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br><br>MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE UNDER 11 U.S.C. § 707(a); TO DISMISS WITH PREJUDICE AND IMPOSE A REFILING BAR UNDER 11 U.S.C. §§ 349(a) AND 105(a)<br><br>***(Specify name of Motion)*** |
| Debtor(s). | DATE: 03/03/2026<br>TIME: 11:00 am<br>COURTROOM: 5C<br>PLACE: 411 W. Fourth Street<br>            Santa Ana, CA 92701 |

1.  TO (*specify name*): DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 7 TRUSTEE AND ALL PARTIES

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  02/10/2026

_____
Printed name of law firm


_____
Signature


PAUL NGUYEN
Movant/Creditor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and My business address is:

16027 Brookhurst Street, Suite I-104 Fountain Valley, CA 92708

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE UNDER 11 U.S.C. § 707(a); TO DISMISS WITH
 PREJUDICE AND IMPOSE A REFILING BAR UNDER 11 U.S.C. §§ 349(a) AND 105(a)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 02/10/2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

• Minh Tuong Nguyen (Debtor) 840 Chateau Ct, Garden Grove, CA 92841

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/10/2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

• Honorable Scott C. Clarkson, USBC, 411 W. Fourth Street, Suite 5130, Santa Ana, CA 92701
• Leonard Pena (Debtor's attorney):  lpena@penalaw.com;
• Jeffrey I Golden (TR):  lwerner@go2.law
• United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/10/2026 | PAUL NGUYEN | *Pnguyen* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708
Tel: (949) 923-0106
Mnapaul1@gmail.com

Creditor Pro Se

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

     MINH TUONG NGUYEN

          Debtor

) Case No.: 8:26-bk-10347-SC
)
) Chapter 7
)
) Hon. Scott C. Clarkson
)
) **MOTION TO DISMISS CHAPTER 7 CASE**
) **FOR CAUSE UNDER 11 U.S.C. § 707(a); TO**
) **DISMISS WITH PREJUDICE AND IMPOSE A**
) **REFILING BAR UNDER 11 U.S.C. §§ 349(a)**
) **AND 105(a); REQUEST FOR JUDICIAL**
) **NOTICE; DECLARATION OF PAUL**
) **NGUYEN; AND [PROPOSED] ORDER**
)
) Date:   3/3/2026
) Time:  11:00 a.m.
) Dept:  5C
)
)

**TO THE DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 7 TRUSTEE, THE**

**UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOT**ICE that on the above date and time, or as soon as the

matter can be heard, Movant Paul Nguyen will move the Court for an order:

1. Dismissing this Chapter 7 case for cause under 11 U.S.C. § 707(a);

2. Dismissing the case with prejudice under 11 U.S.C. § 349(a) and imposing a

    two-year refiling bar (or such period as the Court finds fitting) under 11 U.S.C.

    §§ 349(a) and 105(a), and/or requiring Court leave for any future bankruptcy

    filing during that period; and

Page 1

3. Granting any other appropriate relief.

This motion relies on the notice of motion and motion, the attached memorandum of points and authorities, the declaration of Paul Nguyen, the request for judicial notice, the case record (including Movant's motion for relief from stay at Doc 9 and related filings), and any evidence or argument presented at the hearing.

Dated: February 10, 2026

By: _____

PAUL NGUYEN
Judgement Creditor

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

This Chapter 7 case warrants dismissal due to a pattern of bankruptcy filings linked to foreclosure actions, coupled with inaccurate statements in the petition about prior bankruptcies and inconsistent personal identifiers. The debtor's petition falsely states no bankruptcies in the past eight years, despite an individual Chapter 7 filing in 2023. It lists SSN last-four digits as 7703, which subpoenaed Chase bank records confirm as accurate, while the 2023 case lists 9088. The debtor submitted Official Form 121 (restricted from public view), which contained certification of the SSN as accurate under penalty of perjury.

Movant has sought relief from the automatic stay (Doc. 9), highlighting real harm from this filing, including added litigation and delays.

Ninth Circuit precedent supports dismissal for cause under § 707(a) when conduct amounts to abuse or misconduct (*In re Padilla*, 222 F.3d 1184 (9th Cir. 2000); *In re Sherman*, 491 F.3d 948 (9th Cir. 2007)). Where bad faith appears from the overall circumstances, dismissal with prejudice and a refiling bar are justified under § 349(a) (*In re Leavitt*, 171 F.3d 1219 (9th Cir. 1999); *In re Ellsworth*, 455 B.R. 904 (B.A.P. 9th Cir. 2011)).

## II.    FACTUAL BACKGROUND

The facts are drawn from court records and subpoenaed Chase bank records subject to judicial notice.

### A.    The Current Case (8:26-bk-10347-SC)

The debtor filed this Chapter 7 petition on February 4, 2026, listing SSN last-four digits as 7703.  The petition denies any bankruptcy filings in the last eight years.  The

docket shows filing of Official Form 121, which contained certification the SSN as correct under penalty of perjury.

### B.    Movant's Motion for Relief from Stay (Doc. 9)

Movant filed for stay relief to mitigate harm from the automatic stay, given the debtor's history and petition inconsistencies. This step underscores the tangible burden this case imposes.

### C.    The 2023 Individual Chapter 7 Case (8:23-bk-12383-SC)

On November 13, 2023, the debtor filed an individual Chapter 7 under "Minh T Nguyen," listing SSN last-four digits as 9088 and residence at 10042 Rangeview Dr., Santa Ana, CA 92705.  That petition also denied prior bankruptcies in the last eight years (Doc. 1).

### D.    The Starworld USA LLC Chapter 7 Case (8:23-bk-11508-TA)

In July 2023, Starworld USA LLC filed Chapter 7 amid foreclosure on 10042 Rangeview Drive, Santa Ana, CA 92705.  Records include a consent form naming Tuong Minh Nguyen as sole manager and member, authorizing the filing.

### E. Subpoenaed Chase Bank Records Confirm Debtor's SSN Ends in 7703

Subpoenaed records from JPMorgan Chase Bank, N.A., produced in *Ngoc Tuyet Lam v. Minh Tuong Nguyen et al.*, Case No. 30-2022-01253059-CU-OR-NJC, include signature cards and resolutions for accounts linked to the debtor and Starworld USA LLC. These certified documents list the debtor's SSN as ending in 7703 (e.g., signature card dated June 30, 2020).

### III.    REQUEST FOR JUDICIAL NOTICE

Movant asks the Court to take judicial notice under *Fed. R. Evid*. 201 of the petitions and docket entries listed in the attached request, as well as certified excerpts from the Chase bank records, which are verifiable third-party documents.

## IV.    LEGAL STANDARDS

### A.    Dismissal for Cause Under § 707(a)

Section 707(a) allows dismissal only for cause. Courts first check if specific Code provisions address the issue; if not, they assess whether the conduct qualifies as cause (*Padilla*, 222 F.3d at 1191-92). Abuse or in-case misconduct can suffice (*Sherman*, 491 F.3d at 970-74).

### B.    Dismissal with Prejudice and Refiling Bars Under §§ 349(a) and 105(a)

Dismissal is typically without prejudice unless cause justifies otherwise (§349(a)). Bad faith, evaluated under a totality test, supports prejudice: misrepresentations, filing history, intent to thwart litigation, and prejudice (*Leavitt*, 171 F.3d at 1224; *Ellsworth*, 455 B.R. at 919-20). Courts may add refiling bars or leave requirements to curb abuse (§§ 349(a), 105(a)).

## V.    ARGUMENT

### A.    Cause Exists Under § 707(a) Due to Inaccurate Petition Statements and Certified SSN Discrepancy

This petition falsely denies prior bankruptcies, despite the 2023 filing—a key detail for oversight and abuse detection. The SSN last-four digits differ (9088 in 2023 vs. 7703 here), and Chase records confirm 7703 as the debtor's true SSN, rendering the 2023 disclosure inaccurate. The debtor certified the current SSN via Form 121.

This goes beyond clerical error, striking at case integrity and enabling unchecked serial filings. Such conduct fits § 707(a) cause, as it evades targeted remedies and abuses the process (*Sherman*, 491 F.3d at 970-74). Movant's stay-relief motion (Doc. 9) further shows direct creditor harm.

### B.    The Starworld Filing Bolsters Evidence of Abuse

The Starworld case, tied to foreclosure on the same property and authorized by the debtor as sole controller, fits a pattern of using bankruptcy to stall enforcement without genuine intent to proceed.

### C.    Dismiss with Prejudice and a Refiling Bar Under § 349(a)

The circumstances indicate bad faith under *Leavitt*: inaccurate denials of priors, SSN mismatch with third-party confirmation of 7703 as accurate, serial filings disrupting enforcement, and creditor burden via stay litigation (Doc. 9). A two-year bar, or leave requirement, would prevent recurrence (*Ellsworth*, 455 B.R. at 919-20).

### D.    Alternatives: Leave Condition and UST Referral

If no bar, require leave and good-faith showing for refilings. Movant respectfully request this court refer to the U.S. Trustee for review given the SSN issues and Chase records.

## VI.    RESERVATION OF RIGHTS

Movant reserves the right to supplement based on new filings or records.

## VII.    CONCLUSION

The Court should dismiss for cause under § 707(a), with prejudice under § 349(a), and impose a two-year bar or leave condition under §§ 349(a) and 105(a), plus any other relief.

Dated: February 10, 2026

By: _____
PAUL NGUYEN
Judgement Creditor

**DECLARATION OF PAUL NGUYEN**

I, Paul Nguyen, declare:

1. I am the movant and a creditor in this case. I have personal knowledge of these facts and could testify to them.

2. I am making this declaration in support my motion to dismiss.

3. I reviewed the petition in this case (8:26-bk-10347-SC), which lists SSN last-four as 7703 and denies priors in eight years. Copies of relevant pages are in **RJN Exs. 1.**

4. The docket also notes Official Form 121 filing that contained SSN certified under penalty of perjury.

5. I reviewed the 2023 petition (8:23-bk-12383-SC), listing SSN last-four as 9088, address at 10042 Rangeview Dr., Santa Ana, CA 92705, and denying priors. Copy in **RJN Exs. 2.**

6. I also reviewed Starworld records (8:23-bk-11508-TA) which show foreclosure on the Rangeview property and consent by Tuong Minh Nguyen as sole manager/member. Copies in **RJN Exs. 3 and 4**.

7. I filed stay-relief motion (Doc. 9) due to stay harms amid this history.

8. I obtained subpoenaed Chase bank records in *Ngoc Tuyet Lam v. Minh Tuong Nguyen et al.*, Case No. 30-2022-01253059-CU-OR-NJC, certified on July 16, 2025 as business record of debtor. These include signature cards confirming the debtor's SSN ends in 7703. Copies of relevant excerpts are in RJN Exs. 5.

//

//

//

//

I declare under penalty of perjury that this is true and correct.

Executed on February 10, 2026, at Orange County, California.

By: _____
PAUL NGUYEN
Judgement Creditor

# REQUEST FOR JUDICIAL NOTICE

Movant requests notice under Fed. R. Evid. 201 of these Central District records and certified Chase excerpts:

RJN Ex. 1:    Case 8:26-bk-10347-SC, Petition SSN last-four 7703.

RJN Ex. 2:    Case 8:23-bk-12383-SC, Petition SSN last-four 9088, address, no-priors response.

RJN Ex. 3:    Starworld (8:23-bk-11508-TA) Foreclosure context on Rangeview property.

RJN Ex. 4:    Starworld (8:23-bk-11508-TA) Consent by Tuong Minh Nguyen as sole manager/ member.

RJN Ex. 5:    Chase Bank Records Custodian declaration dated July 16, 2025.

RJN Ex. 6:    Signature card dated June 30, 2020, listing SSN ending in 7703 for Tuong Minh Nguyen.

Dated: February 10, 2026

By: _____

PAUL NGUYEN
Judgement Creditor

# RJN Ex. 1: Case 8:26-bk-10347-SC, Petition SSN last-four 7703

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA,

Case number *(if known)* _____

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Minh<br>First name<br><br>Tuong<br>Middle name<br><br>Nguyen<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7703 |  |

Debtor 1    Minh Tuong Nguyen _____    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ EIN | _____ EIN |

**5.** **Where you live**

| | |
|---|---|
| 840 Chateau Ct, Garden Grove, CA 92841 _____ Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** _____ Number, Street, City, State & ZIP Code |
| Orange _____ County | _____ County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____ Number, P.O. Box, Street, City, State & ZIP Code | _____ Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    Minh Tuong Nguyen _____    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| District_____ | When_____ | Case number_____ |
| District_____ | When_____ | Case number_____ |
| District_____ | When_____ | Case number_____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor_____ | | Relationship to you _____ |
| District_____ | When_____ | Case number, if known _____ |
| Debtor_____ | | Relationship to you _____ |
| District_____ | When_____ | Case number, if known _____ |

**11. Do you rent your residence?**

☒ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Minh Tuong Nguyen _____   Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____

Number, Street, City, State & Zip Code

Debtor 1    Minh Tuong Nguyen                                                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

<table>
<tr><td></td><td><b>About Debtor 1:</b></td><td><b>About Debtor 2 (Spouse Only in a Joint Case):</b></td></tr>
</table>

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Minh Tuong Nguyen                  Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily **consumer debts**? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily **business debts**? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Minh Tuong Nguyen

| | |
|---|---|
| Minh Tuong Nguyen<br>Signature of Debtor 1 | Signature of Debtor 2 |

| Executed on | February 4, 2026 | Executed on | |
|---|---|---|---|
| | MM / DD / YYYY | | MM / DD / YYYY |

Debtor 1    Minh Tuong Nguyen _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Leonard Pena _____    Date    February 4, 2026 _____
Signature of Attorney for Debtor                                    MM / DD / YYYY

Leonard Pena _____
Printed name

Pena & Soma, APC _____
Firm name

1003 Diamond Avenue Suite 202
South Pasadena, CA 91030 _____
Number, Street, City, State & ZIP Code

Contact phone    (626) 396-4000 _____    Email address    lpena@penalaw.com _____

192898 CA _____
Bar number & State

---

# RJN Ex. 2:
# Case 8:23-bk-12383-SC, Petition SSN last-four 9088, address,  no-priors response.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number *(if known)*: _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Minh<br>First name<br><br>T<br>Middle name<br><br>Nguyen<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last Name | First name<br><br>Middle name<br><br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 9088 | XXX – XX – _____ |

| Debtor 1 | Minh | T | Minh T Nguyen | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business* as names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| 10042 Rangeview Dr<br>Number       Street<br><br>_____<br><br>Santa Ana            CA      92705<br>City                    State   ZIP Code<br><br>ORANGE-CA<br>County | Number       Street<br><br>_____<br><br>_____<br>City                    State   ZIP Code<br><br>_____<br>County |

| If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. |
|---|---|
| 2618 San Miguel Dr<br>Number       Street<br><br>#364<br>P.O. Box<br><br>Newport Beach        CA      92660<br>City                    State   ZIP Code | Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State   ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____ | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1    Minh                T
            First Name    Middle Name    Last Name                                    Case number (if known)

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [ ] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [✓] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [✓] No.
- [ ] Yes.   District _____   When _____   Case Number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✓] No.
- [ ] Yes.   Debtor _____   Relationship to you _____
             District _____   When _____   Case Number, if known _____
                                          MM / DD / YYYY

**11. Do you rent your residence?**

- [✓] No.   Go to line 12
- [ ] Yes.  Has your landlord obtained an eviction judgment against you?

  - [ ] No    No. Go to line 12
  - [ ] Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

# RJN Ex. 3: Starworld (8:23-bk-11508-TA) Foreclosure context on Rangeview property.

**Fill in this information to identify the case:**

Debtor name  Starworld USA LLC

United States Bankruptcy Court for the:  Central    District of  CA
                                                   (State)

Case number (If known):  8:23-bk-11508

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1 Creditor's name**
BENCH EQUITY LLC

Describe debtor's property that is subject to a lien
10042 RANGEVIEW DRIVE

$ 2,218,012.59    $ 4,000,000.00

Creditor's mailing address
1223 S. CLEARVIEW SUITE 103
MESA ARIZONA 85209

SANTA ANA CA 92705

Describe the lien

Creditor's email address, if known
nalexander@benchequity.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  8-14-2020

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account
number _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
2.1, 2.2, 2.3, 2.4, 2.5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2 Creditor's name**
JULIE DAO

Describe debtor's property that is subject to a lien
10042 RANGEVIEW DRIVE

$ 612,166.00    $ 4,000,000.00

Creditor's mailing address
310 N Olympia, Anahiem CA
92806

SANTA ANA CA 92705

Describe the lien

Creditor's email address, if known
julie@jclescrowinc.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  7-1-2021

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account
number _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines ____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 3,732,836.59

Debtor    Starworld USA LLC _____    Case number (if known) 8:23-bk-11508
             Name

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

CINDY LINA VU

Creditor's mailing address
16284 MT ISLIP FOUNTAIN
VALLEY CA 92708

Creditor's email address, if known
CINDYVIP21@YAHOO.COM

Date debt was incurred   10-1-21
Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
10042 RANGEVIEW DRIVE

SANTA ANA CA 92705

Describe the lien

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 465,658.00    $ 4,000,000.00

**2.6** Creditor's name

THUY T DINH

Creditor's mailing address

57 ZEN GDN IRVINE CA 92620

Creditor's email address, if known

Date debt was incurred   _____
Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
10042 RANGEVIEW DRIVE

SANTA ANA CA 92705

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 397,000.00    $ 4,000,000.00

# RJN Ex. 4: Starworld (8:23-bk-11508-TA) Consent by Tuong Minh Nguyen as sole manager/member.

**ACTION BY UNANIMOUS WRITTEN CONSENT**

**OF MANAGER OF**

**STARWORLD USA LLC**

**A California Limited Liability Company**


WHEREAS, it is deemed desirable and in the best interests of this Company that the following actions be taken by the sole Manager and sole Member of this Company pursuant to this Unanimous Written Consent, The undersigned, being the sole Manager and the sole Member of Starworld USA LLC ("Company"), hereby consent to, approve, and adopt the following resolution:

<u>PETITION FOR CHAPTER 7 BANKRUPTCY</u>


WHEREAS, it is deemed in the best interest of this corporation to file a Voluntary Petition for bankruptcy under Chapter 7 and liquidate its assets for ultimate distribution to its creditors;

RESOLVED that the sole Manager and sole Member of the Company hereby consent to and approve the filing of a Voluntary Petition under Chapter 7;

RESOLVED FURTHER, that the manager and officers of this Company, and each individually is, hereby authorized to do and perform any and all such acts, including execution of any and all documents and certificates, as said officers shall deem necessary or advisable, to carry out the purposes of the foregoing resolutions.

RESOLVED FURTHER, that any action taken by such officers prior to the date of the foregoing resolutions adopted hereby that are within the authority conferred thereby are hereby ratified, confirmed, and approved as the acts and deeds of this Company.

NGAN TRAN as attorney
in fact for TUONG MINH NGUYEN

Dated: July 26, 2023

Tuong Minh Nguyen

Manager

# RJN Ex. 5:
# Chase Bank Records Custodian declaration dated July 16, 2025

**JPMorganChase**

**RCO Centralized Mail**
**Mail Code LA4-7300**
**700 Kansas Lane**
**Monroe, LA 71203-4774**

7/16/2025

HAI H LAI
LAW OFFICE OF HAI H. LAI
9550 WARNER AVENNUE SUITE 250
FOUNTAIN VALLEY CA 92708

**Case Name:  NGOC TUYET LAM VS MINH TUONG NGUYEN, AKA NGUYEN TUONG MINH, NGAN THI KIM TRAN, AND DOES 1 20, INCLUSIVE**
**Case No.:  30202201253059CUORNJC**
**JPMorgan Chase File No.:  SB1725141-F1**

To Whom It May Concern:

We have received a subpoena and/or request for the matter referenced above. Based on the information you provided in the request, a good faith search was conducted for information or records related to the named subject(s). Here is the information located during this search that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728; we accept operator relay calls.  We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.  Please know that we are only able to provide the status of this request.  We can't verbally disclose further information related to the records and/or information provided.

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

Sincerely,

National Subpoena Processing

JPMorgan Chase Bank, N.A. Member FDIC
SUBP17

**Case No. : 30202201253059CUORNJC**

I, Caronetta Y Williams, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist IV  and Custodian of Records for JPMorgan Chase Bank, N.A.  (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.


I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.


Dated: 7/16/2025 _____    By: *Caronetta Y Williams* _____
Caronetta Y Williams
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.


SB1725141-F1                                                                        Subp10a

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>HAI H. LAI (SBN 193357)<br>9550 WARNER AVENNUE, SUITE 250<br>FOUNTAIN VALLEY, CA 92708<br><br>TELEPHONE NO.: 714-593-5800    FAX NO.: 714-200-0221<br>E-MAIL ADDRESS: ATTORNEY_LAI@YAHOO.COM<br>ATTORNEY FOR *(Name)*: NGOC TUYET LAM | *FOR COURT USE ONLY* |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE COUNTY
STREET ADDRESS: 1275 N Berkeley Avenue
MAILING ADDRESS: 1275 N Berkeley Avenue
CITY AND ZIP CODE: Fullerton, CA 92832
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF/ PETITIONER: NGOC TUYET LAM

DEFENDANT/ RESPONDENT: MINH TUONG NGUYEN, et al.

| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br>30-2022-01253059-CU-OR-NJC |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
Custodian of Records, JP Morgan Chase Bank, N.A., 18501 Main Street, Huntington Beach, CA 92705

1.  **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer):* HAI H. LAI

On *(date)* : 07/07/2025    At *(time):* 10:00 a.m.

Location *(address):* 9550 Warner Avenue, Suite 250, Fountain Valley, CA 92708

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a.  [ x ]  by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b.  [ ]  by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c.  [ ]  by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2.  *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3.  *The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):*
SEE ATTACHMENT 3

[ x ]  Continued on Attachment 3.

4.  **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: 5/21/2025

HAI H. LAI
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

ATTORNEY FOR PLAINTIFF NGOC TUYET LAM
(TITLE)

(Proof of service on reverse)

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-010 [Rev. January 1, 2012] | **DEPOSITION SUBPOENA FOR PRODUCTION**<br>**OF BUSINESS RECORDS** | Code of Civil Procedure, §§ 2020.410–2020.440;<br>Government Code, § 68097.1<br>www.courts.ca.gov |
|---|---|---|

**Table Of Contents:**
SB1725141-F1

**Account Number : 00000000000732366072**

    **Statements and/or Items** — 1

    **Checking -Corporate Resolution - 06/2021** — 33

    **Checking -Signature Card - 06/2021** — 35

**Account Number : 00000000000627087510**

    **Statements and/or Items** — 36

    **Checking -Signature Card - 06/2020** — 86

    **Paperless Transactions** — 89

**Account Number : 00000000000651556232**

    **Statements and/or Items** — 93

    **Checking -Signature Card - 09/2020** — 383

    **Paperless Transactions** — 386

**Account Number : 00000000000651557529**

    **Statements and/or Items** — 391

    **Checking -Signature Card - 09/2020** — 434

    **Paperless Transactions** — 437

**Account Number : 00000000003831871828**

    **Statements and/or Items** — 440

    **Paperless Transactions** — 480

    **Savings -Signature Card - 06/2020** — 483

**Account Number : 00000000000435101725**

    **Statements and/or Items** — 486

    **Checking -Corporate Resolution - 06/2020** — 528

    **Checking -Signature Card - 06/2020** — 530

    **Paperless Transactions** — 531

# RJN Ex. 6: Signature  card dated June 30, 2020, listing SSN ending in 7703 for Tuong Minh Nguyen.

   

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")** (DBA(s) on the following page(s) if applicable)
STARWORLD USA LLC

**ACCOUNT NUMBER** 732366072
**ACCOUNT TYPE** Chase Business Complete Checking
**TAXPAYER ID NUMBER** ■■■■■
**DATE OPENED** 06/21/2021
**FORM OF BUSINESS** Limited Liability Company - Manager Managed (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A ( 703 )
Fountain Valley - 741367
MONIKA BOCTOUR
(714) 964-6086
06/21/2021

**BUSINESS ADDRESS**
10531 GARDEN GROVE BLVD UNIT 200

GARDEN GROVE, CA 92843-1187

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 202016410590 | CA | 06/11/2020 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | NGAN THI KIM TRAN | **(714) 249-3998 | ■■■ | Manager | 6/21/2021 | |
| 2) | CINDY VU | **(714) 376-5120 | ■■■ | Manager | 6/21/2021 | |
| 3) | TUONG MINH NGUYEN | **(951) 456-6666 | ■■■-7703 | Manager | 6/21/2021 | |
| 4) | | | | | | |

