| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PAUL NGUYEN<br>16027 Brookhurst Street, Suite I-104<br>Fountain Valley, CA 92708<br>(949) 923-0106<br>mnapaul1@gmail.com<br><br>☒ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br>Minh Tuong Nguyen | CASE NO.:  8:26-bk-10347-SC<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE UNDER 11 U.S.C. § 707(a) |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  <u>ORDER GRANTING MOTION TO DISMISS FOR CAUSE; DISMISSING</u>
<u>WITH PREJUDICE; AND IMPOSING REFILING BAR</u>

was lodged on (*date*) <u>02/10/2026</u> and is attached.  This order relates to the motion which is docket number ____.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and business address is:

16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __02/10/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

• Minh Tuong Nguyen (Debtor) 840 Chateau Ct, Garden Grove, CA 92841

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __02/10/202 6__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

• Leonard Pena (Debtor's attorney):  lpena@penalaw.com;
• Jeffrey I Golden (TR):  lwerner@go2.law
• United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov    ☐

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/10/2026 | PAUL NGUYEN | /s/ *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br><br>MINH TUONG NGUYEN;<br><br>      Debtor. | Case No.: 8:26-bk-10347-SC<br><br>Hon. Scott C. Clarkson<br><br>CHAPTER 7<br><br>[PROPOSED]<br>ORDER GRANTING MOTION TO DISMISS FOR CAUSE; DISMISSING WITH PREJUDICE; AND IMPOSING REFILING BAR |

The motion to dismiss came for hearing on March _____, 2026. After reviewing the motion, papers, record (including stay-relief motion, Doc. 9, and Chase records), and arguments, the Court finds:

1. Cause for dismissal under 11 U.S.C. § 707(a).
2. Cause for prejudice under 11 U.S.C. § 349(a) due to bad faith, inaccuracies, serial filings, and creditor harm.

**IT IS ORDERED:**

1. Motion granted.
2. Case dismissed for cause under § 707(a).
3. Dismissal with prejudice under § 349(a).
4. Debtor barred from Title 11 filings for two years from this order.
   - 4a. Alternative: For two years, no filings without Court leave on noticed motion showing good faith.

Clerk to serve U.S. Trustee.

//
//

1

1 **IT IS SO ORDERED.**

2

3

4

5 Dated: _____                                    By: _____

6                                                            Honorable Scott C. Clarkson