United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-10347-SC |
| Minh Tuong Nguyen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Minh Tuong Nguyen, 840 Chateau Ct,, Garden Grove, CA 92841-4349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey I Golden (TR) | lwerner@go2.law  kadele@go2.law;C205@ecfcbis.com |
| Leonard Pena | on behalf of Debtor Minh Tuong Nguyen lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**FEB 09 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Minh Tuong Nguyen<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:26-bk-10347-SC<br>CHAPTER: 7<br><br>**ORDER:**<br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE AND SETTING HEARING ON MARCH 4, 2026**<br><br>**[LBR 9075-1(b)]** |
|---|---|
| **Movant** (*name*): Paul Nguyen | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion for Relief From Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)

    b. *Date of filing of motion:* February 9, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: February 9, 2026

3. Based upon the court's review of the application, it is ordered that:
    a.   ☒   The Application is denied. The motion will be heard as noticed and calendared by applicant– see Dk. 9. The parties shall comply with all applicable Local Bankruptcy Rules.

    b.   ☐   The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** <br> **Time:** <br> **Courtroom:** | **Place:** <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☐ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ <br> Date: <br><br> Time: | (B) _Persons/entities to be provided with telephonic notice:_ <br><br><br><br> ☐ See attached page <br><br> (C) _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First class mail ☐ Facsimile* ☐ Email*

| (B) _Deadlines:_ <br> Date: <br><br> Time: | (C) _Persons/entities to be served with written notice and a copy of this order:_ <br><br><br><br> ☐ See attached page <br><br> (D) _Service is also required upon_: <br> -- United States trustee _(electronic service is not permitted)_ <br> -- Judge's copy personally delivered to chambers <br>   (_see Court Manual for address_) |
|---|---|

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_     Page 2     **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
 (*see Court Manual for address*)

---

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
 (*see Court Manual for address*)

---

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 3  **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) <u>*Deadlines:*</u><br>  Date:<br><br>  Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>   -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>   -- United States trustee *(electronic service is not permitted)*<br>   -- Judge's Copy personally delivered to chambers<br>     (*see Court Manual for address*) |
|---|---|

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:              Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 9, 2026

*[signature]*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 4                **F 9075-1.1.ORDER.SHORT.NOTICE**