LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
1003 Diamond Ave., Suite 202
South Pasadena, California 91030
Telephone (626) 396-4000
Facsimile (626) 498-8875

Attorneys for Debtor

FILED & ENTERED

FEB 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MINH TUONG NGUYEN,<br><br>       Debtor. | ) Case No.: 8:26-bk-10347-SC<br>)<br>) Chapter 11<br>)<br>) ORDER GRANTING EX PARTE MOTION<br>) FOR AN ORDER EXTENDING TIME FOR<br>) DEBTOR TO FILE SCHEDULES OF<br>) ASSETS AND LIABILITIES AND<br>) STATEMENT OF FINANCIAL AFFAIRS |

The Court considered the *Debtor's Motion To Extend Time To File Case Opening Documents* (Dk. 23, the "Enlargement Motion"). Finding good cause, it is

ORDERED:

1.  The Enlargement Motion is granted; and,

///

1

2.    The deadline within which the Debtor shall file his Schedules of Assets and Liabilities, Statement of Financial Affairs, and any and all documents due to be filed in the Debtor's case is extended up to and including February 20, 2026.


###


Date: February 19, 2026

Scott C. Clarkson
United States Bankruptcy Judge