| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| | **FILED & ENTERED**<br><br>MAR 20 2026<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |
| ☐ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Minh Tuong Nguyen, | CASE NO.:    8:26-bk-10347-SC |
|---|---|
| | CHAPTER.:    7 |
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| | DATE:    March 4, 2026<br>TIME:    10:00 AM<br>COURTROOM: 5C<br>PLACE: |
| Debtor(s). | |
| **Movant:   Paul Nguyen** | |

1.  The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2.  The description of the Property or Nonbankruptcy Action to which this order applies is as follows (specify street address, legal description, personal property description or Nonbankruptcy Action):

    Lam v. Nguyen, OSSC Case No. 30-2022-01253059-CU-OR-CJC

3.  The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a.  ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b.  ☐ Unexcused non-appearance by Movant

    c.  ☐ Lack of proper service

    d.  ☐ Lack of good cause shown for relief from stay

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

e. ☐ No stay is in effect under:

(1) ☐ 11 U.S.C. § 362(c)(2)(A)

(2) ☐ 11 U.S.C. § 362(c)(2)(B)

(3) ☐ 11 U.S.C. § 362(c)(3)(A)

(4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other (specify):

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

### 

Date: March 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.