FOR COURT USE ONLY

**FILED**

APR - 3 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

Name of Debtor(s) listed on the bankruptcy case:
MinhTuong Nguyen

CASE NO.: 8:26-bk-10347-SC

CHAPTER: 7

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):                          Cindy Lina Vu

   Mailing Address:              284 Mount Islip

   City, State, Zip Code: Fountain Valley, CA 92708

3. **New Address:**

   Mailing Address:              16284 Mount Islip Circle

   City, State, Zip Code: Fountain Valley, CA 92708

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 04/02/2026

Cindy Lina Vu
Requestor's printed name(s)

_Cindy Vu_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.