ERIC P. ISRAEL (State Bar No. 132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: 310-229-1234
Fax: 310-229-1244

Proposed Special Counsel for Jeffrey I. Golden, Trustee

FILED & ENTERED

APR 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Minh Tuong Nguyen,

                                        Debtor(s).

Case No.: 8:26-bk-10347-SC
Chapter 7

**AMENDED ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY [DKT 49]**

DATE: May 6, 2026
TIME: 10:00 a.m.
PLACE: Courtroom "5C"
            411 W. 4th St.
            Santa Ana, CA

The Court having read the Stipulation to Continue Hearing on Motion for Relief from Stay [DKT 49] (the "RFS Motion") between Jeffrey I. Golden, the Chapter 7 trustee for the estate of Minh Tuong Nguyen (the "Debtor"); the Debtor; and Paul Nguyen, good cause appearing, it is hereby ORDERED THAT:

1. The hearing on the RFS Motion is continued from May 6, 2026, at 10:00 a.m., to June 3, 2026, at 10:00 a.m.

Date: April 24, 2026

Scott C. Clarkson
United States Bankruptcy Judge

-1-