Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708
Tel: (949) 923-0106
Mnapaul1@gmail.com

Creditor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | ) | Case No.: 8:26-bk-10347-SC |
|---|---|---|
| MINH TUONG NGUYEN | ) | Chapter 7 |
| Debtor | ) | Hon. Scott C. Clarkson |
| | ) | **NOTICE OF OPPORTUNITY TO REQUEST HEARING ON MOTION OF CREDITOR PAUL NGUYEN TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE AND/OR TO DETERMINE DISCHARGEABILITY OF DEBT [LBR 9013-1(o)]** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR; DEBTOR'S COUNSEL, IF ANY; CHAPTER 7 TRUSTEE JEFFREY I. GOLDEN; THE UNITED STATES TRUSTEE; AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that Creditor Paul Nguyen ("Movant") has filed a

**Motion to Extend Deadline to File Complaint Objecting to Discharge Under 11**

**U.S.C. § 727 and/or to Determine Dischargeability Under 11 U.S.C. § 523(a)(2), (4),**

**and/or (6)** (the "Motion"). The Motion seeks an order extending the current **May 4, 2026**

deadline to file a discharge-objection and/or nondischargeability complaint to **August**

**25, 2026, or 60 days after conclusion of the § 341 meeting of creditors, whichever**

**is later.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(o), the Court may rule on the Motion without a hearing unless a party in interest timely files and serves a written response and request for hearing.

**RESPONSE DEADLINE: Any written response and request for a hearing must be filed with the Court and served on Movant within 14 days after service of this Notice**, pursuant to LBR 9013-1(o)(3). If your response is filed by mail, allow three additional days as provided by Federal Rule of Bankruptcy Procedure 9006(f).

If no timely written response and request for hearing is received, Movant may file a declaration of non-opposition and request that the Court enter an order granting the Motion without further notice or hearing, pursuant to LBR 9013-1(o)(4).

If a timely written response and request for hearing is filed, the Court will schedule a hearing and provide notice of the hearing date, time, and location to all parties who have filed a response.

The Motion, Declaration of Paul Nguyen, and Proposed Order are filed and served concurrently with this Notice. Copies may be obtained from the Court's docket or by contacting Movant at the address listed above.

Dated: April 29, 2026

Paul Nguyen
Creditor and Movant in Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 16027 Brookhurst Street, Suite I-104, Fountain Valley, CA 92708.


A true and correct copy of the foregoing document entitled (*specify*):
(a) Motion of Creditor Paul Nguyen to Extend Deadline to File Complaint Objecting to Discharge Under 11 U.S.C. § 727
and/or to Determine Dischargeability Under 11 U.S.C. § 523; Memorandum of Points and Authorities;
(b) Declaration of Paul Nguyen in Support of Motion to Extend Deadline;
(c) Notice of Opportunity to Request Hearing [LBR 9013-1(o)]; and
(d) [Proposed] Order Granting Motion.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/24/2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

**Hon. Scott C. Clarkson**           **Minh Tuong Nguyen (Debtor)**
United States Bankruptcy             840 Chateau Ct,
411 West Fourth Street, Suite 5130   Garden Grove, CA 92841
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  02/19/2026, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

   Leonard Pena, Attorney for Debtor Minh Tuong Nguyen:  lpena@penalaw.com
   Jeffrey I Golden (TR):  lwerner@go2.law
   ERIC  P. ISRAEL attorney for TR:  epi@lnbyg.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/29/2026 | ALLAN NGUYEN | |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**