

FILED

MAY - 1 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Thanh Binh Tran
17109 Laurel St
Fountain Valley, CA 92708
Phone: 714-797-6749
Email: binh.tt230173@gmail.com

Creditor, pro se

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

**In re:**

    **MINH TUONG NGUYEN,**
        Debtor.

---

**Case No.: 8:26-bk-10347-SC**

**Chapter 7**

## CREDITOR THANH BINH TRAN'S
## DECLARATION AND OBJECTION TO DISCHARGE OF DEBT

I, **THANH BINH TRAN**, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth in this declaration. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. My address is 17109 Laurel Street, Fountain Valley, California 92708. I may be reached by telephone at (714) 797-6749 and by email at binh.tt230173@gmail.com.

3. I am a creditor in the above-captioned Chapter 7 bankruptcy case of Mr. Minh Tuong Nguyen, Case No. 8:26-bk-10347-SC, pending before this Court.

1

4.  The Debtor, Mr. Minh Tuong Nguyen, is indebted to me in the aggregate principal amount of approximately $625,000, arising out of funds I provided to the Debtor in connection with two of his real-estate investments: (a) approximately $450,000 advanced in connection with the property commonly known as 18462 Villa Drive, Villa Park, California 92861; and (b) approximately $175,000 advanced in connection with the property commonly known as 10042 Rangeview Drive, Santa Ana, California 92705. The Debtor has acknowledged these obligations, including in the schedule of debts produced in connection with this bankruptcy case. Despite my repeated demands, the Debtor has not repaid the indebtedness, in whole or in part.

5.  For avoidance of doubt, the indebtedness described in the preceding paragraph is separate and distinct from the $38,000 earnest-money deposit relating to my own purchase of the property commonly known as 9049 Lemongrass Court, Fountain Valley, California, which the Debtor temporarily advanced on my behalf to Adore Escrow, Inc. on October 26, 2021. The Debtor has declared, under penalty of perjury in his sworn declaration filed January 15, 2026 in Orange County Superior Court Case No. 30-2022-01253059-CU-OR-NJC (ROA #543), that those Adore Escrow funds belong to my wife and me as the buyers in the underlying transaction, and that he retains no ownership, control, or interest in them. I therefore respectfully request that those Adore Escrow funds be returned to me, and at a minimum that they be paid to me directly through this bankruptcy proceeding and not retained as property of the bankruptcy estate.

6.  On or about March 20, 2026, I received the Court's Notice of Chapter 7 Bankruptcy Case in connection with the above-referenced matter. After reviewing the notice, and after careful consideration, I respectfully inform the Court that I do not consent to the discharge of the debt owed to me by the Debtor.

7.  I respectfully request that the Court take this objection into account and afford me the opportunity to seek a determination that the debt owed to me is excepted from discharge under the applicable provisions of the United States Bankruptcy Code, including without limitation 11 U.S.C. sections 523 and/or 727, as the facts may warrant.

8.  I expressly reserve all rights to: (a) timely file a Proof of Claim in this case; (b) commence an adversary proceeding to except my claim from discharge or to deny discharge to the Debtor; (c) appear at and participate in the meeting of creditors held under 11 U.S.C. section 341(a); and (d) take any other action available to me under the

2

Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to protect my interests as a creditor.

9. Nothing contained in this declaration is intended as, or shall be construed as, a waiver of any right, claim, defense, or remedy I may have against the Debtor or against the bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2026, at Fountain Valley, California.

THANH BINH TRAN, Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*):  CREDITOR THANH BINH TRAN'S
DECLARATION AND OBJECTION TO DISCHARGE OF DEBT

9086 LA PALOMA AVE, FOUNTAIN VALLEY, CA 92708

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/01/2026 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Leonard Peña, Esq. (Counsel for Debtor)

1003 Diamond Ave., Suite 202

South Pasadena, California 91030

Emails: lpena@penalaw.com, Reception@penalaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) __05/01/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott Clarkson

411 West Fourth Street, Suite 2030

Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/01/2026 | NHAT THONG NGUYEN | ℳℓ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.