ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
1818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Special Counsel for Jeffrey I. Golden,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10347-SC |
| MINH TUONG NGUYEN, | Chapter 7 |
| Debtor. | **TRUSTEE'S NOTICE OF JOINDER IN DEBTOR'S OPPOSITION AND OPPOSITION TO MOTION FOR RELIEF FROM STAY [DKT 43]** |
| | DATE:   June 3, 2026<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom "5C"<br>              411 W. 4th St.<br>              Santa Ana, CA |

**TO PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE THAT** Jeffrey I. Golden, the Chapter 7 trustee (the "<u>Trustee</u>") for the estate of Minh Tuong Nguyen (the "<u>Debtor</u>"), hereby joins in the Debtor's opposition [Dkt 48] to the motion filed by movant Paul Nguyen ("<u>Movant</u>") seeking relief from the automatic stay [Dkt 43] (the "<u>Motion</u>" and the "<u>Opposition</u>", respectively).  The Trustee agrees with the Debtor that the Motion should be denied for all of the reasons set forth in his Opposition.  In addition, even if Movant's underlying judgment ultimately were to be upheld, the execution lien imposed by the December 2, 2025 levy under Cal. Civ. P. Code section 697.710 is avoidable as a

/ / /

/ / /

1

preference because the within case was commenced within 90 days of the petition date (February 4, 2026). 11 U.S.C. § 547(a).[1]  As a result, the funds should be recovered by the Trustee for the benefit of all creditors.

For all of these reasons, the Trustee opposes the Motion.  The Trustee further prays for all other appropriate relief.

DATED:  May 4, 2026                    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK
                                       L.L.P.

                                       By:  _____*/s/ Eric P. Israel*_____
                                            ERIC P. ISRAEL
                                            Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

---

[1]  In his reply [Dkt 53], Movant erroneously contends that a preference action would fail under sections 547(a)(1) and (5).  He argues that the funds do not belong to the Debtor, and hence are not property of the estate, but his own Exhibit "C" is a state court judgment dated January 29, 2026 declaring those funds to belong to the Debtor.  Indeed, without that judgment declaring that the escrow belongs to the Debtor, Movant himself would have no interest in it since his judgment is only against the Debtor.  He also argues that the fact that he has an execution lien means that he is a secured creditor, and, he argues, that that lien passed through upon a bankruptcy filing and hence that he did not receive more than he would have in a Chapter 7 case.  That argument too is defective, as the preferential transfer at bar is the granting of the lien itself within 90 days of the petition date. Without that lien, Movant would only be a general, unsecured creditor, and it is clear that this is not a surplus case.  Hence, the execution lien would allow him to receive more than he would in this Chapter 7 liquidation.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S NOTICE OF JOINDER IN DEBTOR'S OPPOSITION AND OPPOSITION TO MOTION FOR RELIEF FROM STAY [DKT 43]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey I Golden (TR)    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **May 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Paul Nguyen
16027 Brookhurst Street, Suite 1-104
Fountain Valley, CA 92708

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
- Paul Nguyen  mnapaul1@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**