The Law Offices of Stephen R. Wade
Stephen R. Wade CBN 79219
5030 E. 2nd Street; Ste. 206A
Long Beach, CA 90803
(909) 575-7597
srw@srwadelaw.com

Attorneys for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| MIHN TUONG NGUYEN <br><br> Debtor | Case No. 8:26-bk-8:26-bk-10347-SC <br><br> Adversary Case No. <br><br> **COMPLAINT TO BAR DISCHARGE PURSUANT TO 11 U.S.C 727(a)** |
| ASHLEY NGUYEN, aka ASHLEY AHN THU NGUYEN <br><br> Plaintiff <br><br> v. <br><br> MIHN TUONG NGUYEN <br> Defendant. | |

**TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

ASHLEY AHN THU NGUYEN creditor ("Plaintiff") files the following complaint to bar the discharge of the Debtor, Mihn Tuang Nguyen, ("Debtor") pursuant to 11 U.S.C. 727(a)

### STATEMENT OF JURISDICTION AND VENUE

1. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Sections 157 and 1334 in that this action arises in and relates to the bankruptcy case pending in the United

1

COMPLAINT
IN RE NGUYEN CASE NO 2:26-BK-10347-SC
196415v1/1230-002

States Bankruptcy Court for the Central District of California, Santa Ana Division entitled In re Mihn Tuong Nguyen Case No 8:26-bk-10347-SC (the "Bankruptcy Case")

2. Plaintiff, is a creditor in this case and has standing to bring this action pursuant to 11 U.S.C. 323.

3. This adversary proceeding is a core proceeding under 28 U.S.C. 157(b)((A), (E) and (O) and this Cort has constitutional authority to enter a final judgment on these claims. To the extent any claim for relief contained herein is determined not to be a core proceeding, Plaintiff consents to the entry of final judgment and orders by the Bankruptcy Court.

4. Venue properly lies in the Central District of California in that this adversary proceeding arises in or relates to a case under Title 11 of the United States Code as provided in 28 U.S.C. Sections 1408 and 1409.

5. Plaintiff alleges that at all relevant times Debtor and Defendant, was and is an individual residing in the County of Orange, State of California and the Debtor in this case.

## GENERAL ALLEGATIONS

6. On or about February 4, 2026, the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California Case No. 8:26-bk-10347.

7. The Debtor signed his Chapter 7 Petition, Bankruptcy Schedules, Statement of Financial Affairs and other documents filed with this Court under penalty of perjury acknowledging that information provided therein was true and correct.

8. On or about March 3, 2026, the Debtor appeared at his 341a hearing in this case. (The "341a hearing|) At his 341a hearing, the Debtor testified under oath that the statements contained in his Petition, Schedules, Statement of Financial Affairs and other documents filed with his

COMPLAINT
IN RE NGUYEN 26-BK-10347-SC

196415v1/1230-002

Petition were true and correct.

9.  The Debtor, with intent to hinder, delay or defraud a creditor or an officer of the estate charged with custody of property under this title transferred, or concealed property of the debtor, within ne year before the filing of the petition.

10. The Debtor has concealed, destroyed, mutilat3ed, falsified, and/or failed to keep or preserve recorded information, including books, documents, records, and/or papers from which the debtor's financial condition or business transaction might be ascertained without justification.

11. The Debtor has knowingly and fraudulently, in connection with this case made a false oath(s) or account(s).

12. In connection with this case, the Debtor has failed to explain satisfactorily, before determination denial of discharge under this paragraph, any loss of assets or deficiency of assets to meet the debtor's liabilities.

WHEREFORE, the Plaintiff in this case seeks judgment barring the discharge of the Debtor pursuant to the provisions of 11 U.S.C. 727(a)(2)(A); (3); (4)(A) and or (5).

Dated: 05/04/2026

LAW OFFICE OF STEPHEN R. WADE

By:_____
STEPHEN R. WADE
Attorneys for Plaintiff Ross Butcher

3

COMPLAINT
IN RE NGUYEN 26-BK-10347-SC

196415v1/1230-002