ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 LA CIENEGA AVE.
LOS ANGELES, CALIFORNIA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Special Litigation Counsel for Jeffrey I. Golden,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>   Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE OF HEARING ON LIMITED OBJECTION OF PAUL NGUYEN TO TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE [DKT 68]**<br><br>DATE:   June 2, 2026<br>TIME:    11:00 a.m.<br>PLACE: Courtroom "5C"<br>            411 W. 4th St.<br>            Santa Ana, CA |

PLEASE TAKE NOTICE that a hearing will be held on June 2, 2026, at 11:00 a.m., on the limited objection of Paul Nguyen (the "Limited Objection") to the Trustee's Application and Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Special Litigation Counsel to Chapter 7 Trustee (the "Application") filed by Jeffrey I. Golden, the

/ / /

/ / /

/ / /

1

Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Minh Tuong Nguyen. The Trustee's Application is docket no. 68, and the Limited Objection is docket no. 69.

Dated: May 15, 2026 LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: _____/s/ Eric P. Israel_____
ERIC P. ISRAEL,
Proposed Special Litigation Counsel to Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S NOTICE OF HEARING ON LIMITED OBJECTION OF PAUL NGUYEN TO TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE [DKT 68]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher Cramer     secured@becket-lee.com
- Jeffrey I Golden (TR)     lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- Eric P Israel     epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Leonard Pena     lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- David Tang     lawyertang@yahoo.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Stephen R Wade     srw@srwadelaw.com, reception@srwadelaw.com
- Reilly D Wilkinson     rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **May 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 15, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA EMAIL**
- Paul Nguyen Mnapaul1@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**