

**FILED & ENTERED**

**MAY 28 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Minh Tuong Nguyen,<br><br><br><br><br>Debtor(s). | Case No.: 8:26-bk-10347-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING ON TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE [Dk. 68]**<br><br><u>Continued Hearing</u><br>Date:        June 3, 2026<br>Time:        10:00 AM<br>Courtroom:  5C |

/ / /

-1-

The June 2, 2026 hearing on the Trustee's Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Special Litigation Counsel To Chapter 7 Trustee [Dk. 68] is hereby CONTINUED to June 3, 2026 at 10:00 a.m. No additional pleadings may be filed.

**IT IS SO ORDERED.**

Date: May 28, 2026

Scott C. Clarkson
United States Bankruptcy Judge