Jeffrey I. Golden
Chapter 7 Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 8:26-bk-10347-SC |
|---|---|
| MINH TUONG NGUYEN | Chapter 7 |
| Debtor. | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:   LEONARD PENA
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 15, 2026 at 11:00 AM**, for the reason(s) set forth below:

**The Trustee requested additional information.**
**Your schedules are incomplete or inaccurate.  Unless amended schedules are filed and served upon the Trustee before the continued meeting date - a motion may be filed to dismiss your case.**
**Your meeting is continued for administrative reasons.**

**\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY USING ZOOM. PLEASE VISIT THE TRUSTEE'S WEBSITE https://case.stretto.com/jeffreygolden FOR ZOOM INSTRUCTIONS.**

Dated:   May 28, 2026          /s/ Jeffrey I. Golden, Trustee
                               JEFFREY I. GOLDEN, TRUSTEE


I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on May 28, 2026.

                               /s/ Lori Werner
                               Lori Werner