Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708
Tel: (949) 923-0106
Mnapaul1@gmail.com

**Creditor Pro Se**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In Re:

MINH TUONG NGUYEN

                        Debtor.

Case No.: 8:26-bk-10347-SC

Chapter 7

**COMPENDIUM OF EXHIBITS IN SUPPORT OF CREDITOR PAUL NGUYEN'S MOTION UNDER FED. R. BANKR. P. 1014(A)(2) TO DISMISS CHAPTER 7 CASE FOR IMPROPER VENUE; OR, IN THE ALTERNATIVE, FOR ORDER REQUIRING DEBTOR TO SHOW CAUSE AND APPEAR FOR EVIDENTIARY HEARING REGARDING VENUE UNDER 28 U.S.C. § 1408**

DATE: JUNE 30, 2026
TIME: 11:00 A.M.
COURTROOM: 5C
JUDGE: HON. SCOTT C. CLARKSON
PLACE: 411 W. FOURTH STREET, SANTA ANA, CA 92701

**COMPENDIUM OF EXHIBITS**

Creditor Paul Nguyen submits this Compendium of Exhibits in support of the above-captioned Motion. The Compendium contains a cover/index page followed by nine tabbed separator sheets (Exhibits 1 through 9). Each tab identifies the exhibit, its

source, and its relevance to the § 1408 venue issue. The actual exhibit document or

relevant excerpts are inserted immediately behind each separator sheet.

| Ex. | Title | Document & Source | Relevance to § 1408 Venue Issue |
|---|---|---|---|
| 1 | **Debtor's Voluntary Petition** | Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101), filed February 4, 2026, Dkt. 1, Case No. 8:26-bk-10347-SC (U.S. Bankr. Ct., C.D. Cal.). **Source:** *PACER – Case No. 8:26-bk-10347-SC, Dkt. 1* | Debtor listed 840 Chateau Ct., Garden Grove, CA 92841 as his address and checked the venue box stating he lived in the Central District longer than any other district during the 180 days before filing. Relevant as the baseline venue representation that is contradicted by Exhibits 3–5 and 8. |
| 2 | **Debtor's Schedules and Statement of Financial Affairs** | Schedules A/B through J and Statement of Financial Affairs (SOFA), filed in Case No. 8:26-bk-10347-SC. **Source:** *PACER – Case No. 8:26-bk-10347-SC* | Shows Debtor's disclosed real property, leasehold interests, bank accounts, employment, self-employment, and business interests. Relevant to each of the four § 1408 venue bases. |
| 3 | **Debtor's Declaration in Adversary Proceeding No. 8:26-ap-01027-SC (Dkt. 19)** | Opposition and Declaration of Minh Tuong Nguyen, filed May 27, 2026, Dkt. 19, Adversary Proceeding No. 8:26-ap-01027-SC (U.S. Bankr. Ct., C.D. Cal.). **Source:** *PACER – Adv. No. 8:26-ap-01027-SC, Dkt. 19* | Debtor declares he "resided primarily in Vietnam" and returned to the U.S. "only intermittently"; states he relied on counsel to monitor OC Superior Court proceedings because he was living primarily in Vietnam. Relevant as a party admission directly contradicting the petition's residence-based venue box. |
| 4 | **Declaration of Minh Tuong Nguyen in O.C. Family-Law Case No. 24D007636** | Declaration of Minh Tuong Nguyen filed in Orange County Superior Court, Case No. 24D007636. **Source:** *O.C. Superior Court – Case No. 24D007636* | Debtor states he operated his media and communications business "primarily in Vietnam" while Ngan maintained U.S. ties; describes Vietnam-based custody and family circumstances. Relevant to residence, domicile, and |

| Ex. | Title | Document & Source | Relevance to § 1408 Venue Issue |
|---|---|---|---|
|  |  |  | principal-place-of-business venue bases. |
| 5 | **Responsive Declaration of Ngan Thi Kim Tran in O.C. Family-Law Case No. 24D007636** | Responsive Declaration of Ngan Thi Kim Tran filed in Orange County Superior Court, Case No. 24D007636. **Source:** *O.C. Superior Court – Case No. 24D007636* | Ngan declares Debtor left the U.S., relocated to Vietnam, refused to return for the Lam litigation, and controlled financial discovery; identifies Debtor's known residence in Ho Chi Minh City. Independent corroboration of Vietnam-based residence during the venue period. |
| 6 | **Viet Ideas LLC and Related Controlled-Entity Bankruptcy Records** | Bankruptcy records, Case No. 8:23-bk-11642-TA (U.S. Bankr. Ct., C.D. Cal.), including corporate ownership statement, schedules, SOFA, and filings identifying Debtor as manager/sole member or person in control. **Source:** *PACER – Case No. 8:23-bk-11642-TA* | Relevant to whether Viet Ideas LLC was an actual operating business in the Central District during the § 1408 venue period; shows prior Chapter 7 filing by a Debtor-controlled entity and Debtor's managerial role. |
| 7 | **Debtor's SOFA Self-Employment Excerpt – Viet Ideas LLC** | Relevant excerpt from Debtor's current Statement of Financial Affairs in Case No. 8:26-bk-10347-SC identifying self-employment through or relating to Viet Ideas LLC. [Confirm dkt. no. and attach SOFA page before filing.] **Source:** *PACER – Case No. 8:26-bk-10347-SC* | Relevant to whether any claimed principal-place-of-business venue basis existed in the Central District during the 180-day period, and whether the SOFA disclosure is consistent with Debtor's sworn statement (Ex. 4) that his business was primarily in Vietnam. |
| 8 | **Translated Message – July 26, 2025 (Minh/"ATM USA")** | Translated message attributed to Minh Tuong Nguyen ("ATM USA"), dated July 26, 2025, stating: "I do not have | Corroborates Debtor's own sworn admission (Ex. 3) that he was residing in Vietnam during the period immediately |

3

| Ex. | Title | Document & Source | Relevance to § 1408 Venue Issue |
|-----|-------|-------------------|-------------------------------|
|  |  | time; I have returned to Vietnam. I will not be back for two weeks." [Attach translated message and, if available, original language version, before filing.] | preceding the February 4, 2026 petition date. |
|  |  |  |  |

Dated:  June 2, 2026                     Respectfully Submitted;

_Rguyen_

_____

By: PAUL NGUYEN
     Creditor and Movant

4

# EXHIBIT 1

# Debtor's Voluntary Petition

Document:

Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101), filed February 4, 2026, Dkt. 1, Case No. 8:26-bk-10347-SC (U.S. Bankr. Ct., C.D. Cal.).

Source:

PACER – Case No. 8:26-bk-10347-SC, Dkt. 1

Relevance:

Debtor listed 840 Chateau Ct., Garden Grove, CA 92841 as his address and checked the venue box stating he lived in the Central District longer than any other district during the 180 days before filing. Relevant as the baseline venue representation that is contradicted by Exhibits 3–5 and 8.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL    DISTRICT OF CALIFORNIA,

Case number *(if known)* _____

Chapter you are filing under:

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Minh<br>First name<br><br>Tuong<br>Middle name<br><br>Nguyen<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7703 |  |

Debtor 1    Minh Tuong Nguyen                                          Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | <br><br>EIN | <br><br>EIN |

**5. Where you live**

About Debtor 1:

840 Chateau Ct,
Garden Grove, CA 92841
Number, Street, City, State & ZIP Code

Orange
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

# EXHIBIT 2

# Debtor's Schedules and Statement of Financial Affairs

Document:

Schedules A/B through J and Statement of Financial Affairs (SOFA), filed in Case No. 8:26-bk-10347-SC.

Source:

PACER – Case No. 8:26-bk-10347-SC

Relevance:

Shows Debtor's disclosed real property, leasehold interests, bank accounts, employment, self-employment, and business interests. Relevant to each of the four § 1408 venue bases.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

8:23-bk-11508-TA Starworld USA LLC  Chapter 7  Date filed: 07/26/2023 Date of last filing: 10/20/2023
Date terminated: 10/20/2023

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  South Pasadena                          , California.

Date:  February 17, 2026

/s/ Minh Tuong Nguyen
Minh Tuong Nguyen
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018                                          Page 1        F 1015-2.1.STMT.RELATF

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Minh Tuong Nguyen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA,

Case number  8:26-bk-10347
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................... | $ 2,566,700.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | $ 2,566,700.00 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 81,500.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 11,145,807.50 |
| | **Your total liabilities** | $ 11,227,307.50 |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................. | $ 3,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*..................................... | $ 1,200.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       **Summary of Your Assets and Liabilities and Certain Statistical Information**                    page 1 of 2

Debtor 1    Minh Tuong Nguyen                                     Case number *(if known)*  8:26-bk-10347

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
      122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                              $ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Minh Tuong Nguyen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL   DISTRICT OF CALIFORNIA,

Case number   8:26-bk-10347

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in**

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☒ No. Go to Part 2.
☐ Yes.   Where is the property?

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>

|  |
|---|
| $0.00 |

**Part 3:    Describe Your Personal and   Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware
     ☒ No
     ☐ Yes.   Describe.....

7.    **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
     ☐ No
     ☒ Yes.   Describe.....

| | |
|---|---|
| IPad, laptop, cell phone | $500.00 |

Debtor 1   Minh Tuong Nguyen                              Case number *(if known)*   8:26-bk-10347

**8.   Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
            other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes.  Describe.....

**9.   Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
            musical instruments
   ☒ No
   ☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☒ No
   ☐ Yes.  Describe.....

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☒ Yes.  Describe.....

| | |
|---|---|
| Clothing | $2,000.00 |

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☒ Yes.  Describe.....

| | |
|---|---|
| Hubolt Watch | $5,000.00 |
| Rings | $200.00 |

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☒ No
   ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ☒ Yes.  Give specific information.....

| | |
|---|---|
| Books and bibles | $1,000.00 |

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
       for Part 3. Write that number here** ...................................................................................

| |
|---|
| $8,700.00 |

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☒ No
   ☐ Yes..........................................................................................................

**17.  Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
            institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes......................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Other financial account | Foreign Bank Account | $20,000.00 |

---

Official Form 106A/B                         Schedule A/B: Property                                page 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1    Minh Tuong Nguyen                                        Case number *(if known)*  8:26-bk-10347

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ☒ No
     ☐ Yes................    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ☒ No
     ☐ Yes.  Give specific information about them...................
                        Name of entity:                        % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ☒ No
     ☐ Yes. Give specific information about them
                        Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☒ No
     ☐ Yes. List each account separately.
                        Type of account:        Institution name:

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ☒ No
     ☐ Yes. ......................    Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ☒ No
     ☐ Yes.............    Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ☒ No
     ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ☒ No
     ☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ☒ No
     ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ☒ No
     ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

                                                                **Current value of the
                                                                portion you own?**
                                                                Do not deduct secured
                                                                claims or exemptions.

28.  **Tax refunds owed to you**
     ☒ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ☒ No
     ☐ Yes. Give specific information......

Debtor 1    Minh Tuong Nguyen                                         Case number *(if known)*    8:26-bk-10347

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☒ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
someone has died.
☒ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes.  Describe each claim.........

| | |
|---|---|
| Tiffany Nguyen | $0.00 |
| Alex Benedict Attorney<br>10055 Slater Ave Ste 263,<br>Fountain Vally, CA 92708-4722 | $2,500,000.00 |
| Claims against: CUSTOS TERRAE, a California nonprofit corporation, REMAX REAL ESTATE ONE, an unknown entity, GEORGE BALCH, an individual, DANIEL DULAC, an individual, JULIE DAO, an individual; HUONG THI TRAN, an individual, DOES 1-10;<br><br>As fully described in the complaint filed in the Orange County Superior Court Case No. 30-2026-01541241-CU-FR-CJC<br><br>Debtor's Counsel:<br>Monica Graham, Esq. (State Bar No. 332241)<br>GRAHAM LAW FIRM<br>3857 Birch St PMB 3097<br>Newport Beach, CA 92660<br>Tel: 951-316-3298 Fax 951-398-1386<br>monica@grahamlawfirm-ca.com | Unknown |
| ADK Real Estate Company<br>Darren Nguyen<br>Adore Escrow | $0.00 |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
☐ No
☒ Yes.  Give specific information..

| | |
|---|---|
| Funds held Adore Escrow, Inc.<br>Escrow No. 21P54043-JT | $38,000.00 |

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................................................**    $2,558,000.00

Debtor 1   Minh Tuong Nguyen                                          Case number *(if known)*  8:26-bk-10347

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

37.   Do you own or have any legal or equitable interest in any business-related property?
⊠ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

46.   Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
⊠ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.   Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
⊠ No
☐ Yes. Give specific information.........

54.   Add the dollar value of all of your entries from Part 7. Write that number here   .....................................        $0.00

**Part 8:   List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55.   Part 1: Total real estate, line 2  ........................................................................................... | | | $0.00 |
| 56.   Part 2: Total vehicles, line 5 | | $0.00 | |
| 57.   Part 3: Total personal and household items, line 15 | | $8,700.00 | |
| 58.   Part 4: Total financial assets, line 36 | | $2,558,000.00 | |
| 59.   Part 5: Total business-related property, line 45 | | $0.00 | |
| 60.   Part 6: Total farm- and fishing-related property, line 52 | | $0.00 | |
| 61.   Part 7: Total other property not listed, line 54 | + | $0.00 | |
| 62.   Total personal property. Add lines 56 through 61... | | $2,566,700.00 | Copy personal property total    $2,566,700.00 |
| 63.   Total of all property on Schedule A/B. Add line 55 + line 62 | | | $2,566,700.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Minh Tuong Nguyen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL   DISTRICT OF CALIFORNIA,

Case number   8:26-bk-10347
(If known)

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| IPad, laptop, cell phone<br>Line from *Schedule A/B*: 7.1 | $500.00 | ☒ | $500.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Clothing<br>Line from *Schedule A/B*: 11.1 | $2,000.00 | ☒ | $2,000.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Hubolt Watch<br>Line from *Schedule A/B*: 12.1 | $5,000.00 | ☒ | $2,175.00 | C.C.P. § 703.140(b)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Hubolt Watch<br>Line from *Schedule A/B*: 12.1 | $5,000.00 | ☒ | $2,825.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Foreign Bank Account<br>Line from *Schedule A/B*: 17.1 | $20,000.00 | ☒ | $20,000.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1    Minh Tuong Nguyen _____    Case number (if known)    8:26-bk-10347 _____

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐    No

   ☐    Yes

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 2 of 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Minh Tuong Nguyen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL   DISTRICT OF CALIFORNIA,

Case number   8:26-bk-10347
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | Onpath Federal Cu | | $21,874.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

PO Box 961
Roanoke, TX 76262-0961
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2021-08        Last 4 digits of account number   4001

| 2.2 | Toyota Financial Services | | $59,626.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

Dallas, TX 75265
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2022-06        Last 4 digits of account number   0001

Add the dollar value of your entries in Column A on this page. Write that number here:   **$81,500.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   **$81,500.00**

Debtor 1    Minh Tuong Nguyen _____    Case number (if known)    8:26-bk-10347 _____
        First Name      Middle Name      Last Name

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code         On which line in Part 1 did you enter the creditor?  2.1

      **Onpath Federal Cu**
      Attn: Bankruptcy                              Last 4 digits of account number ___
      PO Box 961
      Roanoke, TX 76262-0961

[ ]    Name, Number, Street, City, State & Zip Code         On which line in Part 1 did you enter the creditor?  2.2

      **Toyota Financial Services**
      Attn: Bankruptcy                              Last 4 digits of account number ___
      PO Box 22171
      Tempe, AZ 85285-2171

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Minh Tuong Nguyen |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA,

Case number 8:26-bk-10347
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Franchise Tax Board Bankruptcy Section
Priority Creditor's Name
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952
Number Street City State Zip Code

Last 4 digits of account number _____   $0.00   $0.00   $0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

For Notice Purposes Only

**2.2** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346

Philadelphia, PA 19101-7346
Number Street City State Zip Code

Last 4 digits of account number _____   $0.00   $0.00   $0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

For Notice Purposes Only

Debtor 1  Minh Tuong Nguyen                         Case number (if known)   8:26-bk-10347

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1   11 Charter Communications**
Nonpriority Creditor's Name
16011 College Blvd
Lenexa, KS 66219-1366
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   4814

When was the debt incurred?   2025-04-08

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Open account

**Total claim    $229.00**

**4.2   Ashley Anh Thu Nguyen**
Nonpriority Creditor's Name
104 Nest Pine
Irvine, CA 92602
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**Total claim    $2,000,000.00**

**4.3   Chi Phung Luu To**
Nonpriority Creditor's Name
5412 Old Pirate Dr,
Huntington Beach, CA 92649
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?   2022

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**Total claim    $800,000.00**

Debtor 1  Minh Tuong Nguyen _____    Case number (if known)  8:26-bk-10347 _____

| 4.4 | Cindy Lina Vu | Last 4 digits of account number _____ | $406,000.00 |

Nonpriority Creditor's Name
284 Mt Islip
Fountain Valley, CA 92708

When was the debt incurred?  2021 _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.5 | Directions Law | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
Directions Law
9140 Trask Ave, Suite 100

Garden Grove, CA 92844

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  For Notice Purposes Only

Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.6 | Green Lotus Group, LLC | Last 4 digits of account number _____ | $900,000.00 |

Nonpriority Creditor's Name
8892 Cliffside Drive,
Huntington Beach, CA 92646

When was the debt incurred?  2022 _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1  Minh Tuong Nguyen _____          Case number (if known)  8:26-bk-10347 _____

| 4.7 | Hanh Thi Hong Huynh | Last 4 digits of account number _____ | $500,000.00 |

**Hanh Thi Hong Huynh**
Nonpriority Creditor's Name
18520 Calllens Cir.
Fountain Valley, CA 92708
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  2023

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$500,000.00

---

| 4.8 |

**Julie Dao and Quan Pham**
Nonpriority Creditor's Name
310 N Olympia Place
Anaheim, CA 92806
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  2021-2022

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$780,000.00

---

| 4.9 |

**Liz Khanh Ngoc Le To**
Nonpriority Creditor's Name
5412 Old Pirate Dr.
Huntington Beach, CA 92649
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  2022

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$500,000.00

---

Debtor 1   Minh Tuong Nguyen _____    Case number (if known)   8:26-bk-10347 _____

| 4.1 0 | **Ngoc Tuyet Lam** | Last 4 digits of account number _____ | $2,086,793.75 |

Nonpriority Creditor's Name
c/o Hai H. Lai
Law Office of Hai H. Lai
9550 Warner Ave., Suite 250
Fountain Valley, CA 92708

When was the debt incurred?    7/23/2025

Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Judgment

---

| 4.1 1 | **Orange County Treasurer Tax Collector** | Last 4 digits of account number _____ | $1,348.00 |

Nonpriority Creditor's Name
County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438

Santa Ana, CA 92702-1438

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 2 | **Orange County Treasurer Tax Collector** | Last 4 digits of account number _____ | $5,958.00 |

Nonpriority Creditor's Name
County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438

Santa Ana, CA 92702-1438

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Debtor 1    Minh Tuong Nguyen

Case number (if known)    8:26-bk-10347

---

**4.13**

Orange County Treasurer Tax Collector

Nonpriority Creditor's Name

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438

Santa Ana, CA 92702-1438
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$1,295.00

---

**4.14**

Orange County Treasurer Tax Collector

Nonpriority Creditor's Name

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438

Santa Ana, CA 92702-1438
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$2,181.00

---

**4.15**

Paul Nguyen
Nonpriority Creditor's Name
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    2025

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Assignee of Judgment owed to Ngoc Lam

$2,086,793.75

---

Debtor 1  Minh Tuong Nguyen                                          Case number (if known)    8:26-bk-10347

| 4.16 | **PDA Inc, a California corporation** | Last 4 digits of account number _____ | $200,000.00 |

**PDA Inc, a California corporation**
Nonpriority Creditor's Name
10055 Slater Ave, Suite 216
Fountain Valley, CA 92708
Number Street City State Zip Code

**4.16**

Last 4 digits of account number _____        $200,000.00

When was the debt incurred?    2022

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.17**

**Thanh Binh Tran**
Nonpriority Creditor's Name
17109 Laurel St.
Fountain Valley, CA 92708
Number Street City State Zip Code

Last 4 digits of account number _____        $625,000.00

When was the debt incurred?    2022-2023

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.18**

**Thuy T. Dinh**
Nonpriority Creditor's Name
2030 Newcastle Drive
Vacaville, CA 95687
Number Street City State Zip Code

Last 4 digits of account number _____        $250,000.00

When was the debt incurred?    2023

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Debtor 1  Minh Tuong Nguyen                          Case number (if known)   8:26-bk-10347

**4.19**

Van Thi Duong and Thong Huu Nguyen
Nonpriority Creditor's Name

17272 Newhope St, Suite K
Fountain Valley, CA 92708
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**4.20**

Verizon Wireless
Nonpriority Creditor's Name

Dallas, TX 75265
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  0001                    $209.00

When was the debt incurred?  2021-02

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Open account

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Trueaccord C
Attn: Bankruptcy
16011 College Blvd
Ste 130
Lenexa, KS 66219-9877

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Trueaccord C
16011 College Blvd
Lenexa, KS 66219-1366

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Verizon Wireless
Attn: Bankruptcy Department
PO Box 408
Newark, NJ 07101-0408

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.20 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a.  $ | 0.00 |

Debtor 1   Minh Tuong Nguyen                                      Case number (if known)   8:26-bk-10347

| Total claims from Part 1 | | | | | |
|---|---|---|---|---|---|
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ | 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 11,145,807.50 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 11,145,807.50 |

Fill in this information to identify your case:

| Debtor 1 | Minh Tuong Nguyen | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL   DISTRICT OF CALIFORNIA,

Case number    8:26-bk-10347
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for** (for
    example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts
    and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City                    State          ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City                    State          ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City                    State          ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City                    State          ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City                    State          ZIP Code | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Minh Tuong Nguyen |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL   DISTRICT OF CALIFORNIA, |
| Case number  8:26-bk-10347 | |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☒ Yes.

In which community state or territory did you live?    California    . Fill in the name and current address of that person.

Ngan Thi Kim Tran
1718 W Bowling Street
Anaheim, CA 92804
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| **3.1** <br>Name<br><br>Number    Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** <br>Name<br><br>Number    Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Official Form 106H
Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 1
Best Case Bankruptcy

Fill in this information to identify your case

| Debtor 1 | Minh Tuong Nguyen |
|---|---|
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA,

Case number (If known): 8:26-bk-10347

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Journalism/Media | |
| Employer's name | | Viet Ideas, LLC | |
| Employer's address | | 10531 GARDEN GROVE BLVD #200<br><br>Garden Grove, CA 92843 | |
| How long employed there? | | 7 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,000.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 3,000.00 | $ N/A |

Debtor 1   Minh Tuong Nguyen                                    Case number (*if known*)   8:26-bk-10347

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ........................................................... | 4. | | $ 3,000.00 | $ N/A |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | | 5h.+ | $ 0.00 + | $ N/A |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 3,000.00 | $ N/A |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | | $ 0.00 | $ N/A |

8b. **Interest and dividends**

| 8b. | | $ 0.00 | $ N/A |
|---|---|---|---|

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8c. | | $ 0.00 | $ N/A |
|---|---|---|---|

8d. **Unemployment compensation**

| 8d. | | $ 0.00 | $ N/A |
|---|---|---|---|

8e. **Social Security**

| 8e. | | $ 0.00 | $ N/A |
|---|---|---|---|

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____

| 8f. | | $ 0.00 | $ N/A |
|---|---|---|---|

8g. **Pension or retirement income**

| 8g. | | $ 0.00 | $ N/A |
|---|---|---|---|

8h. **Other monthly income. Specify:** _____

| 8h.+ | | $ 0.00 + | $ N/A |
|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |

10. **Calculate monthly income. Add line 7 + line 9.**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 3,000.00 + $ N/A = $ 3,000.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12.  $ 3,000.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒   No.
☐   Yes. Explain: [                                                              ]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Minh Tuong Nguyen |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, |
| Case number<br>(If known) | 8:26-bk-10347 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and    ☐ Yes.    Fill out this information for
   Debtor 2.    each dependent.............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,200.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |
| 6. | Utilities: | |
| 6a. | Electricity, heat, natural gas | 6a. $ 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 0.00 |
| 6d. | Other. Specify: _____ | 6d. $ 0.00 |

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  Minh Tuong Nguyen                        Case number (if known)  8:26-bk-10347

| | | | |
|---|---|---|---|
| 7. | Food and housekeeping supplies | 7. $ | 0.00 |
| 8. | Childcare and children's education costs | 8. $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ | 0.00 |
| 10. | Personal care products and services | 10. $ | 0.00 |
| 11. | Medical and dental expenses | 11. $ | 0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 0.00 |
| 14. | Charitable contributions and religious donations | 14. $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | |
|---|---|---|
| 15a. Life insurance | 15a. $ | 0.00 |
| 15b. Health insurance | 15b. $ | 0.00 |
| 15c. Vehicle insurance | 15c. $ | 0.00 |
| 15d. Other insurance. Specify: | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____  16. $ _____ 0.00

17. **Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. Other. Specify: | 17c. $ | 0.00 |
| 17d. Other. Specify: | 17d. $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I).  18. $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**  $ _____ 0.00
Specify: _____  19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. $ | 0.00 |
| 20b. Real estate taxes | 20b. $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

21. **Other: Specify:** _____  21. +$ _____ 0.00

22. **Calculate your monthly expenses**
22a. Add lines 4 through 21.  $ _____ 1,200.00
22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $ _____
22c. Add line 22a and 22b. The result is your monthly expenses.  $ _____ 1,200.00

23. **Calculate your monthly net income.**
23a. Copy line 12 (your combined monthly income) from Schedule I.  23a. $ _____ 3,000.00
23b. Copy your monthly expenses from line 22c above.  23b. -$ _____ 1,200.00

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.  23c. $ _____ 1,800.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes.  Explain here: _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Minh Tuong Nguyen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL   DISTRICT OF CALIFORNIA,

Case number    8:26-bk-10347
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparers Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Minh Tuong Nguyen                          X  _____
   Minh Tuong Nguyen                                 Signature of Debtor 2
   Signature of Debtor 1

   Date    February 17, 2026                         Date  _____

Fill in this information to identify your case:

| Debtor 1 | Minh Tuong Nguyen | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL    DISTRICT OF CALIFORNIA,

Case number    8:26-bk-10347
(if known)

☐ Check if this is an
    amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ☒ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☒ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of Income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of Income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $9,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2025 ) | ☐ Wages, commissions, bonuses, tips | $50,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 1

Debtor 1    Minh Tuong Nguyen _____    Case number *(if known)*    8:26-bk-10347

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☒ No
    ☐ Yes. Fill in the details.

| Debtor 1 Sources of Income Describe below. | Gross Income from each source (before deductions and exclusions) | Debtor 2 Sources of Income Describe below. | Gross Income (before deductions and exclusions) |
|---|---|---|---|
| | | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☒ No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
    ☒ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☒ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Minh Tuong Nguyen _____    Case number *(if known)*   8:26-bk-10347

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☒  No
☐  Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☒  No. Go to line 11.
☐  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒  No
☐  Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒  No
☐  Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒  No
☐  Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14.  **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒  No
☐  Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

| Part 6: | List Certain Losses |
|---|---|

15.  **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒  No
☐  Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

Debtor 1    Minh Tuong Nguyen _____    Case number (if known)   8:26-bk-10347

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| Leonard Pena<br>1003 Diamond Ave., Suite 202<br>South Pasadena, CA 91030 | $6,500.00 attorneys fees and $338.00 filing fee | 2/23/2026 | $6,838.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |
| Ngan Thi Kim Tran<br>1718 W Bowling Street<br>Anaheim, CA 92804<br><br>Ex-Wife | 2019 Mercedes Benz GLC300C4 Approximate used value $14,000.00 | | 7/2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

## Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Minh Tuong Nguyen    Case number (if known)  8:26-bk-10347

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   Minh Tuong Nguyen _____    Case number (if known)   8:26-bk-10347

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.   Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Vietpress Media, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | Suspended-No operations | EIN:<br><br>From-To   2019-2023 |
| Vietstar News, LLC<br>16525 BROOKHURST STREET<br>FOUNTAIN VALLEY, CA 92708<br>Fountain Valley, CA 92708 | Suspended No Operations | EIN:<br><br>From-To   2019-2023 |
| Jocotal, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | No operations | EIN:<br><br>From-To   2022 |
| Trivista Management, Inc.<br>72 LINHAVEN<br><br>Irvine, CA 92602 | Not operating | EIN:<br><br>From-To   2021 |
| Viet Ideas, LLC<br>10531 GARDEN GROVE BLVD #200<br><br>Garden Grove, CA 92843 | Debtor operates a small media company.   Debtor is the only employee and is essentially a free lance journalist | EIN:<br><br>From-To   2018-present |
| Villa Park Mansion, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | Not operating | EIN:<br><br>From-To   2022 |
| Gold Star Luxury, LLC<br>18520 CALLENS CIRCLE<br><br>Fountain Valley, CA 92708 | No operations.   Terminated 2024 | EIN:<br><br>From-To   2021-2024 |
| Starworld USA, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | No operations.Suspended | EIN:<br><br>From-To   2020-2023 |

Debtor 1   Minh Tuong Nguyen                                     Case number (if known)   8:26-bk-10347

☒ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Minh Tuong Nguyen

Minh Tuong Nguyen                                              Signature of Debtor 2
Signature of Debtor 1

Date   February 17, 2026                          Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____, Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | Minh Tuong Nguyen | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA,

Case number 8:26-bk-10347
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Minh Tuong Nguyen

Case number (if known)    8:26-bk-10347

---

**Part 2    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

**Part 3    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    /s/ Minh Tuong Nguyen
    Minh Tuong Nguyen
    Signature of Debtor 1

X _____
    Signature of Debtor 2

Date    February 17, 2026

Date _____

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California,

In re   Minh Tuong Nguyen

Debtor(s)

Case No.   8:26-bk-10347
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 6,500.00 |
| Prior to the filing of this statement I have received | $ | 6,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 18, 2026
*Date*

/s/ Leonard Pena

Leonard Pena
*Signature of Attorney*
Pena & Soma, APC
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030
(626) 396-4000   Fax: (626) 498-8875
lpena@penalaw.com
*Name of law firm*

Fill in this information to identify your case:

Debtor 1    Minh Tuong Nguyen

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Central District of California,

Case number    8:26-bk-10347
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

☒ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.
   ☐ **Not married.** Fill out Column A, lines 2-11.
   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:
      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

   |  | Debtor 1 | | |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $_____ | | |
   | Ordinary and necessary operating expenses | -$_____ | | |
   | Net monthly income from a business, profession, or farm | $_____    Copy here → | $_____ | $_____ |

| 6. | **Net income from rental and other real property** | | |

   |  | Debtor 1 | | |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $_____ | | |
   | Ordinary and necessary operating expenses | -$_____ | | |
   | Net monthly income from rental or other real property | $_____    Copy here → | $_____ | $_____ |

| 7. | **Interest, dividends, and royalties** | $_____ | $_____ |

Debtor 1   Minh Tuong Nguyen                                    Case number (if known)   8:26-bk-10347

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. Unemployment compensation | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ...........................................................................$      0.00

For your spouse................................................................$

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | | |
|---|---|---|
| | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | | |
|---|---|---|
| _____ | $ 0.00 | $ |
| _____ | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 0.00 | + | $ | = | $ 0.00 |
|---|---|---|---|---|

Total current monthly income

---

**Part 2:**    Determine Whether the Means Test Applies to You

12. Calculate your current monthly income for the year. Follow these steps:

12a. Copy your total current monthly income from line 11 ...................................................Copy line 11 here⇒    $ 0.00

Multiply by 12 (the number of months in a year)        **x 12**

12b. The result is your annual income for this part of the form      12b. $ 0.00

13. Calculate the median family income that applies to you. Follow these steps:

Fill in the state in which you live.      [ ]

Fill in the number of people in your household.      [ ]

Fill in the median family income for your state and size of household. .....................................    13. $ 0.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. How do the lines compare?

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☒ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

**Part 3:**    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Minh Tuong Nguyen
Minh Tuong Nguyen
Signature of Debtor 1

Date   February 17, 2026

Official Form 122A-1      Chapter 7 Statement of Your Current Monthly Income      page 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankry

| Debtor 1 | Minh Tuong Nguyen | Case number *(if known)* | 8:26-bk-10347 |
|---|---|---|---|

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1        Minh Tuong Nguyen

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Central District of California,

Case number    8:26-bk-10347
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1      Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ☒ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**
    ☐ No.   Go to line 3.
    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
            10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
        ☐ No.    Go to line 3.
        ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**
    ☐ No.   Complete Form 122A-1. Do not submit this supplement.
    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
        ☐ No.    Complete Form 122A-1. Do not submit this supplement.
        ☐ Yes.   Check any one of the following categories that applies:

            ☐  **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

            ☐  **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐  **I am performing a homeland defense activity for at least 90 days**.

            ☐  **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard Pena<br>1003 Diamond Avenue Suite 202<br>South Pasadena, CA 91030<br>(626) 396-4000  Fax: (626) 496-8875<br>California State Bar Number: 192898 CA<br>lpena@penalaw.com | |

☐  Debtor(s) appearing without an attorney
☒  Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA,**

| In re:<br><br>Minh Tuong Nguyen<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:26-bk-10347<br>CHAPTER: 7<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  February 17, 2026 _____

/s/ Minh Tuong Nguyen
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  February 17, 2026 _____

/s/ Leonard Pena
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

# EXHIBIT 3

# Debtor's Declaration in Adversary Proceeding No. 8:26-ap-01027-SC (Dkt. 19

Document:

Opposition and Declaration of Minh Tuong Nguyen, filed May 27, 2026, Dkt. 19, Adversary Proceeding No. 8:26-ap-01027-SC (U.S. Bankr. Ct., C.D. Cal.).

Source:

PACER – Adv. No. 8:26-ap-01027-SC, Dkt. 19

Relevance:

Debtor declares he "resided primarily in Vietnam" and returned to the U.S. "only intermittently"; states he relied on counsel to monitor OC Superior Court proceedings because he was living primarily in Vietnam. Relevant as a party admission directly contradicting the petition's residence-based venue box.

MINH TUONG NGUYEN
840 Chateau Ct
Garden Grove, CA 92841
Phone: (828) 666-3388
Email: minhnguyensteven@gmail.com

Defendant, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Bk Case No. 8:26-bk-10347-SC<br>Adv. No.: 8:26-ap-01027-SC<br><br>**DECLARATION OF MINH TUONG NGUYEN IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION** |
| PAUL NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>MINH TUONG NGUYEN<br><br>Defendant. | Date: June 9, 2026<br>Time: 1:30 p.m.<br>Dept: 5C |

## <u>DECLARATION OF MINH TUONG NGUYEN</u>

I, Minh Tuong Nguyen, declare as follows:

1.      I am the Defendant and Debtor in the above-captioned adversary proceeding. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2.      I am a recent immigrant to the United States and do not have a working knowledge of the English language. I cannot meaningfully read, write, or understand English-language legal documents, court filings, or legal proceedings conducted in English.

1

3. During the pendency of the state court action described below, I resided primarily in Vietnam and returned to the United States only intermittently. I maintained personal and family ties in Vietnam that required my presence there for extended periods of time.

4. In or about 2021, I entered into investment-related arrangements with Ngoc Tuyet Lam ("Lam") concerning two residential properties located at 10475 Teal Circle, Fountain Valley, California 92708 (the "Teal Property") and 9872 Flamingo Avenue, Fountain Valley, California 92708 (the "Flamingo Property").

5. The arrangements concerning these properties were documented in written instruments signed by Lam and me. With respect to the Teal Property, Lam and I signed a written co-investment agreement. With respect to the Flamingo Property, Lam signed a notarized borrower's certificate in the amount of $870,000 relating to that transaction. Attached hereto collectively as Exhibit A are true and correct copies of the written instruments relating to the Teal Property and Flamingo Property.

6. I did not induce Lam to enter these transactions through fraud or intentional deception. I did not knowingly make false representations to Lam, conceal material facts from her with intent to deceive, or divert her funds for my own improper personal use. I understood the transactions to be legitimate arrangements documented in writing between the parties.

7. Before the events described below, I had never been given an opportunity to present my understanding of these transactions to any court.

8. On or about April 4, 2022, Lam filed a complaint against me in the Superior Court of California, County of Orange, entitled *Ngoc Tuyet Lam v. Minh Tuong Nguyen*, Case No. 30-2022-01253059-CU-OR-NJC (the "State Court Action"), later filing a First Amended Complaint asserting thirteen causes of action, including: Breach of Fiduciary Duty, Fraudulent Misrepresentation, Fraudulent Concealment, Negligent Misrepresentation, Actual Fraud, Constructive Fraud, Constructive Trust, Quiet Title, Conversion, Accounting, Money Had and Received, Intentional Infliction of Emotional Distress, and Negligent Infliction of Emotional Distress.

9. Because I resided primarily in Vietnam and could not meaningfully communicate

2

DECLARATION OF MINH TUONG NGUYEN

in English or understand English-language legal proceedings, I retained attorney Alex L. Benedict, Esq. (California State Bar No. 184585) of the Law Offices of Alex L. Benedict & Associates, APLC, to represent me in the State Court Action.

10. I specifically retained Mr. Benedict because he spoke Vietnamese and because I had known and trusted him for approximately four years before retaining him.

11. I believed Mr. Benedict would communicate with me in Vietnamese, explain the proceedings to me, advise me if my participation was required, and appear in court to protect my interests while I resided abroad.

12. Because I was living primarily in Vietnam and could not understand English-language court filings or independently monitor Orange County Superior Court proceedings, I depended on Mr. Benedict to keep me informed regarding hearings, court orders, deadlines, and matters requiring my participation or response.

13. I trusted Mr. Benedict to advise me if action on my part became necessary.

14. During the State Court Action, Mr. Benedict did not tell me that he had assigned or delegated portions of my matter to other attorneys, including Ryan E. Jackman, Esq. and John Hamilton, Esq.

15. I was not informed who was handling my case at any given time, how responsibilities had been divided, or whom I should contact concerning developments in the litigation.

16. While the State Court Action was pending, Mr. Benedict did not inform me that discovery requests had been served, that court orders concerning discovery had been issued, that hearings concerning discovery disputes had been scheduled, or that my case was at risk of sanctions or default.

17. During the litigation, I was unaware that there were alleged failures to respond to discovery, failures to oppose motions, failures to appear at hearings, or proceedings that could place my answer at risk.

18. I did not knowingly refuse to participate in discovery, intentionally disregard court orders, or knowingly decline to assist in responding to information requests. I was not

3

informed that information or documents were being requested from me.

19. After retaining new counsel and obtaining court records, I learned for the first time that the state court had issued discovery-related orders on or about November 20, 2024 and December 4, 2024.

20. From those records, I learned that the court had ordered compliance concerning discovery requests involving financial information and transactions relevant to Lam's claims.

21. Before reviewing those records with new counsel, I had not been told by Mr. Benedict that the court had issued those orders, that compliance was required, or that any failure to comply could result in serious consequences.

22. Mr. Benedict did not explain what documents or information were being requested or tell me that my assistance was needed to gather responsive materials.

23. Had I been informed that discovery responses were required or that court orders directed compliance, I would have cooperated in providing documents, information, and assistance requested by counsel.

24. Until I later retained new counsel and reviewed the state court records, I did not understand that the litigation had progressed to the point where my answer was at risk of being stricken.

25. After reviewing court records with new counsel, I learned for the first time that on or about May 5, 2025, Lam filed a motion for terminating sanctions seeking to strike my answer and enter my default, with a hearing set for May 21, 2025 before the Honorable Scott A. Steiner in Department N18 of the Orange County Superior Court.

26. Benedict never informed me that the motion had been filed or that the hearing had been scheduled.

27. I later learned from the May 21, 2025 Minute Order that the court issued a tentative ruling stating that it intended to grant terminating sanctions unless I appeared and demonstrated that the discovery failures were not willful. Attached hereto as Exhibit B is a true and correct copy of the May 21, 2025 terminating sanctions Minute Order.

28. Benedict never informed me of the tentative ruling, the hearing, or the fact that

4

DECLARATION OF MINH TUONG NGUYEN

my participation or appearance could affect whether my answer would be stricken and default entered.

29. At all relevant times, I was residing in Vietnam and had no practical way to independently monitor Orange County court proceedings, access English-language filings, or learn of hearings without being informed by counsel.

30. I further learned from the court records that, at an ex parte proceeding on May 6, 2025, attorney Ryan E. Jackman appeared in Benedict's place and was unable to adequately explain the discovery failures to the court.

31. I further learned that the court ordered Benedict personally to appear on May 7, 2025, but Benedict did not appear.

32. I further learned that attorney John Hamilton appeared instead and conceded that the court's discovery orders had not been complied with.

33. I was not informed that Benedict had stopped personally handling my matter, that substitute attorneys were appearing, that Benedict had failed to appear after being ordered to do so, or that my case was at risk of terminating sanctions.

34. Had I been informed of the May 21, 2025 hearing, the tentative ruling, or the fact that my participation could affect the court's determination regarding willfulness, I would have appeared remotely or otherwise participated and explained that any discovery failures were not the result of my intentional refusal to cooperate.

35. I would have informed the court that I did not know discovery had been requested, did not know compliance orders had been entered, and was relying entirely on Benedict to advise me regarding anything requiring my participation.

36. After the May 21, 2025 ruling, Benedict sent me a text message in attaching a ruling from the court.

37. Benedict did not explain that my answer had been stricken, my default entered, or that a prove-up proceeding would occur.

38. Instead, Benedict told me words to the effect that I had "lost" because Lam had not informed her attorney regarding a settlement and that I had been sanctioned as a result.

Attached hereto as Exhibit C is a true and correct copy of the text message in Vietnamese, together with a certified English translation.

39. I later learned that Benedict's explanation was false and materially misleading.

40. I was unaware that my answer had been stricken, that a default had been entered, or that a default prove-up proceeding would occur.

41. Because of Benedict's explanation, I did not understand the severity of what had happened or the need to immediately retain replacement counsel.

42. On or about July 23, 2025, the state court entered a default judgment against me following a prove-up proceeding.

43. I was not present at the prove-up proceeding.

44. I had not been informed that the prove-up proceeding had been scheduled.

45. I had no opportunity to submit evidence, contest Lam's submissions, present witnesses, explain the underlying transactions, or otherwise present my side of the dispute.

46. My version of the transactions involving the Teal Property and Flamingo Property has never been presented to any court.

47. I deny making fraudulent misrepresentations to Lam.

48. I deny acting with intent to deceive Lam.

49. I deny diverting Lam's money for personal use or engaging in embezzlement.

50. The transactions at issue were legitimate investment arrangements undertaken pursuant to written agreements and understandings between us.

51. After learning what had occurred and retaining new counsel, I acted promptly.

52. On or about December 19, 2025, I filed a motion in the State Court Action seeking to set aside and vacate the default judgment under California Code of Civil Procedure section 473(b) based on attorney fault and abandonment. Attached hereto as Exhibit D is a true and correct copy of my motion to set aside and vacate the default judgment.

53. Before the state court ruled on that motion, I filed my Chapter 7 bankruptcy case on or about February 4, 2026.

54. Following notice of the bankruptcy filing, proceedings in state court were stayed

DECLARATION OF MINH THUONG NGUYEN

and my motion to vacate was taken off calendar.

55. The state court has therefore never ruled on whether the default judgment resulted from attorney abandonment or whether relief should be granted under section 473(b).

56. After retaining new counsel, I learned that Benedict had been charged by the Orange County District Attorney with numerous felony fraud offenses allegedly committed during the same period he was representing me. Attached hereto as Exhibit E is a true and correct copy of publicly available California State Bar information and Orange County Superior Court criminal case docket concerning Benedict.

57. On or about March 6, 2026, I filed a complaint against Benedict with the California State Bar concerning his conduct in my case. Attached hereto as Exhibit F is a true and correct copy of my State Bar complaint.

58. Before the bankruptcy stay intervened, my motion to vacate was fully briefed and pending before the Orange County Superior Court.

59. Concurrently with my Opposition, I seek limited relief from stay solely to permit the Orange County Superior Court to rule on the already-pending motion to vacate.

60. I do not seek stay relief to relitigate the merits of the underlying dispute or pursue affirmative relief against Lam.

61. I seek only a determination of whether the default judgment should be vacated based on the circumstances described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2026, at Garden Grove, California.

Minh Tuong Nguyen

DECLARATION OF MINH TUONG NGUYEN

# EXHIBIT 4

# Declaration of Minh Tuong Nguyen in O.C. Family-Law Case No. 24D007636

Document:
Declaration of Minh Tuong Nguyen filed in Orange County Superior Court, Case No. 24D007636.
Source:
O.C. Superior Court – Case No. 24D007636
Relevance:
Debtor states he operated his media and communications business "primarily in Vietnam" while Ngan maintained U.S. ties; describes Vietnam-based custody and family circumstances. Relevant to residence, domicile, and principal-place-of-business venue bases.

## <u>DECLARATION OF MINH TUONG NGUYEN</u>

*(In Support of Ex Parte Request for Order to Modify Child Custody and Visitation and for*

*Protective Orders)*

I, Minh Tuong Nguyen, declare as follows:

1.  I am the Respondent and father of Tue Tuong Gia Nguyen, born January 4, 2022. I submit this declaration in support of my request for sole legal and physical custody of my son and for emergency protective orders. Everything stated herein is true of my own personal knowledge and, if called to testify, I could and would do so competently.

2.  I am making this request because my son has been wrongfully concealed in Vietnam by my former spouse, Ngan Thi Kim Tran, and her mother. My child has been kept away from me for almost a year, without any lawful custody order allowing this, and I fear for his safety and emotional development.

### I.   BACKGROUND AND JOINT-CUSTODY JUDGMENT

3.  On July 17, 2025, this Court entered a Judgment of Dissolution incorporating our Marital Settlement Agreement ("MSA"). A true and correct copy of the Judgment of Dissolution is attached as Exhibit A.

4.  The Judgment provides that both parents share joint legal and physical custody of our son, requires each parent to notify the other within 48 hours of any change of residence, and reserves child support by mutual agreement. The Judgment also expressly provides that California retains continuing jurisdiction under *Family Code § 3048*.

5.  I agreed to this judgment in good faith because I believed that sharing custody and avoiding conflict would best protect our child. At the time, I operated my media and communication business primarily in Vietnam, while Ngan, a U.S. citizen, maintained ties to the United States. We both represented to the Court that we would cooperate and keep one another informed about our child's whereabouts.

### II.   VOLUNTARY SUPPORT AND GOOD-FAITH COOPERATION

6.  Although the Judgment imposed no child-support order, I continued to voluntarily send

16

Doc ID: ceb2933489323e22bd498975981128b334f668f2

Ngan $300 per month after the divorce. A true and correct copy of the WhatsApp messages is attached as Exhibit B.

7. I sent these payments to help with our son's expenses and to show goodwill. My intention was always to keep things peaceful and to provide financial stability for my child.

8. Even as Ngan became uncooperative, I never stopped contributing or trying to communicate respectfully. WhatsApp messages attached as Exhibit B show that I consistently asked for updates about our son and tried to maintain contact.

## III.    THE VIETNAM CUSTODY AGREEMENT (2024)

9. In early 2024, while we were both dividing time between Vietnam and the United States, we have a custody agreement in Vietnam.

10. That agreement allowed our mothers to help only temporarily when both of us were abroad, and provided that when either parent was in Vietnam, the child would alternate between parents every two months.

11. The agreement was meant to supplement the California Judgment—not replace it. It never gave either grandmother legal custody or decision-making power.

## IV.    MOTHER'S BREACH AND ABANDONMENT

12. In December 2024, Ngan left Vietnam and returned to the United States without notifying me, in violation of the 48-hour notice requirement. She left our then-two-year-old son with her mother, Ms. Phuong Thi Thanh Truong, who has no guardianship authority.

13. From that day forward, Ngan stopped caring for our son entirely. She has not provided direct care, supervision, or consistent contact since 2024.

14. I continued to see and care for our child regularly at my home while he stayed with the grandmother. On August 23, 2025, Ms. Phuong came to my house and said Ngan "missed the child" and wanted a short visit. Trusting her word, I allowed her to take our son temporarily. He was never returned.

15. Within days, all calls and messages were blocked. Neighbors told me the grandmother had moved out without notice. I have not seen or heard from my son since.

17

ATTACHMENT TO REQUEST FOR ORDER CHANGE CHILD CUSTODY AND VISITATION (PARENTING TIME)—ATTACHMENT A

Doc ID: ceb2933489323e22bd498975981128b334f668f2

## V.    POLICE INVESTIGATION AND CONFIRMATION OF CONCEALMENT

16. On October 13, 2025, I reported the situation to Tan Thuan Ward Police in Ho Chi Minh City. The case was later transferred to Nha Be Commune Police, who investigated and issued official Working Minutes on October 17, 2025. A true and correct copy of the Working Minutes dated October 17, 2025 is attached as Exhibit C.

17. The police confirmed that the grandmother had moved without registration, refused to return the child, and would not provide an address or phone contact. They advised me to pursue legal action through the California family court because both parents are U.S. citizens.

18. This record proves that concealment is not a suspicion—it is documented by law-enforcement authorities.

## VI.    U.S. CONSULATE INVOLVEMENT

19. After receiving the police report, I contacted the U.S. Consulate General in Ho Chi Minh City. The American Citizen Services (ACS) unit acknowledged receipt of my complaint and confirmed that it could assist in locating a missing U.S. citizen child. A true and correct copy of the U.S. Consulate General's email dated October 17, 2025 is attached as Exhibit D.

20. The Consulate advised me to obtain a new California court order clarifying custody before it could coordinate with Vietnamese authorities. This is why I am now returning to Court.

## VII.    MOTHER'S THREATS AND EMOTIONAL INSTABILITY

21. After I reported the case, Ngan began sending me hostile and disturbing messages via WhatsApp. She wrote:

"Even if I die, I will never let you have the child. I will use my life to exchange for that." A true and correct copy of the Screenshots of these threats are attached as Exhibit E.

22. Her tone was volatile, irrational, and frightening. She continued even after I sent several bilingual Cease-and-Desist Letter in October 2025. A true and correct copy of the three Cease-and-Desist Letters is attached as Exhibit F.

18

Doc ID: ceb2933489323e22bd4989759811128b334f668f2

23. Her conduct shows serious emotional instability and unwillingness to cooperate in any form. It also places my child at risk if she exerts any control over his caretaker abroad.

### VIII. FATHER'S STABILITY, HOME, AND FINANCIAL CAPACITY

24. I am the managing executive of Starworld Media & Communications Joint Stock Company, headquartered in District 7, Ho Chi Minh City, operating continuously since 2011, employing a large number of employees nationwide.

25. My average monthly income is approximately USD $5,000 to $6,000, which allows me to provide fully for my son's housing, education, and medical care. I maintain savings accounts in both Vietnam and the United States.

26. I own a three-bedroom home in District 7, a safe residential area near reputable schools and hospitals. My mother, Mrs. Thu Le Yen Nguyen, lives with me and assists daily with household and childcare duties.

27. I have already reserved placement for my son at KinderStar International Preschool and arranged comprehensive health insurance through Bao Viet Insurance Company.

28. I hold a Master's Degree in Economics, and maintain flexible hours that allow me to work largely from home. I do not drink, use drugs, or have any criminal history.

29. These facts demonstrate my ability to give my son the stable, loving, and structured environment envisioned by the Court's Judgment. They are presented solely for the Court's best-interest analysis under *Family Code §§ 3011 and 3020* and not to raise any issue of support, which remains reserved by the Judgment.

### IX. GOOD FAITH AND REQUEST FOR COURT INTERVENTION

30. I have exhausted every lawful means available in Vietnam and through the U.S. Consulate to locate and recover my son. Both agencies advised that only a new or modified California order can be enforced internationally.

31. I love my son deeply and have never acted out of anger toward his mother. All I want is to protect him and bring him home to safety. He is only three years old and cannot defend himself; he deserves the presence of a stable parent who can provide daily care, education, and

19

Doc ID: ceb2933489323e22bd498975981128b334f668f2

affection.

## X.    REQUEST FOR RELIEF

I respectfully request that the Court:

1.  Grant me sole legal and physical custody of Tue Tuong Gia Nguyen;

2.  Suspend Ngan Thi Kim Tran's custody and visitation until she demonstrates emotional stability, compliance, and full cooperation with Court orders;

3.  Issue Locate and Welfare Orders authorizing coordination with the U.S. Consulate General in Ho Chi Minh City and Vietnamese law enforcement;

4.  Enter Protective Orders under *Family Code §§ 6203 and 6320* restraining further harassment or interference;

5.  Impose passport and travel restrictions under *Family Code § 3048(b)*; and

6.  Set a status-review hearing within 90 days to verify the child's welfare and compliance with the Court's orders.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of November, 2025.

_____

Minh Tuong Nguyen

ATTACHMENT TO REQUEST FOR ORDER CHANGE CHILD CUSTODY AND VISITATION (PARENTING TIME)—ATTACHMENT A

Doc ID: ceb2933489323e22bd498975981128b334f668f2

Exhibit A – Judgment of Dissolution dated July 17, 2025

Exhibit B – WhatsApp messages between Minh Tuong Nguyen and Ngan Thi Kim Tran

Exhibit C – Working Minutes from Nha Be Commune Police dated October 17, 2025

Exhibit D – U.S. Consulate General's email dated October 17, 2025

Exhibit E – Screenshots of the messages threats from Ngan Thi Kim Tran

Exhibit F – Cease-and-Desist Letters

21

ATTACHMENT TO REQUEST FOR ORDER CHANGE CHILD CUSTODY AND VISITATION (PARENTING TIME)—ATTACHMENT A

Doc ID: ceb2933489323e22bd4989759811128b334f668f2

# EXHIBIT 5

# Responsive Declaration of Ngan Thi Kim Tran in O.C. Family-Law Case No. 24D007636

Document:

Responsive Declaration of Ngan Thi Kim Tran filed in Orange County Superior Court, Case No. 24D007636.

Source:

O.C. Superior Court – Case No. 24D007636

Relevance:

Ngan declares Debtor left the U.S., relocated to Vietnam, refused to return for the Lam litigation, and controlled financial discovery; identifies Debtor's known residence in Ho Chi Minh City. Independent corroboration of Vietnam-based residence during the venue period.

LAW OFFICES OF DAVID K. TRAN
David K. Tran, SBN 223036
15446 Brookhurst Street
Westminster, CA 92683
Tel: (714) 839-4077
Fax: (714) 839-4078

Attorney for Petitioner
NGAN THI KIM TRAN

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE - LAMOREAUX JUSTICE CENTER**

| | |
|---|---|
| In re the Matter of<br><br>NGAN THI KIM TRAN,<br><br>                        Petitioner,<br><br>and<br><br><br>MINH TUONG NGUYEN,<br><br>                       Respondent. | **CASE NO.: 24D007636**<br><br>**PETITIONER'S DECLARATION IN SUPPORT OF HER OPPOSITION TO RESPONDENT'S REQUEST FOR ORDER REGARDING CHILD CUSTODY AND VISITATION**<br><br><br>Date: 02/03/2026<br>Time: 08:45 am<br>Dept.: L72 |

1. I am the Petitioner in this instant action. If called upon to testify, I could and would competently testify to the following facts as the same are personally known to me, except as to those matters that may be stated upon information and belief and as to those matters, I believe same to be true. I offer the within declaration in lieu of personal testimony pursuant to California Code of Civil Procedure Sections 2009 and 2015.5; California Rules of Court Rule 5.118 (formerly Rule 1225); Elkins v. Superior Court (2007) 41 Cal.4th 1337; Reifler v. Superior Court

PETITIONER'S DECLARATION IN SUPPORT OF HER OPPOSITION TO RESPONDENT'S REQUEST FOR ORDER
REGARDING CHILD CUSTODY AND VISITATION

Page 1

LAW OFFICES OF DAVID K. TRAN
15446 Brookhurst Street, Westminster, CA 92683
Tel.: (714) 839-4077 / Fax: (714) 839-4078

LAW OFFICES OF DAVID K. TRAN
15446 Brookhurst Street, Westminster, CA 92683
Tel.: (714) 839-4077 / Fax: (714) 839-4078

(1974) 39 Cal.App.3d 479, 114 Cal.Rptr.356, and Marriage of Stevenot (1984) 154 Cal.App.3d1051, 202 Cal.Rptr.116.

2. This declaration is submitted in support of (1) custody and child support determinations regarding my minor child, NGUYEN TUONG GIA TUE ("TUE") (DOB: 01/04/2022), and (2) related relief arising from the conduct of Respondent MINH TUONG NGUYEN ("Respondent").

## I. BACKGROUND AND CIVIL LITIGATION CONTEXT

3. Respondent and I were married and are now divorced. We share one minor child, TUE. I am a United States citizen.

4. From approximately 2022–2024, Respondent incurred substantial debts through excessive borrowing and mismanagement, which resulted in foreclosure of our family residence in the United States.  His actions caused severe financial instability and left me responsible for addressing the aftermath.

5. Respondent subsequently left the United States and relocated to Vietnam, leaving me to address the legal and financial consequences of his decisions and actions.

6. During this same period, NGOC TUYET LAM filed a civil action against Respondent, and I was named as a related defendant regarding an unpaid loan. The case is titled *Lam v. Nguyen*, Case No. 30-2022-01253059-CU-OR-NJC, pending in the Superior Court of California, County of Orange.  Respondent refused to return to the United States or participate in the defense of that matter.

7. Respondent and I were represented by attorney Alex Benedict in that civil matter. Attorney Alex Benedict repeatedly requested Respondent's participation and warned as early as May 2024 that withdrawal would follow if Respondent continued to refuse cooperation. (See **Exhibit A**)

## II. DISCOVERY NONCOMPLIANCE AND COURT SANCTIONS

8. On November 20, 2024 and December 4, 2024, the Court issued discovery orders requiring responses. Respondent controlled the requested financial information and refused to provide it or cooperate. As a result, no discovery responses were produced.

9. On May 21, 2025, the Court found that Respondent and I failed to comply with discovery orders, struck our Answer, entered default, imposed monetary sanctions, and vacated the jury trial.

(See **Exhibits B & C**). My repeated requests for Respondent to handle the lawsuit and unresolved business transactions had fallen on deaf ears. These orders reflect Respondent's pattern of disregard for court obligations.

## III. TEMPORARY TRAVEL TO VIETNAM AND GUARDIANSHIP

10. In February 2024, due to foreclosure and homelessness, I temporarily traveled with TUE to Vietnam to seek family assistance.

11. Respondent was fully informed of, agreed to, and consented to this arrangement. We executed a notarized guardianship authorization granting my mother temporary authority to assist with TUE's care. This document was provided to counsel.

12. When I later returned to the United States to address the litigation, Respondent requested that TUE remain temporarily in Vietnam so that he could visit the child more easily. I agreed in good faith. The agreement was mutual, not unilateral.

## IV. CONCEALMENT OF THE CHILD AND PASSPORT WITHHOLDING

13. After I returned to the United States, Respondent abruptly stopped responding to my communications and removed TUE from his known residence in Ho Chi Minh City without informing me. I no longer knew where my child was.

14. Respondent also retained TUE's passport and allowed his Vietnamese visa to expire, preventing lawful departure and causing significant delays in bringing my son home.

15. Due solely to Respondent's actions and refusal to return the passport or disclose TUE's location, I was unable to bring TUE back to the United States until approximately December 2025, after extensive coordination with Vietnamese immigration authorities. (See **Exhibit D**).

## V. THREATS, HARASSMENT, AND MENTAL INSTABILITY

16. Respondent repeatedly sent me messages containing verbal abuse, intimidation, and emotional manipulation over many years.

17. On or about March 19, 2025, Respondent sent numerous messages threatening suicide, stating words to the effect of: "I am mentally unstable," "Death is fine," and "I will drink poison." (See **Exhibit E**).

LAW OFFICES OF DAVID K. TRAN
15446 Brookhurst Street, Westminster, CA 92683
Tel.: (714) 839-4077 / Fax: (714) 839-4078

LAW OFFICES OF DAVID K. TRAN
15446 Brookhurst Street, Westminster, CA 92683
Tel.: (714) 839-4077 / Fax: (714) 839-4078

18. Respondent also admitted in writing to illegal substance use, including ketamine and ecstasy, and was pictured holding our son while a picture of what appears to be a plate of illegal drugs. (See **Exhibit F**) This conduct heightened my fears for our son's safety and emotional well-being.

19. I have never threatened Respondent. The one message Respondent cites, "Even if I die, I will never let you have the child," was made only after he threatened to take the child without my consent. It was an expression of fear and protective instinct, not harassment.

## VI. CHILD SUPPORT MISREPRESENTATIONS

20. Respondent has falsely claimed that he provided consistent child support of $300 per month. In fact, only four transfers were made to my mother's account in Vietnam between August and December 2024, after which no further payments were made.

21. Respondent made no child support payments after the July 2025 divorce ruling and has never committed to ongoing support.

## VII. SUBSTANCE USE AND PARENTAL FITNESS

23. Respondent's admitted drug use, history of threats of self-harm, and ongoing emotional volatility raise significant concerns about his ability to safely and appropriately care for TUE.

24. I deny any concealment of our child or interference with Respondent's visitation. After the July 2025 divorce judgment, Respondent continued to pick up and visit the child normally. (See **Exhibit G**). Such visitation directly contradicts his allegations of abandonment or concealment.

## VIII. RISK OF INTERNATIONAL CHILD ABDUCTION

25.  Respondent now resides in Vietnam and previously withheld the child abroad without providing information or returning the child promptly. Vietnam is **not a party to the Hague Convention**, leaving me with no legal remedy if Respondent wrongfully retains the child outside the United States. His past conduct and instability create a serious risk of future abduction if unsupervised or international visitation is permitted.

//

//

//

LAW OFFICES OF DAVID K. TRAN
15446 Brookhurst Street, Westminster, CA 92683
Tel : (714) 839-4077 / Fax: (714) 839-4078

## VIII. REQUEST FOR RELIEF

26. For all the reasons set forth above and consistent with the arguments in the accompanying Memorandum of Points and Authorities, I respectfully request that the Court:

A. Grant me sole legal and primary physical custody of NGUYEN TUONG GIA TUE;

B. Limit Respondent's visitation to the United States only to prevent international abduction risk;

C. Order Respondent to resume and comply with child support obligations;

D. Consider Respondent's history of non-compliance, substance use, emotional instability, and prior concealment of the child; and

E. Grant such other relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 15, 2026, at Westminster, California.

_____
NGAN THI KIM TRAN, Declarant

# EXHIBIT A

11:42

25 Messages

**Alex Benedict**                                          5/22/24

To: Minh, Ngan   Cc: Ryan, Bea, Binh >

# Fwd: Deposition Scheduling -  Ngoc Tuyet Lam v. Minh Tuong Nguyen, et al. | Case No.  30-2022-01253059-CU-OR-CJC

If I don't hear from you guys by today then will file a motion to withdraw our representation from this case.
Sent from my iPad

Begin forwarded message:

**From:** Bea Cuenco <bea@jackman.law>
**Date:** May 22, 2024 at 11:10:18 AM PDT
**To:** "Alex Benedict, Esq." <alexbenedict2000@yahoo.com>, Binh Le <binh.lawalb@gmail.com>
**Cc:** Ryan Jackman <ryan@jackman.law>, Admin Jackman Law <legal@jackman.law>
**Subject: Fw: Deposition Scheduling -  Ngoc Tuyet Lam v. Minh Tuong Nguyen, et al. | Case No.  30-2022-01253059-CU-OR-CJC**


Hello Alex and Binh,

We have not received any communication from Steven or Caroline, and they did not show up to the Zoom meeting with Ryan last Friday. I left Caroline a voice message today

8:07

<  **Steven Nguyen**

**May 18, 2024**

**Missed voice call**
Tap to call back          3:00 AM

Mai Thứ 2, Anh ký HĐ Mua xe, chắc giữa tuần xe về tới
6:09 AM

Thứ 6 tuần sau em bay rồi nha.   7:41 PM ✓✓

**May 22, 2024**

Anh Alex đòi rút khỏi vụ kiện của bà Tuyết rồi ạ
1:12 PM ✓✓

Anh Alex nói Anh ấy ko muốn nói chuyện với em mà Anh ấy cần nói chuyện với Anh. Anh phải là người gọi cho Anh ấy.
1:27 PM ✓✓

 **Voice call**
No answer   1:30 PM

Trong ngày hôm nay Anh phải gọi và trả lời nếu ko Anh ấy sẽ rút khỏi vụ kiện.
1:44 PM ✓✓

 **Missed voice call**
Tap to call back      7:05 PM

 **Voice call**
No answer   9:49 P  ⌄

**TRANSLATION OF EXHIBIT A - P.2**

**MAY 18, 2024**

**Steven Nguyen:**

*MISSED VOICE CALL – Tap to Call Back 3:00 AM*

Monday, the 2nd, You will sign the vehicle purchase agreement. The vehicle is expected to arrive mid-week. *6:09 AM*

**Ngan Tran:**

Friday of next week, I will be flying. *7:41 PM*

**MAY 22, 2024**

**Ngan Tran:**

Mr. Alex has indicated that he intends to withdraw from Ms. Tuyet's lawsuit. 1:12 PM

Mr. Alex stated that he does not wish to communicate with me and that any discussion must be directly with you. He requires that you be the one to contact him. 1:27 PM

*VOICE CALL – No Answer 1:30PM*

**As of today,** you must call and provide a response; otherwise, he will proceed with withdrawing from the lawsuit. *1:44 PM*

**Steven Nguyen:**

*MISSED VOICE CALL – Tap to Call Back 7:05 PM*

**Ngan Tran:**

*VOICE CALL – No Answer 9:49 PM*

# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275 N. Berkeley Ave
Fullerton , CA 92838

**SHORT TITLE:** Lam vs. Nguyen

| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2022-01253059-CU-OR-NJC** |
|---|---|

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 05/21/25, was transmitted electronically by an Orange County Superior Court email server on May 27, 2025, at 1:48:26 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

JACKMAN LAW, P.C.
RYAN@JACKMAN.LAW

LAW OFFICE OF HAI H. LAI
ATTORNEY_LAI@YAHOO.COM

THE LAW OFFICES OF ALEX L. BENEDICT &
ASSOCIATES, APLC
ALEX@LAWALB.COM

THE LAW OFFICES OF ALEX L. BENEDICT &
ASSOCIATES, APLC
ALEXBENEDICT2000@YAHOO.COM

Clerk of the Court, by: _____ , Deputy

---

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

---

**V3 1013a (June 2004)**                                        Code of Civ. Procedure , § CCP1013(a)

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF ORANGE**
**NORTH JUSTICE CENTER**

**MINUTE ORDER**

DATE: 05/21/2025          TIME: 10:00:00 AM          DEPT:  N18

JUDICIAL OFFICER PRESIDING: Scott A Steiner
CLERK: L. Chico
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: L. Diaz

CASE NO: **30-2022-01253059-CU-OR-NJC**   CASE INIT.DATE: 04/04/2022
CASE TITLE: **Lam vs. Nguyen**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Other Real Property

---

EVENT ID/DOCUMENT ID: 74557320

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Terminating Sanctions, 05/05/2025

---

EVENT ID/DOCUMENT ID: 74557321

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Termination of Sanctions, 03/06/2025

---

EVENT ID/DOCUMENT ID: 74557322

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Termination of Sanctions, 03/06/2025
Additional events listed on last page.

---

**APPEARANCES**
 Hai H. Lai, from Law Office of Hai H. Lai, present for Plaintiff(s) remotely.

---

Tentative ruling posted on the internet.

Hearing held, all participants appearing remotely.

In open court at 10:16 AM, there is no appearance on behalf of defendants.

The Court modifies the tentative ruling as follows:

Plaintiff Ngoc Lam's ("Plaintiff") motions for terminating and monetary sanctions, and to strike the answer of defendants Minh T. Nguyen and Ngan T. K. Tran (collectively, "Defendants"), are granted. (ROA 264, 268.)

CCP section 2023.030 outlines the various sanctions that may be imposed "against anyone engaging in conduct that is a misuse of the discovery process," including: monetary sanctions, issue sanctions, evidence sanctions, a terminating sanction, and a contempt sanction. These sanctions may be imposed

---

DATE: 05/21/2025                    MINUTE ORDER                         Page 1
DEPT:  N18                                                          Calendar No.

by the court, "after notice to any affected party, person, or attorney, and after opportunity for hearing." (Code Civ. Proc., § 2023.030.) Failure to respond to an authorized method of discovery is a misuse of the discovery process. (Code Civ. Proc. § 2023.010, subd. (d).) So, too, is disobeying "a court order to provide discovery." (Code Civ. Proc. § 2023.010, subd. (g).) "Once a party or witness has been ordered to attend a deposition, or to answer discovery, or to produce documents, more severe sanctions are available for continued refusal to make discovery." (Cal. Prac. Guide Civ. Pro. Before Trial at ¶ 8:2145, emphasis in original.)

Generally, terminating sanctions should be imposed only if the court has found a willful failure to comply (R.S. Creative, Inc. v. Creative Cotton, Ltd. (1999) 75 Cal.App.4th 486, 496); or, if it appears the "conduct was clear and deliberate, and "no lesser alternatives would remedy the situation" (Del Junco v. Hufnagel (2007) 150 Cal.App.4th 789, 799-800.) The burden of showing sanctions are not justified, i.e., that the responding party did not willfully fail to perform, lies with the responding party. (See Corns v. Miller (1986) 181 Cal.App.3d 195, 201.)

Here, Plaintiff has established that Defendants Tran and Nguyen have each failed to comply with this Court's 11/20/24 and 12/4/24 discovery orders. (ROA 264, 268.) Plaintiff's counsel attests that Defendants have not provided any of the court-ordered discovery responses (nor have Defendants paid any of the monetary sanctions). (Lai Decls. at ¶¶ 4-6.) This discovery encompassed basic information and documents Plaintiff would need to prosecute this action. For example, Plaintiff asked for documents that reflect deposits, transfers or withdrawal of the money that Plaintiff allegedly gave to Defendants. Despite Defendants' promises that supplemental responses would be served, or that documents would be produced, nothing further has been provided. (Lai Decls. at ¶ 4, Exh. 3.)

Further, Defendants' counsel was unable to explain to the court the reason for Defendants' discovery violations; and, Defendants have not provided any assurance that these violations would be cured. (ROA 306—Lai Supp. Decl. at ¶ 2.)  As such, and based in part on the representations of defense counsel who appeared on the ex parte (ROA 290) hearings of May 6 and 7, 2025, the Court finds Defendants have failed to comply with their discovery obligations, and that their failure is unduly prejudicial to Plaintiff. Defense counsel appearing for counsel of record (Alex Benedict) at the ex parte of May 6 (Ryan Jackman) was given every opportunity to explain the failure to comply with any of the Court's previous discovery orders.  Unable to do so, the Court ordered counsel of record (Mr. Benedict) to appear the next day.  Without explanation, Mr. Benedict did not appear, however, despite this order.  Counsel who did appear for Mr. Benedict on May 7 (John Hamilton, from Mr. Benedict's office) also had no adequate explanation, and conceded that in fact the Court's discovery orders had in fact been ignored.  The Court was presented with some explanation that Mr. Benedict had been involved in a "car accident" and had "brain injuries."  Incredibly, and in response to the Court's questions as to whether Mr. Benedict was unable to represent the defendants, Mr. Hamilton stated Mr. Benedict would be representing the defendants in the rapidly approaching jury trial.  The failure to comply with the Court's discovery orders can be described as nothing less than "willful."  Based on Defendants' actions (and inaction), it appears "lesser" sanctions would not be effective in compelling Defendants' compliance.

Thus, as set forth above, unless Defendants appear at the hearing and show their failure to comply with the discovery orders was not willful, the court intends to grant these motions and to order the Clerk to strike Defendants' answer and enter their defaults.

Monetary Sanctions
In connection with these motions, Plaintiff is awarded monetary sanctions in the amount of $1,860 against Defendant Tran, and monetary sanctions in the amount of $960 against Defendant Nguyen. The sanctions are payable within 30 days of the notice of ruling.

In light of the ruling, above, Plaintiff's second motion for terminating sanctions against Defendant Tran (ROA 290) is denied as moot.

The Jury Trial set for 06/09/25 at 9:00 AM in Department N18 is vacated.

The Order to Show Cause re: default prove-up is scheduled for July **24**, 2025, at 9:30AM in Department N18.

Plaintiff to give notice of the ruling.

Court orders Defendants' Answer filed on 02/27/2024 stricken.

The Court orders default entered as to defendants, Minh Tuong Nguyen, AKA Minh, Nguyen, Ngan Thi Kim Tran.

The Jury Trial set for 06/09/2025 at 09:00 AM in Department N18 is vacated.

Court orders clerk to give notice.

ADDITIONAL EVENTS:

EVENT ID/DOCUMENT ID: 74557324
**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Terminating Sanctions, 05/05/2025

# EXHIBIT C

10:15

**Chu Frank Hoang** ⌄
Last seen on Dec 31

‹ 43

Chú cần tìm TM có việc cần. 5:25 PM

Chú có Địa Chi TM ở Vietnam. KDC Trường Sơn, Bình Chánh,TP HCM. Cháu biết số nhà
5:29 PM

Cháu thật không biết gì về Minh đâu chú ạ.
5:36 PM ✓✓

Minh đã có gia đình mới. Cháu bây giờ ko còn liên lạc qua lại gì với Minh.
Edited 5:37 PM ✓✓

Cảm ơn Ngân. Cháu đã biết Minh đã có gia đình? Và Minh đã ly dị chưa? Mình còn qua Mỹ khg?
5:55 PM

Và Cháu trai? 6:04 PM

Chú cho Cháu biết là Chú cần địa Chỉ Minh vì Minh vay Chú? $100,000 USD đã ký nợ và đã trả lãi 123 Triệu trong năm nay.
6:08 PM

Chú cần biết địa chỉ tại VN để thưa Minh ra Tòa.
6:09 PM

**22 Nov 2025**

Good morning Ngân. Cháu có biết Địa Chỉ TM khg?
4:26 PM

Cho Chú Biết 4:26 PM

Message...

**TRANSLATION FOR EXHIBIT C – P.1**

**Uncle Frank Hoang:**

Uncle needs to locate TM regarding an urgent matter. *5:25 PM*

Uncle has TM's address in Vietnam: Truong Son Residential Area, Binh Chanh District, Ho Chi Minh City. Do you know the house number? *5:29 PM*

**Ngan Tran:**

I truly do not know anything about Minh, Uncle. *5:36 PM*

Minh has a new family. I am no longer in contact with Minh at all. *5:37 PM*

**Uncle Frank Hoang:**

Thank you, Ngan. Did you know that Minh has a family? And has Minh divorced yet? Does Minh still come to the United States? *5:55 PM*

And what about the child? *6:04 PM*

Uncle is telling you this because he needs Minh's address as Minh borrowed USD $100,000 from Uncle, signed a debt acknowledgment, and has paid interest of 123 million VND this year. *6:08 PM*

Uncle needs the address in Vietnam in order to file a lawsuit against Minh. *6:09 PM*

**November 22, 2025**

**Uncle Frank Hoang:**

Good morning, Ngan. Do you know TM's address? *4:26 PM*

Please let Uncle know. *4:26 PM*



**TRANSLATION FOR EXHIBIT C – P.2**

**May 22, 2024**

**Steven Nguyen:**

*MISSED VOICE CALL – Tap to Call Back 7:05 PM*

**Ngan Tran:**

*VOICE CALL – No Answer 9:49 PM*

*VOICE CALL – No Answer 11:12 PM*


**May 23, 2024**

**Ngan Tran:**

*VOICE CALL – No Answer 7:52 AM*

Tomorrow morning, please call me and have him join on the same line as well. *7:54 AM*

According to what our attorney stated, their attorney has just contacted our office: "Their attorney has prepared and filed a motion seeking enforcement. He just called my office. They will be pursuing sanctions." *8:02 AM*


**May 25, 2024**

**Ngan Tran:**

*VOICE CALL – No Answer 7:56 AM*

Minh, are you not planning to discuss with me what steps we are going to take? *8:21 AM*

## Steven Nguyen



May 25, 2024

8:26 AM



8:26 AM

Anh ko đọc tin nhắn ở trên sao ạ

8:31 AM ✓✓

May 27, 2024

**Voice call**
No answer    1:07 AM

Xin vui lòng gọi lại em    1:08 AM ✓✓

Sao Anh như vậy vậy Anh? Em cần nói chuyện để em quyết định xem sẽ như thế nào.
Nếu ko phải vì vụ bà Tuyết em cần gì quay về Mỹ, Anh biết em đang trong hoàn cảnh ko có chỗ ở, ko có xe đi lại, nhưng vẫn phải quay lại đây. Em ko yêu cầu Anh phải làm gì cho em hết, mà chỉ cần Anh trao đổi để em biết mà làm gì mà Anh cũng để em phải khổ sở đi xin Anh.

6:30 AM ✓✓

**TRANSLATION FOR EXHIBIT C – P.3**

**May 25, 2024**

**Steven Nguyen:**

(Image) *8:26 AM*

(Image) *8:26 AM*

**Ngan Tran:**

Did you not read the messages above? *8:31 AM*


**May 27, 2024**

**Ngan Tran:**

*VOICE CALL – No Answer 7:56 AM*

Please call me back. *1:08 AM*

Why are you behaving this way? I need to speak with you so that I can decide how to proceed.
If it were not for Ms. Tuyet's case, I would not have needed to return to the United States. You know I am currently in a situation with no place to stay and no means of transportation, yet I still had to return here. I am not asking you to do anything for me; I only need you to communicate with me so that I know what steps to take. Instead, you have left me in distress, forced me to beg. *6:30 AM*

**3:55** 👤

5G

## Steven Nguyen

**May 27, 2024**

↗ **Voice call**
No answer  1:07 AM

Xin vui lòng gọi lại em  1:08 AM ✓✓

Sao Anh như vậy vậy Anh? Em cần nói chuyện để em quyết định xem sẽ như thế nào.
Nếu ko phải vì vụ bà Tuyết em cần gì quay về Mỹ, Anh biết em đang trong hoàn cảnh ko có chỗ ở, ko có xe đi lại, nhưng vẫn phải quay lại đây. Em ko yêu cầu Anh phải làm gì cho em hết, mà chỉ cần Anh trao đổi để em biết mà làm gì mà Anh cũng để em phải khổ sở đi xin Anh.

6:30 AM ✓✓

Rồi lại tiếp tục charge tiền trong tài khoản em rồi Anh  7:12 AM ✓✓

Em bị âm tiền nữa  7:12 AM ✓✓

| | | | Pending 05/25/2024 | |
|---|---|---|---|---|
| ≡$ | | Barber Cosmo 8009525210 Ca 1<br>Pending 05/25/2024 | | $10.00 |
| ≡$ | | Apple.com/bill 866-712-7753<br>Ca 1<br>Pending 05/26/2024 | | $29.99 |
| ≡$ | | Apple.com/bill Www.apple.com<br>Ca 1<br>Pending 05/26/2024 | | $12.99 |
| ≡$ | | Apple.com/bill 866-712-7753<br>Ca 1<br>Pending 05/26/2024 | | $11.99 |
| ≡$ | | Apple.com/bill 866-712-7753<br>Ca 1<br>Pending 05/26/2024 | | $9.9 ⌄ |

+

**TRANSLATION FOR EXHIBIT C – P.4**

**May 27, 2024**

**Ngan Tran:**

*VOICE CALL – No Answer 1:07 AM*

Please call me back. *1:08 AM*

Why are you behaving this way? I need to speak with you so that I can decide how to proceed.

If it were not for Ms. Tuyet's case, I would not have needed to return to the United States. You know I am in a situation with no place to stay and no vehicle for transportation, yet I still had to come back here. I am not asking you to do anything for me, I only need you to communicate with me so that I know what steps to take. Instead, you are leaving me in a position where I am suffering and forced to beg. *6:30 AM*

And then you continued to charge expenses to my account again. *7:12 AM*

My account is now overdrawn again. *7:21 AM*

*(IMAGE)*

3:56

**Steven Nguyen**



**May 27, 2024**  ...12-7753  7:13 AM

Anh làm ơn chuyển gấp lại tiền trả Apple đi ạ, nó đóng tài khoản của em.

7:18 AM

Em chỉ còn có tài khoản này thôi

7:19 AM

**May 28, 2024**

Anh Minh, đây là lần cuối cùng mà em nhắn Anh về mọi việc. Anh cư xử thật quá đáng. Em cần biết Anh sẽ giải quyết như thế nào về việc bà Tuyết và bên luật sư mà đã 2-3 tuần Anh nay Anh đều không tôn trọng để trả lời tin nhắn và phone của em. Em đã quá mệt mỏi với Anh.

5:21 AM

**May 29, 2024**

🚫 *You deleted this message.* 6:28 AM

**May 30, 2024**

**Voice call**
No answer

6:55 AM



Please provide at least **three** dates for yourself and **three** dates for Minh to be available for a deposition. These dates will have to work with all parties' schedules, so providing one date alone will not help us in scheduling. I will provide some dates that Attorney Jackman is available and you

**TRANSLATION FOR EXHIBIT C – P.5**

**May 27, 2024**

**Ngan Tran:**

Please urgently transfer the funds to pay Apple; my account has been suspended. *7:18 AM*

This is the only account I have left. *7:19 AM*

**May 28, 2024**

**Ngan Tran:**

Minh, this will be the last time I message you regarding these matters. Your conduct has been completely unreasonable. I need to know how you intend to resolve the issue involving Ms. Tuyet and the attorneys. For the past two to three weeks, you have repeatedly failed to respond to my messages and phone calls. I am completely exhausted with you. *5:21 AM*

**May 29, 2024**

**Ngan Tran:**

*You deleted this message 6:28 AM*

**May 30, 2024**

**Ngan Tran:**

*VOICE CALL – No Answer 6:55 AM*

*(IMAGE)*

**ATM USA**
online

Read more **Thu, Jul 24** 11:57 AM ✓✓

Mình đã bị phạt tiền rồi 11:57 AM ✓✓

Em đã bị tòa phạt $1860 rồi 11:59 AM ✓✓

Alex ko đại diện cho mình nữa. Cứ để tiếp tục vậy nữa thì ko biết sẽ bị phạt đến gì nữa. 12:01 PM ✓✓

Trong 3 ngày, Anh vui lòng cho em biết Anh sẽ tính sao về việc này. Em ko thể tiếp tục chờ nữa. Nếu Anh ko trả lời em, em sẽ tự tìm cách giải quyết của em. 3:28 PM ✓✓

**Sat, Jul 26**

Anh không có thời gian, Anh về VN rồi 4:48 PM

Phải 2 tuần mới quay lại 4:49 PM

Em nên tới Luật sư 4:50 PM

**Fri, Aug 1**

Để ngày mai đi hẳn đón Tuệ đi Anh 6:08 AM ✓✓

Mẹ và Tuệ đang ở bên ngoài đường rồi ạ 6:09 AM ✓✓

Nay mẹ dẫn con đi ăn tiệc rồi 6:10 AM ✓✓

Không sao, vậy tối khuya Anh rước, tối Anh ngủ với Con

**TRANSLATION FOR EXHIBIT C – P.6**

**July 24, 2025**

**Ngan Tran:**

We have already been fined. *11:57 AM*

I have already been fined $1,860 by the court. *11:59 AM*

Alex is no longer representing us. If this continues, it is unclear what further penalties may be imposed. *12:01 PM*

Within three days, please let me know how you intend to handle this matter. I cannot continue waiting. If you do not respond, I will find my own way to resolve it. *3:28 PM*

**July 26, 2025**

**ATM USA (Steven Nguyen):**

I do not have time; I have returned to Vietnam. *4:48 PM*

I will not be back for two weeks. *4:49 PM*

You should go see an attorney. *4:50 PM*

**August 01, 2025**

**Ngan Tran:**

Then tomorrow go directly to pick up Tue, okay? *6:08 AM*

Mom and Tue are already outside on the street. *6:09 AM*

Today Mom took the child out to attend a gathering. *6:10 AM*

**ATM USA (Steven Nguyen):**

That's fine—then you can pick her up late tonight. You can sleep with the child tonight.

4:00

**ATM USA**
online

---

**Sat, Jul 26**

Anh không có thời gian, Anh về VN rồi
4:48 PM

Phải 2 tuần mới quay lại   4:49 PM

Em nên tới Luật sư   4:50 PM

---

**Fri, Aug 1**

Để ngày mai đi hẳn đón Tuệ đi Anh
6:08 AM ✓✓

Mẹ và Tuệ đang ở bên ngoài đường rồi ạ
6:09 AM ✓✓

Nay mẹ dẫn con đi ăn tiệc rồi   6:10 AM ✓✓

Không sao, vậy tối khuya Anh rước, tối
Anh ngủ với Con
6:11 AM

Ok vậy để em nói mẹ.   6:12 AM ✓✓

Nói Mẹ thong thả, khi nào về gọi Anh
Edited 6:12 AM

Bà Tuyết gọi nói Em đòi 110.000 usd back
out, xin gặp Anh
6:13 AM

Mà Anh nói đấy là quyền của Em, Anh
không tham gia
6:13 AM

Xin gặp Anh mà Anh chưa gặp, bữa nay
xuống nước Anh mới chịu nói chuyện
6:14 AM

Doa Anh vu tòa. Anh nói Anh đéo care

**TRANSLATION FOR EXHIBIT C – P.7**

**July 26, 2025**

**ATM USA (Steven Nguyen):**

I don't have time; I've already returned to Vietnam. *4:48 PM*

I won't be back for another two weeks. *4:49 PM*

You should go see an attorney. *4:50 PM*

**August 01, 2025**

**Ngan Tran:**

Then tomorrow go directly to pick up Tue. *6:08 AM*

Mom and Tue are already outside on the street. *6:09 AM*

Today Mom took the child out to attend a gathering. *6:10 AM*

**ATM USA (Steven Nguyen):**

That's fine—then you can pick her up late tonight, and you can stay overnight with the child. *6:11 AM*

Okay, I'll let Mom know. *6:12 AM*

**ATM USA (Steven Nguyen):**

Tell Mom to take her time; when she's ready to come back, have her call me. *6:12 AM*

Ms. Tuyet called and said that I am requesting the return of USD $110,000 and asked to meet with you. *6:13 AM*

But you said that this is my right and that you would not be involved. *6:13 AM*

She asked to meet with you, but you had not agreed to meet; only today, after she backed down, did you agree to talk. *6:14 AM*

She threatened you with court action, and you said you did not care.

# EXHIBIT D



**TRANSLATION OF EXHIBIT D - P.1**

**AUGUST 07, 2025**

**Ngan Tran:**

Where is our child right now? *11:28 PM*

4:02

## Mama Thư
last seen today at 5:20 AM

**Fri, Aug 8**

Voice call
2 hr
7:47 AM

**Tue, Aug 12**

Hộ chiếu Tuệ xong chưa con? Minh hỏi để đi lại cho tiện.
3:11 AM

Con nhắn tin Minh ko trả lời, Má có thể cho con biết thằng bé đang ở nhà nào ở HN hay không và Minh cần passport Tuệ để làm gì?
9:48 AM ✓✓

**Missed voice call**
Tap to call back
10:58 PM

Gọi cho má đi.   11:47 PM

**Wed, Aug 13**

Dạ hôm qua con ngủ nên ko thấy gọi nhỡ của Má
10:33 AM ✓✓

Sáng mai con gọi lại Má ạ.   10:34 AM ✓✓

**Fri, Aug 15**

Voice call
4 min
7:32 PM

**TRANSLATION OF EXHIBIT D - P.2**

**August 08, 2025**

**Ngan Tran:**

*VOICE CALL – 2 hr 7:47 AM*

**August 12, 2025**

**Mama Thu:**

Has Tue's passport been completed yet? Minh is asking so that travel will be more convenient. *3:11 AM*

**Ngan Tran:**

I texted Minh but he did not respond. Mom, can you tell me which house in Hanoi the child is currently staying at, and for what purpose Minh needs Tue's passport? *9:48 AM*

**Mama Thu:**

*MISSED VOICE CALL – Tap to Call Back 10:58 PM*

Please call me, Mom. *11:47 PM*

**August 13, 2025**

**Ngan Tran:**

Yes, yesterday I was asleep and did not see Mom's missed call. *10:33 AM*

Tomorrow morning I will call you back, Mom. *10:34 AM*

**August 15, 2025**

**Mama Thu:**

*VOICE CALL – 4 min 7:32 PM*

# EXHIBIT E

4:03 📶 5G

**Steven Nguyen**

Bước cuối cùng của Anh mà   **Aug 1, 2024**   4:20 PM ✓✓

Cứ làm những gì mà Anh thấy đúng với lương tâm là được   4:21 PM ✓✓

> **Steven Nguyen**
> Nhà cô bị kéo nhé

Đây là con người thật của Anh mà!   4:21 PM ✓✓

Có vài trăm usd, mà cô khốn nạn không đưa tôi   4:22 PM

Có cái passport con mà cô chống   4:22 PM

Đừng đổ thừa   4:22 PM

Cô biến tôi thành như thế này   4:23 PM

Thứ đàn bà lăng loàn   4:23 PM

Cay độc   4:23 PM

Chọc tao điên máu lên   4:24 PM

Tao nhịn bấy lâu nay   4:24 PM

Tao giờ có còn gì đâu mà ngán   4:24 PM

Ép người vừa vừa phải phải thôi chứ   4:24 PM

Biến tôi trở thành như thế này, là tội lỗi của Cô   4:25 PM

Nhà cô bị kéo thì đừng đổ thừa nhé   4:27 PM

Cô chẳng bao giờ nhìn lại bản thân mình

**TRANSLATION OF EXHIBIT E - P.1**

**AUGUST 1, 2024**

**Ngan Tran:**

Just do what you believe is right according to your conscience; that is sufficient. *4:21 PM*

This reflects who you truly are *(in reply to: Steven Nguyen: If the house is seized, then so be it.) 4:21 PM*

**Steven Nguyen:**

It was only a few hundred U.S. dollars, yet you were so petty that you refused to give it to me. *4:22 PM*

Only the child's passport but you opposed. *4:22 PM*

Do not blame. *4:22 PM*

You have turned me into this person. *4:23 PM*

A shameless, slut. *4:23 PM*

Venomous and malicious. *4:23 PM*

You deliberately provoked me into losing control. *4:24 PM*

I have endured you for a long time. *4:24 PM*

I now have nothing left to lose. *4:24 PM*

Do not pressure or coerce others beyond what is reasonable. *4:24 PM*

You turning me into this is your responsibility. *4:25 PM*

If the house is seized, then stop engaging in such disgraceful behavior. *4:27 PM*

4:04

**ATM USA**
online

Cô muốn làm tôi bị điên  4:48 AM

**Mar 19, 2025**

Tôi bị thần kinh rồi Ngân à  4:49 AM

Tôi giờ chết sống có khác gì đâu  4:49 AM

Chết cũng được mà Ngân  4:49 AM

Anh bình tĩnh lại rồi tôi sẽ nói chuyện.  4:49 AM

Thuốc uống là chết ngay  4:49 AM

Tôi sẽ uống trước mặt Mẹ Cô nhé  4:49 AM

Nếu Cô muốn  4:50 AM

Cô muốn tôi chết, muốn ép tôi chết phải không ?  4:50 AM

Tôi xin Anh, luôn phải bình tĩnh trước mặt thằng bé.  4:50 AM

Cô ép tôi chết, chọc tôi điên để chết cho cô vừa lòng  4:51 AM

Tôi chết thì cô yên tâm, nhiều người chết đói lắm  4:51 AM

Cô gây nghiệp lớn lắm đó  4:51 AM

Tôi đã nói Anh bình tĩnh lại. Tôi không có muốn lấy tiền gì của Anh hết. Tôi chỉ muốn con tôi bình an và khỏe mạnh thôi.  4:53 AM

Tôi muốn an tâm để tôi cày kiếm tiền l.. cho thằng bé  4:54 AM

**TRANSLATION OF EXHIBIT E - P.2**

**Steven Nguyen:**

I am mentally overwhelmed, Ngan. *4:49 AM*

At this point, being alive or dead makes no difference. *4:49 AM*

Even death would be acceptable, Ngan. *4:49 AM*

**Ngan Tran:**

Please calm down; once you do, I will speak with you. *4:49 AM*

**Steven Nguyen:**

Taking medication would result in my immediate death. *4:49 AM*

I will take it in front of your mother, if you wish. *4:49 AM*

If that is what you want. *4:50 AM*

Do you want me to die? Are you trying to force me to die? *4:50 AM*

I beg you—always remain calm in front of the child. *4:50 AM*

You are forcing me toward death, provoking me into madness, just to satisfy yourself. *4:51 AM*

If I die, you will rest assured; many people will die of hunger. *4:51 AM*

You are creating serious karma because of this. *4:51 AM*

**Ngan Tran:**

I already told you to calm down. I do not want to take any of your money. I only want my child to be safe and healthy. *4:53 AM*

I want peace of mind so that I can work and earn money to support my child. *4:54 AM*

# EXHIBIT F



4:06 👤

Steven Nguyen

3:20 PM

**Dec 8, 2023**

Ngân à, Anh đang sám hối trước Phật là không bao giờ được đụng tới thuốc lắc và Ketamine nữa. Anh về Vietnam đi theo các Thầy và Chùa, chỉ cần quỳ trước Phật thì Tổ Sư đã nhập thân, tất cả các vị Sư đều chứng kiến
3:50 PM

Giờ điều em quan tâm nhất là giải quyết mọi việc ra sao đây?
3:51 PM ✓✓

Anh đi bỏ ngang mọi thứ như vậy, rồi ngày mai này sẽ làm gì đây.
3:52 PM ✓✓

Anh sai rồi, mấy năm ăn chơi lêu lỏng, làm tổn hại đến chân nhân của một vị Tái sinh, lỗi là do Anh, Anh quỳ trước Phật hứa và các Ngài cho phục hồi trở lại thì Anh không bao giờ đụng và chơi bời nữa. Anh nghĩ Em cũng nên đến Phòng thờ lớn Villa Del và đọc Kinh sám hối
3:52 PM

Anh à   3:52 PM ✓✓

Trước hết làm người phải lo tu tâm dưỡng tính trước đã
3:52 PM ✓✓

Còn có trách nhiệm với gia đình con cái
3:53 PM ✓✓

Anh đang xin Phật là Anh sẽ phụng sự Giáo hội và không ăn chơi nữa   3:53 PM

Anh tu thì tốt   3:53 PM ✓✓

**TRANSLATION TO EXHIBIT F – P.2**

**DECEMBER 8, 2023**

**Steven Nguyen:**

Ngan, I am repenting before the Buddha and vow that I will never again use ecstasy or ketamine. I returned to Vietnam to follow the monks and temples; simply kneeling before the Buddha, the ancestral masters entered spiritually, and all the monks bore witness. *3:50 PM*

**Ngan Tran:**

What matters most now is how we are going to resolve everything. *3:51 PM*

You cannot simply walk away from everything like this—what will you do starting tomorrow? *3:52 PM*

**Steven Nguyen:**

I was wrong. Years of self-indulgent debauchery caused harm to the true identity of a reincarnated being. The fault is mine. I knelt before the Buddha and vowed that if the deities grant me restoration, I will never again use or engage in such behavior. I think you should also go to the prayer room at Ion Villa Del and recite repentance scriptures. *3:52 PM*

**Ngan Tran:**

Listen, *3:52 PM*

First and foremost, as a person, one must cultivate inner peace and clarity of mind. *3:52 PM*

One also has responsibilities toward one's family and children. *3:53 PM*

**Steven Nguyen:**

I am praying to the Buddha that I will serve the Sangha and abandon a life of indulgence. *3:53 PM*

**Ngan Tran:**

Practice of spiritual cultivation is good for you. *3:53 PM*

# EXHIBIT G

4:08

**ATM USA**
Business account

**Jun 18, 2025**

Anh lo sắp xếp đưa Tuệ về cho Bà Ngoại nha. Đã gần 2 tháng rồi.  11:33 PM

Okey Em  11:38 PM

**Jun 21, 2025**

Sao Anh vẫn chưa thấy giấy tờ Luật sư gửi qua vậy Em, cuối tháng 6 rồi. Em vui lòng xem giúp Anh  10:05 AM

Ok qua tuần em gọi họ  7:53 PM

**Jun 24, 2025**

Anh đem con về gửi cho Mẹ em chưa?  12:33 AM

Tuần sau Anh mới có lịch về Saigon  12:40 AM

Máy bay Saigon Hanoi mắc lắm  12:40 AM

Em đã gọi Luật sư gửi Giấy tờ ra lãnh sự quán cho Anh chưa ?  12:41 AM

Sáng mai em mới gọi, Anh chờ đi.  12:55 AM

**Jun 25, 2025**

**TRANSLATION TO EXHIBIT G – P.1**

**June 18, 2025**

**Ngan Tran:**

I will arrange to bring Tue back to stay with her maternal grandmother; it has been almost two months already. *11:33 PM*

**Steven Nguyen:**

Okay. *11:38 PM*

**June 21, 2025**

**Steven Nguyen:**

Why haven't I received the documents from the attorney yet? It's already the end of June. Please check on this for me. *10:05 AM*

**Ngan Tran:**

Okay, I'll call on it next week. *1:53 PM*

**June 24, 2025**

**Ngan Tran:**

Have you brought the child back to leave her with your mother yet? *12:33 AM*

**Steven Nguyen:**

I won't have a schedule to return to Saigon until next week. *12:40 AM*

The Saigon–Hanoi flight is too tiring. *12:40 AM*

Have you contacted the attorney to send the documents to the consulate for me yet? *12:41 AM*

**Ngan Tran:**

I'll call tomorrow morning. You can go ahead. *12:55 AM*

# EXHIBIT 6

# Viet Ideas LLC and Related Controlled-Entity Bankruptcy Records

Document:

Bankruptcy records, Case No. 8:23-bk-11642-TA (U.S. Bankr. Ct., C.D. Cal.), including corporate ownership statement, schedules, SOFA, and filings identifying Debtor as manager/sole member or person in control.

Source:

PACER – Case No. 8:23-bk-11642-TA

Relevance:

Relevant to whether Viet Ideas LLC was an actual operating business in the Central District during the § 1408 venue period; shows prior Chapter 7 filing by a Debtor-controlled entity and Debtor's managerial role.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices of Park & Zheng<br>Stella K. Park, Esq., SBN 152659<br>spark@parkandzheng.com<br>Yalan Zheng, Esq., SBN 241294<br>yzheng@parkandzheng.com<br>6 Venture, Ste 265<br>Irvine, CA 92618<br>Tel: (949)679-3372<br>Fax: (949)258-9808 | |
| ☒ *Attorney for:* Viet Ideas LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Viet Ideas LLC<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-11642-TA<br>ADVERSARY NO.:<br>CHAPTER: 7 |
|---|---|
| <br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* Tuong Minh Nguyen_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 08/14/2023

By: _____ NGAN TRAN as attorney in fact for TUONG MINH NGUYEN
Signature of Debtor, or attorney for Debtor

Name: Tuong Minh Nguyen
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Santa Ana_____, California

Date: _08/14/2023_____

_____
Signature of Debtor 1

NGAN TRAN
as attorney
in fact for TUONG
MINH
NGUYEN

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Fill in this information to identify the case:

Debtor name __Viet Ideas LLC__

United States Bankruptcy Court for the: __Central__  District of __California__
(State)

Case number (If known): __8:23-bk-11642__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* ................................................................................................  $ __5,500,000.00__

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*. ..............................................................................................  $ __0.00__

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* ................................................................................................  $ __5,500,000.00__

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ __5,544,445.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................  $ __0.00__

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................  + $ __0.00__

4. **Total liabilities** ....................................................................................................................
Lines 2 + 3a + 3b  $ __5,544,445.00__

Official Form 206Sum                **Summary of Assets and Liabilities for Non-Individuals**                page 1

Fill in this information to identify the case:

Debtor name __Viet Ideas LLC__

United States Bankruptcy Court for the:__Central__    District of __CA__
                                                              (State)

Case number (If known): __8:23-bk-11642-TA__

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $_____ |
   |---|---|
   | 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____ 0.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $_____ |
   |---|---|
   | 7.2. _____ | $_____ |

Debtor    Viet Ideas LLC    Case number (if known) 8:23-bk-11642-TA
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**    $_____ 0.00

   Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                              **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ⟶    $_____
                              face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ⟶    $_____
                          face amount        doubtful or uncollectible accounts

12. **Total of Part 3**    $_____ 0.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                        **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**    $_____ 0.00

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor  **Viet Ideas LLC**
_____
<sub>Name</sub>

Case number (*if known*) **8:23-bk-11642-TA**

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 3

Debtor    Viet Ideas LLC
_____    Case number (if known) 8:23-bk-11642-TA
         Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

❏ No

❏ Yes. Is any of the debtor's property stored at the cooperative?

   ❏ No
   ❏ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❏ No

❏ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

❏ No
❏ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❏ No
❏ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $_____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

❏ No
❏ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❏ No
❏ Yes

---

Debtor    Viet Ideas LLC
_____    Case number (if known) 8:23-bk-11642-TA
Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Viet Ideas LLC
_____
         Name

Case number (if known) 8:23-bk-11642-TA
_____

---

## Part 9:    Real property

**54.  Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☑  Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  19222 Valley Drive, Villa Park, | _____ | $_____ | _____ | $  5,500,000.00 |
| 55.2  CA 92861 | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 5,500,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑  No

☐  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐  No

☑  Yes

---

## Part 10:    Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑  No. Go to Part 11.

☐  Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61.  Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62.  Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63.  Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64.  Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65.  Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    Viet Ideas LLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (if known) 8:23-bk-11642-TA

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ − _____ = → $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 7

| Debtor | Viet Ideas LLC | Case number (if known) 8:23-bk-11642-TA |
|---|---|---|
| | Name | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 5,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 0.00 | + 91b. $ 5,500,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ............................................  $ 5,500,000.00

**Fill in this information to identify the case:**

Debtor name  Viet Ideas LLC

United States Bankruptcy Court for the:  Central    District of CA
                                                         (State)

Case number (If known):  8:23-bk-11642

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  Creditor's name
Anchor Loans LP

Describe debtor's property that is subject to a lien
19222 Valley Drive, Villa Park, CA 92861

$ 3,650,501.00    $ 5,500,000.00

Creditor's mailing address
1 Baxter Way Ste 220
Thousand Oaks, CA 91362

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  4/29/2022

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
2.1, 2.2, 2.3, 2.4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**  Creditor's name
Chi Phung Luu To

Describe debtor's property that is subject to a lien
19222 Valley Drive, Villa Park, CA 92861

$ 876,444.00    $ 5,500,000.00

Creditor's mailing address
5412 Old Pirate Drive
Huntington Beach, CA 92646

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  5/10/2022

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 5,544,445.00

Debtor    Viet Ideas LLC
        <sub>Name</sub>

Case number (if known)  8:23-bk-11642

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**

Green Lotus Group LLC

**Creditor's mailing address**
8892 Cliffside Drive
Hunting Beach, CA 92646

**Creditor's email address, if known**

**Date debt was incurred** 12/15/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

19222 Valley Drive, Villa Park, CA 92861

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 517,500.00    $ 550,000,000.0

---

**2.4 Creditor's name**

Hanh Huynh

**Creditor's mailing address**

18520 Callens Cir
Fountain Valley, CA 92708

**Creditor's email address, if known**

**Date debt was incurred** 2/21/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

19222 Valley Drive, Villa Park, CA 92861

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 500,000.00    $ 5,500,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

**Fill in this information to identify the case:**

Debtor ___Viet Ideas LLC_____

United States Bankruptcy Court for the: __Central_____  District of __CA__
                                                                 (State)

Case number ___8:23-bk-11642_____
(If known)

❑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**
Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**
Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3**
Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    Viet Ideas LLC
　　　　　Name

Case number (if known) 8:23-bk-11642

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

| Debtor | Viet Ideas LLC | Case number (if known) 8:23-bk-11642 |
|---|---|---|
| | Name | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 0.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name  Viet Ideas LLC

United States Bankruptcy Court for the: Central          District of  CA
                                                                    (State)
Case number (If known):   8:23-bk-11642          Chapter   7

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of ___

**Fill in this information to identify the case:**

Debtor name  Viet Ideas LLC

United States Bankruptcy Court for the: Central_____ District of CA_____
                                                              (State)

Case number (If known):  8:23-bk-11642

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Tuong M Nguyen | 10502 Villa Del Cerro<br>Street<br><br>Santa Ana    CA    92705<br>City    State    ZIP Code | Green Lotus Group LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                          Schedule H: Codebtors                          page 1 of ___

**Fill in this information to identify the case:**

Debtor name    VIET IDEAS LLC

United States Bankruptcy Court for the:    Central District of California

Case number (If known):    8:23-bk-11642

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to   Filing date | ☐ Operating a business ☐ Other _____ | $_____ |
   | **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to   Filing date | _____ | $_____ |
   | **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

---

Debtor    VIET IDEAS LLC
_____    Case number (if known) 8:23-bk-11642
Name

---

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 3.2. | | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

Debtor    VIET IDEAS LLC                                              Case number (if known) 8:23-bk-11642
                Name

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State    ZIP Code | | | |

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Debtor  VIET IDEAS LLC _____   Case number (if known) 8:23-bk-11642 _____
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | **Case title** | **Court name and address** |
| City          State    ZIP Code | **Case number** | Name |
| | | Street |
| | **Date of order or assignment** | City        State      ZIP Code |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss   If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.   List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

Debtor    VIET IDEAS LLC
    Name

Case number *(if known)* 8:23-bk-11642

---

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | | $ |
| Address | | | |
| Street | | | |
| City            State        ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, If not debtor? | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |
| Address | | | |
| Street | | | |
| City            State        ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

---

Debtor  VIET IDEAS LLC
_____
Name

Case number (if known) 8:23-bk-11642
_____

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ___ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ___ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 16525 Brookhurst Street<br>Street<br>Fountain Valley    CA    92708<br>City    State    ZIP Code | From _____ To _____ |
| 14.2. | _____<br>Street<br>_____<br>City    State    ZIP Code | From _____ To _____ |

Debtor    VIET IDEAS LLC
_____
Name

Case number (if known)    8:23-bk-11642
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | *Check all that apply:* |
| _____<br>City    State    ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | *Check all that apply:* |
| _____<br>City    State    ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 7

Debtor    **VIET IDEAS LLC**                                 Case number *(if known)* 8:23-bk-11642
        Name

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name / Street / City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |
| 18.2. | Name / Street / City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 8

Debtor    VIET IDEAS LLC
        Name

Case number (if known) 8:23-bk-11642

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor    VIET IDEAS LLC _____    Case number *(if known)* 8:23-bk-11642
    Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____ To _____ |
| City    State    ZIP Code | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2 | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____ To _____ |
| City    State    ZIP Code | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3 | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____ To _____ |
| City    State    ZIP Code | | |

---

Debtor     VIET IDEAS LLC _____     Case number (if known) 8:23-bk-11642 _____
           Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. _____ <br> Name | | | From _____ To _____ |
| Street _____ | | | |
| _____ | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. _____ <br> Name | | | From _____ To _____ |
| Street _____ | | | |
| _____ | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. _____ <br> Name | | | From _____ To _____ |
| Street _____ | | | |
| _____ | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. _____ <br> Name | | | From _____ To _____ |
| Street _____ | | | |
| _____ | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name | _____ |
| Street _____ | _____ |
| _____ | _____ |
| City    State    ZIP Code | |

Debtor    VIET IDEAS LLC
          _____    Case number (if known) 8:23-bk-11642
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____    _____
          Name                              _____

          _____    _____
          Street

          _____
          City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
          Name

          _____
          Street

          _____
          City                    State        ZIP Code

| Name and address |
|---|

26d.2.    _____
          Name

          _____
          Street

          _____
          City                    State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.    _____
          Name

          _____
          Street

          _____
          City                    State        ZIP Code

Debtor   VIET IDEAS LLC
Name

Case number (if known) 8:23-bk-11642

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of Inventory records

27.2.

Name

Street

City                                   State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| | | | |
| City            State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

Debtor    VIET IDEAS LLC    Case number (if known)  8:23-bk-11642
_____    _____
Name

Name and address of recipient

30 2

Name _____    _____  _____  _____

Street _____    _____

_____    _____

City _____  State ___  ZIP Code ___    _____

Relationship to debtor    _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

---

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/07/2023
_____
MM / DD / YYYY

X _____ *NGAN TRAN as attorney in fact for*    Printed name  Tuong Minh Nguyen
Signature of individual signing on behalf of the debtor    _____

Position or relationship to debtor  Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case and this filing:

Debtor Name __Viet Ideas LLC__

United States Bankruptcy Court for the: __Central_____    District of __CA____
    (State)

Case number (If known): __8:23-bk-11642_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/17/2023__            X _____    NGAN TRAN as attorney
         MM / DD / YYYY            Signature of individual signing on behalf of debtor    in fact for TUONG MINH
                                                    NGUYEN

_____
Printed name

_____
Position or relationship to debtor

ACTION BY UNANIMOUS WRITTEN CONSENT

OF MANAGER OF

VIET IDEAS LLC

A California Limited Liability Company

WHEREAS, it is deemed desirable and in the best interests of this Company that the following actions be taken by the sole Manager and sole Member of this Company pursuant to this Unanimous Written Consent. The undersigned, being the sole Manager and the sole Member of Viet Ideas LLC ("Company"), hereby consent to, approve, and adopt the following resolution;

PETITION FOR CHAPTER 7 BANKRUPTCY

WHEREAS, it is deemed in the best interest of this corporation to file a Voluntary Petition for bankruptcy under Chapter 7 and liquidate its assets for ultimate distribution to its creditors;

RESOLVED that the sole Manager and sole Member of the Company hereby consent to and approve the filing of a Voluntary Petition under Chapter 7;

RESOLVED FURTHER, that the manager and officers of this Company, and each individually is, hereby authorized to do and perform any and all such acts, including execution of any and all documents and certificates, as said officers shall deem necessary or advisable, to carry out the purposes of the foregoing resolutions.

RESOLVED FURTHER, that any action taken by such officers prior to the date of the foregoing resolutions adopted hereby that are within the authority conferred thereby are hereby ratified, confirmed, and approved as the acts and deeds of this Company.

Dated: August 14, 2023

_NGAN TRAN as attorney in fact for TUONG MINH NGUYEN_

Tuong Minh Nguyen

Manager

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re**    VIET IDEAS LLC

Case No. 8:23-bk-11642

**Debtor**

Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 4,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _____ 4000

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 0

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify)    CAROLINE TRAN

3. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify)    CAROLINE TRAN

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/18/2023
_____
*Date*

_____
*Signature of Attorney*

Law Offices of Park & Zheng
_____
*Name of law firm*

# EXHIBIT 7

# Debtor's SOFA Self-Employment Excerpt – Viet Ideas LLC

Document:

Relevant excerpt from Debtor's current Statement of Financial Affairs in Case No. 8:26-bk-10347-SC identifying self-employment through or relating to Viet Ideas LLC.

Source:

PACER – Case No. 8:26-bk-10347-SC

Relevance:

Relevant to whether any claimed principal-place-of-business venue basis existed in the Central District during the 180-day period, and whether the SOFA disclosure is consistent with Debtor's sworn statement (Ex. 4) that his business was primarily in Vietnam

Fill in this information to identify your case:

| Debtor 1 | Minh Tuong Nguyen | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL   DISTRICT OF CALIFORNIA,

Case number   8:26-bk-10347
(if known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☒ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income Check all that apply. | Gross Income (before deductions and exclusions) | Sources of Income Check all that apply. | Gross Income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $9,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2025 ) | ☐ Wages, commissions, bonuses, tips | $50,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Debtor 1    Minh Tuong Nguyen                                    Case number *(if known)*  8:26-bk-10347

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☒ No
    ☐ Yes. Fill in the details.

| Debtor 1 Sources of Income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of Income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☒ **No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

    ☒ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ **Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☒ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 2

Debtor 1    Minh Tuong Nguyen              Case number (if known)   8:26-bk-10347

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☒ No
   ☐ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☒ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☒ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   Minh Tuong Nguyen                                    Case number *(if known)*   8:26-bk-10347

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Leonard Pena 1003 Diamond Ave., Suite 202 South Pasadena, CA 91030 | $6,500.00 attorneys fees and $338.00 filing fee | 2/23/2026 | $6,838.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Ngan Thi Kim Tran 1718 W Bowling Street Anaheim, CA 92804 Ex-Wife | 2019 Mercedes Benz GLC300C4 Approximate used value $14,000.00 | | 7/2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)**
    ☒ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ☒ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    Minh Tuong Nguyen                                    Case number (if known)   8:26-bk-10347

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.   Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Debtor 1   Minh Tuong Nguyen                                   Case number *(if known)*   8:26-bk-10347

---

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

     ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

     ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

     ☐ A partner in a partnership

     ☐ An officer, director, or managing executive of a corporation

     ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐   No. None of the above applies.    Go to Part 12.

☒   Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Vietpress Media, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | Suspended-No operations | EIN:<br><br>From-To   2019-2023 |
| Vietstar News, LLC<br>16525 BROOKHURST STREET<br>FOUNTAIN VALLEY, CA 92708<br>Fountain Valley, CA 92708 | Suspended No Operations | EIN:<br><br>From-To   2019-2023 |
| Jocotal, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | No operations | EIN:<br><br>From-To   2022 |
| Trivista Management, Inc.<br>72 LINHAVEN<br><br>Irvine, CA 92602 | Not operating | EIN:<br><br>From-To   2021 |
| Viet Ideas, LLC<br>10531 GARDEN GROVE BLVD #200<br><br>Garden Grove, CA 92843 | Debtor operates a small media company. Debtor is the only employee and is essentially a free lance journalist | EIN:<br><br>From-To   2018-present |
| Villa Park Mansion, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | Not operating | EIN:<br><br>From-To   2022 |
| Gold Star Luxury, LLC<br>18520 CALLENS CIRCLE<br><br>Fountain Valley, CA 92708 | No operations.   Terminated 2024 | EIN:<br><br>From-To   2021-2024 |
| Starworld USA, LLC<br>16525 BROOKHURST STREET<br><br>Fountain Valley, CA 92708 | No operations.Suspended | EIN:<br><br>From-To   2020-2023 |

Debtor 1    Minh Tuong Nguyen _____    Case number (if known)    8:26-bk-10347 _____

☒ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date issued |
| --- | --- |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Minh Tuong Nguyen

Minh Tuong Nguyen                                                    Signature of Debtor 2
Signature of Debtor 1

Date    February 17, 2026 _____        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# EXHIBIT 8

# Translated Message – July 26, 2025 (Minh/"ATM USA"

Document:

Translated message attributed to Minh Tuong Nguyen ("ATM USA"), dated July 26, 2025, stating: "I do not have time; I have returned to Vietnam. I will not be back for two weeks."

Relevance:

Corroborates Debtor's own sworn admission (Ex. 3) that he was residing in Vietnam during the period immediately preceding the February 4, 2026 petition date.

4:00

**ATM USA**
online

**Sat, Jul 26**

Anh không có thời gian, Anh về VN rồi
4:48 PM

Phải 2 tuần mới quay lại   4:49 PM

Em nên tới Luật sư   4:50 PM

**Fri, Aug 1**

Để ngày mai đi hẳn đón Tuệ đi Anh
6:08 AM ✓✓

Mẹ và Tuệ đang ở bên ngoài đường rồi ạ
6:09 AM ✓✓

Nay mẹ dẫn con đi ăn tiệc rồi   6:10 AM ✓✓

Không sao, vậy tối khuya Anh rước, tối
Anh ngủ với Con
6:11 AM

Ok vậy để em nói mẹ.   6:12 AM ✓✓

Nói Mẹ thong thả, khi nào về gọi Anh
Edited 6:12 AM

Bà Tuyết gọi nói Em đòi 110.000 usd back
out, xin gặp Anh
6:13 AM

Mà Anh nói đấy là quyền của Em, Anh
không tham gia
6:13 AM

Xin gặp Anh mà Anh chưa gặp, bữa nay
xuống nước Anh mới chịu nói chuyện
6:14 AM

Dọa Anh vụ tòa, Anh nói Anh đéo care

**TRANSLATION FOR EXHIBIT C – P.7**

**July 26, 2025**

**ATM USA (Steven Nguyen):**

I don't have time; I've already returned to Vietnam. *4:48 PM*

I won't be back for another two weeks. *4:49 PM*

You should go see an attorney. *4:50 PM*


**August 01, 2025**

**Ngan Tran:**

Then tomorrow go directly to pick up Tue. *6:08 AM*

Mom and Tue are already outside on the street. *6:09 AM*

Today Mom took the child out to attend a gathering. *6:10 AM*

**ATM USA (Steven Nguyen):**

That's fine—then you can pick her up late tonight, and you can stay overnight with the child. *6:11 AM*

Okay, I'll let Mom know. *6:12 AM*


**ATM USA (Steven Nguyen):**

Tell Mom to take her time; when she's ready to come back, have her call me. *6:12 AM*

Ms. Tuyet called and said that I am requesting the return of USD $110,000 and asked to meet with you. *6:13 AM*

But you said that this is my right and that you would not be involved. *6:13 AM*

She asked to meet with you, but you had not agreed to meet; only today, after she backed down, did you agree to talk. *6:14 AM*

She threatened you with court action, and you said you did not care.