Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708
Tel: (949) 923-0106
Mnapaul1@gmail.com

**Creditor Pro Se**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In Re:

MINH TUONG NGUYEN

                          Debtor.

Case No.: 8:26-bk-10347-SC

Chapter 7

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CREDITOR PAUL NGUYEN'S MOTION UNDER FED. R. BANKR. P. 1014(A)(2) TO DISMISS CHAPTER 7 CASE FOR IMPROPER VENUE; OR, IN THE ALTERNATIVE, FOR ORDER REQUIRING DEBTOR TO SHOW CAUSE AND APPEAR FOR EVIDENTIARY HEARING REGARDING VENUE UNDER 28 U.S.C. § 1408**

DATE: JUNE 30, 2026
TIME: 11:00 A.M.
COURTROOM: 5C
JUDGE: HON. SCOTT C. CLARKSON
PLACE: 411 W. FOURTH STREET, SANTA ANA, CA 92701

Creditor Paul Nguyen requests that the Court take judicial notice under Federal Rule of Evidence 201, made applicable by Federal Rule of Bankruptcy Procedure 9017, of the following court records.

The Court may take judicial notice of the existence and contents of court records, including records filed in this bankruptcy case, related bankruptcy cases, adversary

1

proceedings, and state-court proceedings. Movant requests judicial notice of these records for their existence, filing, contents, dates, and the fact that the statements were made in court-filed documents. To the extent statements are Debtor's own sworn statements, they are independently relevant as Debtor's admissions and inconsistent venue-related representations. The records identified below are included in the concurrently filed Compendium of Exhibits as Exhibits 1 through 9.

**Documents Requested for Judicial Notice**

**Exhibit 1 — Debtor's Voluntary Petition**

Debtor's Voluntary Petition, filed February 4, 2026, Doc. 1, in Case No. 8:26-bk-10347-SC.

Relevant because Debtor listed 840 Chateau Ct., Garden Grove, California as where he lives and selected the residence-based venue box stating that he lived in this district longer than any other district during the 180 days before filing.

**Exhibit 2 — Debtor's Schedules and Statement of Financial Affairs**

Debtor's schedules and Statement of Financial Affairs filed in Case No. 8:26-bk-10347-SC.

Relevant because the schedules and SOFA show Debtor's disclosed real property, leasehold interests, bank accounts, employment, self-employment, business interests, and any asserted U.S. asset or business connection.

**Exhibit 3 — Debtor's Opposition and Declaration in Adversary Proceeding**

Debtor's Opposition and Declaration, filed May 27, 2026, Doc. 19, in Adversary Proceeding No. 8:26-ap-01027-SC.

Relevant because Debtor states that he resided primarily in Vietnam and returned to the United States only intermittently. Debtor also states that because he was living primarily in Vietnam, he depended on counsel to monitor Orange County Superior Court proceedings.

**Exhibit 4 — Declaration of Minh Tuong Nguyen in Family-Law Case**

Declaration of Minh Tuong Nguyen in Orange County Superior Court Family-Law Case No. 24D007636.

Relevant because Debtor states that he operated his media and communications business primarily in Vietnam and describes Vietnam-based custody and family circumstances.

**Exhibit 5 — Responsive Declaration of Ngan Thi Kim Tran**

Responsive Declaration of Ngan Thi Kim Tran in Orange County Superior Court Family-Law Case No. 24D007636.

Relevant because Ngan states that Debtor left the United States, relocated to Vietnam, refused to return to participate in the Lam litigation, and controlled financial information needed for discovery.

**Exhibit 6 — Viet Ideas LLC and Related Bankruptcy Records**

Viet Ideas LLC bankruptcy records, Case No. 8:23-bk-11642-TA, and related controlled-entity bankruptcy records, including corporate ownership statement, schedules, statement of financial affairs, and filings identifying Debtor's role as manager/member or person in control.

Relevant because Debtor's asserted current self-employment through Viet Ideas must be reconciled with Debtor's sworn family-law statement that his media and

communications business was primarily in Vietnam and with prior bankruptcy filings by controlled entities.

**Exhibit 7 — Current SOFA Excerpt Regarding Viet Ideas**

Relevant excerpt from Debtor's current Statement of Financial Affairs identifying self-employment, business operations, or Viet Ideas LLC.

Relevant to whether any claimed principal-place-of-business basis actually existed in the Central District during the 180-day venue period.

Movant respectfully requests that the Court take judicial notice of the above records.

Dated:  June 2, 2026                          Respectfully Submitted;

_____

By: PAUL NGUYEN
    Creditor and Movant