ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
TODD M. ARNOLD (State Bar No. 221868)
*TMA@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO
  & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244

[Proposed] Special Counsel for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 10 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10347-SC |
| MINH TUONG NGUYEN, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE** |
| | Date:  June 3, 2026<br>Time:  10:00 a.m.<br>Place:  Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California |

On June 3, 2026, the Court heard and considered the *Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Special Litigation Counsel to Chapter 7 Trustee* (the "Application") (*docket no. 68*), filed by Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the estate of Minh Tuong Nguyen (the "Debtor"), the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding.  All appearances were as noted on the record at the hearing.

The Court having read the Application, the objection of Paul Nguyen (the "Objection") (*docket no. 69*), the Trustee's notice of the hearing (*docket no. 73*), and the Trustee's reply (*docket no. 84*), having heard the statements of parties and counsel at the hearing, for good cause appearing, it is

11195

1

**ORDERED THAT:**

1.      The Application is granted as set forth on the record.

2.      Pursuant to 11 U.S.C. § 327(e), the Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), as special litigation counsel, to (a) investigate and, if appropriate, seek to recover the Escrow Funds[1] and avoid any execution or other liens resulting from the Levy, and (b) aid the Trustee in interfacing with counsel presently handling the Lawsuit and, if a settlement is reached, to obtain Court approval of that compromise.

3.      LNBYG shall apply to the Court under 11 U.S.C. §§ 330 and 331 for an allowance of fees and expenses not more often than every 120 days.  LNBYG shall accept such compensation and reimbursement of expenses as may be awarded by the Court.

# # # # #

Date: June 10, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order have the meanings ascribed to them in the Application.

11195                                          2