United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-10347-SC |
| Minh Tuong Nguyen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID            Recipient Name and Address**
db                +  Minh Tuong Nguyen, 840 Chateau Ct,, Garden Grove, CA 92841-4349

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |
| David Tang | on behalf of Plaintiff Hanh Huynh lawyertang@yahoo.com |
| David S Hagen | on behalf of Creditor Wendy Slavkin davidhagenlaw@gmail.com  LawOfficesofDavidSHagenCA1@jubileebk.net |
| Eric P Israel | on behalf of Trustee Jeffrey I Golden (TR) epi@lnbyg.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Jeffrey I Golden (TR) | lwerner@go2.law  kadele@go2.law;C205@ecfcbis.com |
| Joshua L Scheer | on behalf of Creditor Green Lotus Group LLC  its successors and/or assignees jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jun 10, 2026 | Form ID: pdf042 | Total Noticed: 1

Leonard Pena

on behalf of Debtor Minh Tuong Nguyen lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Reilly D Wilkinson

on behalf of Plaintiff Green Lotus Group LLC rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson

on behalf of Plaintiff Van Thi Duong rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Stephen R Wade

on behalf of Plaintiff Ashley Nguyen srw@srwadelaw.com  reception@srwadelaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov


TOTAL: 11

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
TODD M. ARNOLD (State Bar No. 221868)
*TMA@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO
  & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

[Proposed] Special Counsel for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 10 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>       Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE**<br><br>Date:    June 3, 2026<br>Time:   10:00 a.m.<br>Place:  Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, California |

On June 3, 2026, the Court heard and considered the *Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Special Litigation Counsel to Chapter 7 Trustee* (the "Application") (*docket no. 68*), filed by Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the estate of Minh Tuong Nguyen (the "Debtor"), the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding. All appearances were as noted on the record at the hearing.

The Court having read the Application, the objection of Paul Nguyen (the "Objection") (*docket no. 69*), the Trustee's notice of the hearing (*docket no. 73*), and the Trustee's reply (*docket no. 84*), having heard the statements of parties and counsel at the hearing, for good cause appearing, it is

11195

1

**ORDERED THAT:**

1.      The Application is granted as set forth on the record.

2.      Pursuant to 11 U.S.C. § 327(e), the Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), as special litigation counsel, to (a) investigate and, if appropriate, seek to recover the Escrow Funds[1] and avoid any execution or other liens resulting from the Levy, and (b) aid the Trustee in interfacing with counsel presently handling the Lawsuit and, if a settlement is reached, to obtain Court approval of that compromise.

3.      LNBYG shall apply to the Court under 11 U.S.C. §§ 330 and 331 for an allowance of fees and expenses not more often than every 120 days.  LNBYG shall accept such compensation and reimbursement of expenses as may be awarded by the Court.

# # # # #

Date: June 10, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order have the meanings ascribed to them in the Application.

11195                                          2