FILED

JUN 1 6 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Daniel Dulac
27912 Baker Canyon Road
Silverado, CA 92676
Telephone: (714) 337-3331
Email: danieldulac@gmail.com

Party in Interest and Contingent Creditor In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In Re:<br><br>MINH TUONG NGUYEN<br><br>Debtor. | Case No.: 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**LIMITED JOINDER OF PARTY IN INTEREST DANIEL DULAC IN CREDITOR PAUL NGUYEN'S MOTION UNDER FED. R. BANKR. P. 1014(A)(2) TO DISMISS CHAPTER 7 CASE FOR IMPROPER VENUE; OR, IN THE ALTERNATIVE, FOR ORDER REQUIRING DEBTOR TO SHOW CAUSE AND APPEAR FOR EVIDENTIARY HEARING REGARDING VENUE UNDER 28 U.S.C. § 1408; DECLARATION OF DANIEL DULAC; REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: JUNE 30, 2026<br>TIME: 11:00 A.M.<br><br>COURTROOM: 5C<br>JUDGE: HON. SCOTT C. CLARKSON<br>PLACE: 411 W. FOURTH STREET, SANTA ANA, CA 92701 |

**TO THE DEBTOR, DEBTOR'S COUNSEL, CHAPTER 7 TRUSTEE, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Daniel Dulac ("Dulac"), appearing in propria persona, as a party in interest and contingent creditor, submits this limited joinder in Creditor Paul Nguyen's Notice of Motion and Motion Under Fed.R.Bankr.P. 1014(A)(2) to Dismiss Chapter 7 Case for

1

Improper Venue, etc. ("Motion").   Dulac joins only in the relief requested and seeks nothing more.

Dulac is a Defendant in Debtor's Orange County Superior Court action, TUONG MINH NGUYEN, Plaintiff vs, CUSTOS TERRAE, a California nonprofit corporation, REMAX REAL ESTATE ONE, etc. et al., Orange County Case No. 30-2026-01541241-CU-FR-CJC ("Lawsuit"), as well as a Cross-Complainant in the First Amended Cross-Complaint.  Debtor has listed this Lawsuit as an asset in his Bankruptcy Schedules. The Lawsuit concerns the property located at 10472 and 10502 Villa Del Cerro, in North Tustin/Santa Ana, California (the "Property"). This gives Dulac a direct stake in the proper administration of this bankruptcy case.

Venue is a threshold issue. Dulac's participation in the state court action does not concede that Debtor filed this case in a proper district under 28 U.S.C. § 1408.

The Venue Motion should be evaluated under the totality of the circumstances in the record. Debtor's petition claims residence at 840 Chateau Ct., Garden Grove, and states that Debtor lived in this district for at least 180 days before filing. Those statements conflict with Debtor's sworn declarations in other proceedings. In an adversary proceeding declaration, Debtor stated he resided primarily in Vietnam and returned to the United States only intermittently. In family law proceedings (Case No. 24D007636), Debtor stated he operated his business primarily in Vietnam, divided time between Vietnam and the United States under a Vietnam custody arrangement, and relied on counsel because he could not monitor California proceedings while abroad.

Related filings, address connections such as Rangeview Drive, and public materials concerning Debtor's Vietnam business activities further support the need for review.

Dulac therefore joins the request that Debtor identify and prove the statutory basis for venue under 28 U.S.C. § 1408. If Debtor cannot establish a valid basis, the case should be dismissed or transferred under Rule 1014(a)(2). If the Court does not grant that relief on the current record, Debtor should be ordered to show cause and appear at an evidentiary hearing with document production.

## REQUESTED RELIEF

Dulac respectfully requests that the Court:

1. Dismiss this Chapter 7 case for improper venue under Fed. R. Bankr. P. 1014(a)(2);

2. Alternatively, transfer the case to a proper district; or

3. Alternatively, issue an order requiring Debtor to show cause and appear for an evidentiary hearing to prove venue under 28 U.S.C. § 1408, including production of documents sufficient to establish domicile, residence, principal place of business in the United States, and principal assets in the United States during the applicable period.

Dated:  June 16, 2026                    Respectfully Submitted;


By: Daniel Dulac
Contingent Creditor In Pro Per

3

## DECLARATION OF DANIEL DULAC IN SUPPORT OF LIMITED JOINDER

I, Daniel Dulac, declare:

1. I reside in Orange County, California, and submit this declaration in support of the limited joinder. I have personal knowledge of the facts stated here.

2. I am a defendant in Debtor's Orange County Superior Court action, TUONG MINH NGUYEN, Plaintiff vs, CUSTOS TERRAE, a California nonprofit corporation, REMAX REAL ESTATE ONE, etc. et al., Orange County Case No. 30-2026-01541241-CU-FR-CJC ("Lawsuit"), as well as a Cross-Complainant in the First Amended Cross-Complaint ("Lawsuit").

3. Debtor's bankruptcy filing directly affects the state court litigation and my rights in it.

4. I have reviewed the Venue Motion and the record in this case. The contradictions between Debtor's petition and sworn statements about residence and business activities in Vietnam, together with other record evidence, raise serious questions about venue.

5. I support the request that Debtor prove the statutory basis for venue under 28 U.S.C. § 1408 at an evidentiary hearing if necessary.

6. If venue is improper, I support dismissal or transfer under Rule 1014(a)(2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2026, at Orange _____, California.

By: Daniel Dulac
Party in Interest and Contingent Creditor In Pro Per

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 27912 Baker Canyon Road, Silverado CA 92676.

A true and correct copy of the foregoing document entitled: **LIMITED JOINDER OF PARTY IN INTEREST DANIEL DULAC IN CREDITOR PAUL NGUYEN'S MOTION TO DISMISS CHAPTER 7 CASE FOR IMPROPER VENUE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **June 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- ☐   Christopher Cramer    secured@becket-lee.com
- ☐   Jeffrey I Golden (TR)    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- ☐   David S Hagen    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- ☐   Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- ☐   Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- ☐   Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- ☐   David Tang    lawyertang@yahoo.com
- ☐   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- ☐   Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com
- ☐   Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (date) **June 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

Minh Tuong Nguyen
840 Chateau Ct
Garden Grove, CA 92841

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **June 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

**VIA EMAIL**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2026 | Dominic Dulac | /s/ _Dominh Dulac_ |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.