**FILED**

JUL 10 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>MINH TUONG NGUYEN<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:26-10347-SC<br>ADVERSARY NO.: N/A<br>NOTICE OF APPEAL FILED: 07/08/2026<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 02/04/2026<br>APPEAL DOCKET ENTRY NO.: 117 |
|---|---|
| **Plaintiff(s)**<br>VS.<br><br><br><br><br>**Defendant(s)** | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☒ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (*specify*):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date:  07/10/2026            By:   /s/ Nickie Bolte   *Nickie Bolte* .
                                      Deputy Clerk

## NOTICE OF APPEAL SERVICE LIST

1. <u>**SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF)**</u>:

   ☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the United States Trustee

   ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other parties served by NEF:
   Christopher Cramer    secured@becket-lee.com
   Jeffrey I Golden (TR)    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
   David S Hagen    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
   Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
   Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
   Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
   David Tang    lawyertang@yahoo.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
   Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com
   Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

2. <u>**SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL**</u>:

   Minh Tuong Nguyen
   840 Chateau Court
   Garden Grove, CA 92841

   Paul Nguyen
   16027 Brookhurst Street, Suite 1-104
   Fountain Vally, CA  92708