| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard Pena<br>1003 Diamond Avenue Suite 202<br>South Pasadena, CA 91030<br>(626) 396-4000  Fax: (626) 498-8875<br>California State Bar Number: 192898 CA<br>lpena@penalaw.com | |

☐ Individual appearing without attorney
☒ Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT
### CENTRAL  DISTRICT OF CALIFORNIA,

| In re:<br><br>          Minh Tuong Nguyen<br><br><br><br>                                    Debtor(s) | CASE NO.: 8:26-bk-10347 SC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br><br> MOTION FOR RELEIF FROM THE AUTOMATIC STAY |
|---|---|

PLEASE TAKE NOTE that the order titled ____ Order Granting Motion For Relief From The Automatic Stay Under 11 U.S.C. Sec. 362__ was lodged on (date) __7/15/2026___ and is attached. This order relates to the motion which is docket number __86__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONARD PEÑA (SBN: 192898)<br>Peña & Soma, APC<br>1003 Diamond Ave., Suite 202<br>South Pasadena, California 91030<br>Telephone: (626) 396-4000<br>Email: lpena@penalaw.com | |

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>MINH TUONG NGUYEN | CASE NO.: 8:26-bk-10347 SC |
|---|---|
| | CHAPTER: 7 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)** |
| | DATE: July 1, 2026<br>TIME:  10:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 West 4th Street<br>            Santa Ana, California |
| Debtor(s). | |

**MOVANT:**  MINH TUONG NGUYEN

1.   The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2.   The Motion affects the following Nonbankruptcy Action:

Name of Nonbankruptcy Action:  Ngoc Tuyet Lam v. Minh Tuong Nguyen, et al.,

Docket number: OCSC Case No. 30-2022-01253059-CU-OR-CJC

Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: State of California, Orange County Superior Court

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c. ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:**  Movant **and other parties** may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐ Other *(specify)*:

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                      Page 2                                      **F 4001-1.RFS.NONBK.ORDER**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030

A true and correct copy of the foregoing document entitled (specify): __NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE ORDER GRANTING MOTION RELIEF FROM STAY__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _7/15/2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

hristopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Jeffrey I Golden (TR)
lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com

David S Hagen on behalf of Creditor Wendy Slavkin
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Leonard Pena on behalf of Debtor Minh Tuong Nguyen
lpena@penalaw.com,
penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Joshua L Scheer on behalf of Creditor Green Lotus Group LLC, its successors and/or assignees
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

David Tang on behalf of Plaintiff Hanh Huynh
lawyertang@yahoo.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Stephen R Wade on behalf of Plaintiff Ashley Nguyen**
srw@srwadelaw.com, reception@srwadelaw.com

**Reilly D Wilkinson on behalf of Plaintiff Green Lotus Group LLC**
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

**Reilly D Wilkinson on behalf of Plaintiff Van Thi Duong**
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On  7/15/2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/15/2026 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3        F 9021-1.2.BK.NOTICE.LODGMENT