Jeffrey I. Golden
Chapter 7 Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>MINH TUONG NGUYEN<br><br>        Debtor. | Case No.: 8:26-bk-10347-SC<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:    LEONARD PENA
TO THE ABOVE NAMED DEBTOR

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 22, 2026 at 11:00 AM**, for the reason(s) set forth below:

    **Your schedules are incomplete or inaccurate.  Unless amended schedules are filed and served upon the Trustee before the continued meeting date - a motion may be filed to dismiss your case.**
    **The Trustee requested additional information.**
    **The Trustee requested that you provide additional documentation.**
    **Your meeting is continued for administrative reasons.**

    **\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY USING ZOOM. PLEASE VISIT THE TRUSTEE'S WEBSITE https://case.stretto.com/jeffreygolden FOR ZOOM INSTRUCTIONS.**

Dated:    July 15, 2026            /s/ Jeffrey I. Golden, Trustee
                                   JEFFREY I. GOLDEN, TRUSTEE

    I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on July 15, 2026.

                                   /s/ Lori Werner
                                   Lori Werner