United States Bankruptcy Court

Central District of California

In re: Case No. 26-10347-SC
Minh Tuong Nguyen Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Jul 23, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Minh Tuong Nguyen, 840 Chateau Ct,, Garden Grove, CA 92841-4349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |
| David Tang | on behalf of Plaintiff Hanh Huynh lawyertang@yahoo.com |
| David S Hagen | on behalf of Creditor Wendy Slavkin davidhagenlaw@gmail.com LawOfficesofDavidSHagenCA1@jubileebk.net |
| Eric P Israel | on behalf of Trustee Jeffrey I Golden (TR) epi@lnbyg.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Jeffrey I Golden (TR) | lwerner@go2.law kadele@go2.law;C205@ecfcbis.com |
| Joshua L Scheer | on behalf of Creditor Green Lotus Group LLC its successors and/or assignees jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |

| | |
|---|---|
| Leonard Pena | on behalf of Debtor Minh Tuong Nguyen lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| Reilly D Wilkinson | on behalf of Plaintiff Van Thi Duong rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com |
| Reilly D Wilkinson | on behalf of Plaintiff Green Lotus Group LLC rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com |
| Stephen R Wade | on behalf of Plaintiff Ashley Nguyen srw@srwadelaw.com reception@srwadelaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 11

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
LEONARD PEÑA (SBN: 192898)
Peña & Soma, APC
1003 Diamond Ave., Suite 202
South Pasadena, California 91030
Telephone: (626) 396-4000
Email: lpena@penalaw.com

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant*

FOR COURT USE ONLY

FILED & ENTERED

JUL 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

In re:

MINH TUONG NGUYEN

Debtor(s).

CASE NO.: 8:26-bk-10347 SC

CHAPTER: 7

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362
## (Action in Nonbankruptcy Forum)

DATE: July 1, 2026
TIME: 10:00 a.m.
COURTROOM: 5C
PLACE: 411 West 4th Street
Santa Ana, California

**MOVANT:** MINH TUONG NGUYEN

1. The Motion was: ☒ Opposed ☐ Unopposed ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Ngoc Tuyet Lam v. Minh Tuong Nguyen, et al.,

   Docket number: OCSC Case No. 30-2022-01253059-CU-OR-NJC

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: State of California, Orange County Superior Court

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.
   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.
   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant **and other parties** may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.
   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(4) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*): The motion is granted for the reasons stated on the record.

###

Date: July 23, 2026

Scott C. Clarkson
Scott C. Clarkson
United States Bankruptcy Judge