| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Krystina T. Tran**<br>**17011 Beach Blvd, Suite 830**<br>**Huntington Beach, CA 92647**<br>**(949) 797-9090 Fax: (949) 393-3999**<br>**270033 CA**<br>**ktran@ktranlaw.com** | |

*Attorney for:  Minh Tuong Nguyen*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Minh Tuong Nguyen**<br><br><br>Debtor(s). | CASE NO.:  8:26-bk-10347-SC<br><br>ADVERSARY NO:<br>(*if applicable*)<br><br>CHAPTER: **7** |
| <br>vs.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1.      The name(s) of the party(ies) making this Substitution of Attorney (*specify*):  **Minh Tuong Nguyen**

2.      The name, address, telephone number, and email address of the new attorney are (*specify*):
**Krystina T Tran**
**LAW OFFICES OF KRYSTINA T TRAN, ESQ.**
**17011 Beach Blvd., Suite 830**
**Huntington Beach, CA  92647**
**Tel  (949) 797-9090**
**ktran@ktranlaw.com**

3.      New attorney hereby appears in the following matters: ☑ the bankruptcy case ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.    The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*):
Leonard Pena
Pena & Soma, APC
1003 Diamond Avenue, Suite 202
South Pasadena, CA  91030


Date: 7/23/2026

/s/ Minh Tuong Nguyen
_____
Signature of party
Minh Tuong Nguyen
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

I consent to the above substitution.
Date: ___7/27/2026___

_____
Signature of present attorney
Leonard Pena
_____
Printed name of present attorney

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 7/23/2026
_____

/s/ Krystina T Tran
_____
Signature of new attorney
Krystina T Tran
_____
Printed name of new attorney


**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.


This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                        Page 2                          **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**17011 Beach Blvd, Suite 830**
**Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Substituion of Attorney**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/27/26**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Cramer
secured@becket-lee.com

Jeffrey I Golden (TR)
lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com

David S Hagen
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

Eric P Israel
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Leonard Pena
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Joshua L Scheer
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

David Tang
lawyertang@yahoo.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Stephen R Wade
srw@srwadelaw.com, reception@srwadelaw.com

Reilly D Wilkinson
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **7/27/26**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                      Page 3                                      **F 2091-1.SUBSTITUTION.ATTY**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2026 | Krystina T. Tran | /s/ Krystina T. Tran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-8
Case 8:26-bk-10347-SC
Central District of California
Santa Ana
Mon Jul 27 09:22:56 PDT 2026

Green Lotus Group LLC, its successors and/or
c/o Scheer Law Group, LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Levene Neale Bender Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

11 Charter Communications
16011 College Blvd
Lenexa, KS 66219-1366

Ashley Anh Thu Nguyen
104 Nest Pine
Irvine, CA 92602-1885

Chi Phung Luu To
5412 Old Pirate Dr,
Huntington Beach, CA 92649-3608

Cindy Lina Vu
16284 Mount Islip Circle
Fountain Valley, CA 92708-2134

Custos Terrae
27910 Baker Canyon Rd
Silverado, CA 92676-9704

Daniel Dulac
26982 Baker Canyon Rd
Silverado, CA 92676-9703

David J. Fraser
27910 Baker Canyon Rd
Silverado, CA 92676-9704

Directions Law
Directions Law
9140 Trask Ave, Suite 100
Garden Grove, CA 92844-2202

Franchise Tax Board Bankruptcy Section
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Green Lotus Group, LLC
8892 Cliffside Drive,
Huntington Beach, CA 92646-2620

Hanh Thi Hong Huynh
18520 Calllens Cir.
Fountain Valley, CA 92708-6600

Julie Dao and Quan Pham
310 N Olympia Place
Anaheim, CA 92806-3631

Leonard Pena
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030-3184

Liz Khanh Ngoc Le To
5412 Old Pirate Dr.
Huntington Beach, CA 92649-3608

Minh Tuong Nguyen
840 Chateau Ct,
Garden Grove, CA 92841-4349

Ngoc Tuyet Lam
c/o Hai H. Lai Law Office of Hai H.Lai
9550 Warner Ave., Suite 250
Fountain Valley, CA 92708-2842

Onpath Federal Cu
Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262-0961

Onpath Federal Cu
PO Box 961
Roanoke, TX 76262-0961

PDA Inc, a California corporation
10055 Slater Ave, Suite 216
Fountain Valley, CA 92708-4722

Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708-1551

Thanh Binh Tran
17109 Laurel St.
Fountain Valley, CA 92708-2740

Thuy T. Dinh
2030 Newcastle Drive
Vacaville, CA 95687-8257

Toyota Financial Services
Attn: Bankruptcy
PO Box 22171
Tempe, AZ 85285-2171

Toyota Financial Services
Dallas, TX 75265

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3002
Malvern  PA 19355-0702

Trueaccord C
16011 College Blvd
Lenexa, KS 66219-1366

Trueaccord C
Attn: Bankruptcy
16011 College Blvd Ste 130
Lenexa, KS 66219-9877

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Van Thi Duong and Thong Huu Nguyen
17272 Newhope St, Suite K
Fountain Valley, CA 92708-4210


Verizon Wireless
Attn: Bankruptcy Department
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless
Dallas, TX 75265

Cindy Lina Vu
16284 Mount Islip Cir
Fountain Valley, CA 92708-2134


Daniel Dulac
27912 Baker Canyon Road
Silverado, CA 92676-9704

Jeffrey I Golden (TR)
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626-3067

Leonard Pena
Pena & Soma, APC
1003 Diamond Avenue
Ste 202
South Pasadena, CA 91030-3184


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)Internal Revenue Service
P.O. Box 7346

(u)Philadelphia, PA 19101-7346


(d)Minh Tuong Nguyen
840 Chateau Ct,
Garden Grove, CA 92841-4349

(d)Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708-1551

(u)Thanh Binh Tran


(u)Wendy Slavkin

End of Label Matrix
Mailable recipients    38
Bypassed recipients     7
Total                  45