ORDER No. _____

**FILED**

**JUL 31 2026**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

(File this form on the related case docket)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER **7.00**

APPEAL? ☐ Yes ☐ No
APPEAL No. _____ (if known)

Ordering Party's Name: **Heidi Griffith** Attorney Bar# 333725

Law Firm: **Directions Law**

Mailing Address: **9140 Trask Ave, Suite 100, Garden Grove, CA 92844**

_____

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**\*\*): _____

Telephone: (**714**) **515-1155** E-mail: **staff@directionslaw.com**

Bankruptcy Case #: **8:26-bk-10347 SC** Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **July 1, 2026** Time: **10:00 a.m.**

Debtor: **Minh Tuong Nguyen**

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: **S. Clarkson** Courtroom #: **SA 5C**

TRANSCRIBER: **Ben Hyatt** ALTERNATE: **J & J Court Transcribers**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)     ☐ 3 Days          ☐ Entire Hearing
☐ 14 Days                ☐ Next Day (24 hours)  ☒ Ruling/Opinion of Judge only
☒ 7 Days                                     ☐ Testimony of Witness _____
                                             ☐ Other*          (name of witness)

\*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote <u>prior</u> to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*