| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Heidi Griffith (SBN 333725)<br>Directions Law<br>9140 Trask Avenue, Suite 100,<br>Garden Grove, CA 92844<br>Telephone  (714) 515-1155<br>Email  heidi@directionslaw.com<br><br>Attorney for Debtor Minh Tuong Nguyen<br>(Limited Scope) | FOR COURT USE ONLY<br><br>**FILED**<br><br>JUL 3 1 2026<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:              Deputy Clerk |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re<br><br>Minh Tuong Nguyen<br><br><br><br><br>Debtor(s) | CASE NO:  8.26-bk-10347-SC<br><br>CHAPTER:  7<br><br>**ATTORNEY'S DISCLOSURE<br>OF POSTPETITION COMPENSATION<br>ARRANGEMENT WITH DEBTOR**<br><br>[11 U.S.C. § 329(a); FRBP 2016(b)] |
|---|---|

1  This disclosure is made by the undersigned attorney as counsel for the Debtor

    ☒    This disclosure is the undersigned's initial compensation disclosure in this case

    ☐    This disclosure supplements a previously-filed compensation disclosure in this case

2  **Postpetition Compensation Arrangement**  Pursuant to 11 U S C  § 329(a) and FRBP 2016(b), I disclose that I am the attorney for the Debtor and that compensation was paid to me after the petition was filed, and/or was agreed postpetition to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with this case

    For legal services, I agreed postpetition to accept
    ☒ hourly rate $ 350.00_____   or ☐ flat fee $_____

    Amount I received postpetition, if any  $ 39,544 69_____
    Balance due  . . . . . . . . . . . . . . . . . . .  $ 0.00_____

3  **Date of Payment**  The postpetition compensation was paid to me, and/or the postpetition compensation agreement was entered into, on (date) 04/22/2026___

This form is optional  It has been approved for use in the United States Bankruptcy Court for the Central District of California

                F 2016-1.4.ATTY.COMP.DISCLSR

**4   Source of Postpetition Compensation**

  a   **Already Paid**  The source(s) of the compensation paid to me postpetition was

    ☐ Debtor     ☒ Other (*specify*)

    Quynh Ngoc Bich Dung (Friend)
    Thi Thu Thuy Nguyen (Friend)

  b   **To be Paid**  The source(s) of the compensation agreed postpetition to be paid to me is

    ☐ Debtor     ☒ Other (*specify*)

    Thi Thu Thuy Nguyen (Friend)

**5   Sharing of Compensation**

  ☒ I have not agreed to share the above-disclosed postpetition compensation with any other persons unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10)

  ☐ I have agreed to share the above-disclosed postpetition compensation with other persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10)  A copy of the agreement, together with a list of the names of the people sharing in the postpetition compensation, is attached

**6   ☒ Chapter 7 Cases Only.** In chapter 7 bankruptcy cases, a limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge  I have been retained by the Debtor for purposes of a limited appearance  In return for the compensation disclosed above, I have agreed to provide the following legal services

    a   ☒ Any proceeding related to stay motions under 11 U S C § 362

    b   ☒ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U S C § 727

    c   ☒ Any proceeding to determine whether a specific debt is nondischargeable under 11 U S C § 523

    d   ☐ Reaffirmation of a debt

    e   ☐ Any lien avoidance under 11 U S C § 522(f)

    f   ☐ Adversary proceedings (other than those brought under 11 U S C §§ 523 and 727) and other contested bankruptcy matters

    g   ☒ Other provisions as needed (*specify*)
    Limited-scope pretrial/discovery in the five adversaries & stay relief in the main case; see Attachment A

**7   ☐ Cases Other than Chapter 7**  In return for the above-disclosed fee, I have agreed to render legal services for the bankruptcy case, including

    a   ☐ Representation of the Debtor in adversary proceedings and other contested bankruptcy matters,

    b   ☐ Other provisions as needed (*specify*)

**8   ☒ Excluded Services.** By agreement with the Debtor, the compensation disclosed above does not include fees to provide the following services (*specify*)

  the pretrial conference, trial, post-trial motions, or any appeal in the adversary proceedings; and the Debtor's state-court matters

This form is optional  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                     Page 2                     F 2016-1.4.ATTY.COMP.DISCLSR

## DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing, together with any prior compensation disclosures filed by the undersigned, constitutes a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case and all amounts received in respect of such representation.

Date  07/31/2026

By _____
Signature of attorney for the Debtor

Name  Heidi Griffith
Printed name of attorney

Directions Law, Inc.
Printed name of law firm

## DECLARATION OF THE DEBTOR
*(To be completed only if the attorney's representation is in chapter 7 and of limited scope )*

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 6, and that I/we am representing myself/ourselves for any other proceedings, unless a new agreement is reached with an attorney.

Date  07/31/2026

_____
Signature of Debtor 1

Minh Tuong Nguyen
Printed name of Debtor 1

Date _____

_____
Signature of Debtor 2 (Joint Debtor)

_____
Printed name of Debtor 2 (Joint Debtor)

This form is optional  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 3                              F 2016-1.4.ATTY.COMP.DISCLSR

## ATTACHMENT A

to Attorney's Disclosure of Postpetition Compensation Arrangement — Paragraph 6(g)

*In re Minh Tuong Nguyen*, Case No. 8:26-bk-10347-SC (Chapter 7)

**Paragraph 6(g) — Scope of Limited-Appearance Services.** The compensation disclosed above is for limited-scope representation of the Debtor, consisting of:

1. The pretrial and discovery phase of the pending adversary proceedings — Adv. Nos. 8:26-ap-01027-SC, 8:26-ap-01044-SC, 8:26-ap-01055-SC, 8:26-ap-01058-SC, and 8:26-ap-01059-SC — from the pretrial and case-management phase through the discovery cut-off and through the hearing and determination of any dispositive motion filed on or before the motion cut-off;

2. Limited-scope assistance to the Debtor in the main Chapter 7 case, including matters relating to relief from the automatic stay under 11 U.S.C. § 362 and related contested matters; and

3. Ongoing Vietnamese-language communication and translation for the Debtor, the Debtor's primary language being Vietnamese.

1

ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9140 Trask Avenue, Suite 100, Garden Grove, CA 92844

A true and correct copy of the foregoing document entitled (*specify*): **ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _07/31/2026_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email, as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson, 411 West Fourth Street, Santa Ana, CA 92701 (courtesy copy at Department 5C drop box)
United States Trustee (Region 16 — Santa Ana): 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701 (by mail)
Chapter 7 Trustee Jeffrey I. Golden c/o Eric P. Israel, 2818 La Cienega Ave, Los Angeles, CA 90034 (by mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/31/2026 | Huyen Tran | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.