Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Krystina T. Tran**
**17011 Beach Blvd, Suite 830**
**Huntington Beach, CA 92647**
**ktran@ktranlaw.com**
**(949) 797-9090 Fax: (949) 393-3999**
**270033 CA**
**ktran@ktranlaw.com**

☐ Individual appearing without attorney
☑ *Attorney for Debtor*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
**Minh Tuong Nguyen**

Debtor(s).

CASE NO.:**8:26-bk-10347-SC**

CHAPTER: **7**

**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]**

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☐ Schedule D ☐ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☑ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s) ☐ Statement of Intentions ☐ Master Mailing List
☐ Other *(specify)* ______________________

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: **September 1, 2026**

**/s/ Minh Tuong Nguyen**
**Minh Tuong Nguyen**
Debtor 1 Signature

______________________
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**17011 Beach Blvd, Suite 830**
**Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/02/26**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Jeffrey I Golden (TR)
lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com

David S Hagen on behalf of Creditor Wendy Slavkin
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Joshua L Scheer on behalf of Creditor Green Lotus Group LLC, its successors and/or assignees
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

David Tang on behalf of Plaintiff Hanh Huynh
lawyertang@yahoo.com

Krystina T Tran on behalf of Debtor Minh Tuong Nguyen
ktran@ktranlaw.com, trankr76075@notify.bestcase.com;ktran@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Stephen R Wade on behalf of Plaintiff Ashley Nguyen
srw@srwadelaw.com, reception@srwadelaw.com

Reilly D Wilkinson on behalf of Plaintiff Green Lotus Group LLC
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

Reilly D Wilkinson on behalf of Plaintiff Van Thi Duong
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **9/02/26**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Daniel Dulac
27912 Baker Canyon Road
Silverado, CA 92676

Heidi H.L. Griffith on behalf of Defendant Minh Tuong Nguyen
Directions Law
9140 Trask Ave Ste 100
Garden Grove, CA 92844

Levene Neale Bender Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034

Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708

David Tang on behalf of Plaintiff Hanh Huynh
18430 Brookhurst St
Ste 202-i
Fountain Valley, CA 92708

Cindy Lina Vu
16284 Mount Islip Cir
Fountain Valley, CA 92708

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 2, 2026** | **Krystina T. Tran** | ***/s/* Krystina T. Tran** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-10347-SC
Central District of California
Santa Ana
Wed Sep 2 09:07:04 PDT 2026

Green Lotus Group LLC, its successors and/or
c/o Scheer Law Group, LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Levene Neale Bender Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

11 Charter Communications
16011 College Blvd
Lenexa, KS 66219-1366

Ashley Anh Thu Nguyen
104 Nest Pine
Irvine, CA 92602-1885

Chi Phung Luu To
5412 Old Pirate Dr,
Huntington Beach, CA 92649-3608

Cindy Lina Vu
16284 Mount Islip Circle
Fountain Valley, CA 92708-2134

Custos Terrae
27910 Baker Canyon Rd
Silverado, CA 92676-9704

Daniel Dulac
26982 Baker Canyon Rd
Silverado, CA 92676-9703

David J. Fraser
27910 Baker Canyon Rd
Silverado, CA 92676-9704

Directions Law
Directions Law
9140 Trask Ave, Suite 100
Garden Grove, CA 92844-2202

Franchise Tax Board Bankruptcy Section
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Green Lotus Group, LLC
8892 Cliffside Drive,
Huntington Beach, CA 92646-2620

Hanh Thi Hong Huynh
18520 Calllens Cir.
Fountain Valley, CA 92708-6600

Julie Dao and Quan Pham
310 N Olympia Place
Anaheim, CA 92806-3631

Leonard Pena
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030-3184

Liz Khanh Ngoc Le To
5412 Old Pirate Dr.
Huntington Beach, CA 92649-3608

Minh Tuong Nguyen
840 Chateau Ct,
Garden Grove, CA 92841-4349

Ngoc Tuyet Lam
c/o Hai H. Lai Law Office of Hai H.Lai
9550 Warner Ave., Suite 250
Fountain Valley, CA 92708-2842

Onpath Federal Cu
Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262-0961

Onpath Federal Cu
PO Box 961
Roanoke, TX 76262-0961

PDA Inc, a California corporation
10055 Slater Ave, Suite 216
Fountain Valley, CA 92708-4722

Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708-1551

Thanh Binh Tran
17109 Laurel St.
Fountain Valley, CA 92708-2740

Thuy T. Dinh
2030 Newcastle Drive
Vacaville, CA 95687-8257

Toyota Financial Services
Attn: Bankruptcy
PO Box 22171
Tempe, AZ 85285-2171

Toyota Financial Services
Dallas, TX 75265

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Trueaccord C
16011 College Blvd
Lenexa, KS 66219-1366

Trueaccord C
Attn: Bankruptcy
16011 College Blvd Ste 130
Lenexa, KS 66219-9877

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Van Thi Duong and Thong Huu Nguyen
17272 Newhope St, Suite K
Fountain Valley, CA 92708-4210

Verizon Wireless
Attn: Bankruptcy Department
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless
Dallas, TX 75265

Cindy Lina Vu
16284 Mount Islip Cir
Fountain Valley, CA 92708-2134

Daniel Dulac
27912 Baker Canyon Road
Silverado, CA 92676-9704

Jeffrey I Golden (TR)
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626-3067

Krystina T Tran
Law Offices of Krystina T Tran, Esq.
17011 Beach Blvd Ste 830
Huntington Beach, CA 92647-5995

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Internal Revenue Service
P.O. Box 7346

(u)Philadelphia, PA 19101-7346

(d)Minh Tuong Nguyen
840 Chateau Ct,
Garden Grove, CA 92841-4349

(d)Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708-1551

(u)Thanh Binh Tran

(u)Wendy Slavkin

End of Label Matrix
Mailable recipients 38
Bypassed recipients 7
Total 45

**Fill in this information to identify your case:**

Debtor 1 **Minh Tuong Nguyen**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number **8:26-bk-10347-SC**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 4 | ☐ No ■ Yes |
| Son | 14 | ☐ No ■ Yes |
| Son | 18 | ☐ No ■ Yes |
| Nephew | 19 | ☐ No ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,200.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1 **Minh Tuong Nguyen** Case number (if known) **8:26-bk-10347-SC**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **300.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **50.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **1,100.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **100.00** |
| 10. | **Personal care products and services** | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **0.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **3,050.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **3,050.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **3,050.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **-50.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here: