ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 LA CIENEGA AVE.
LOS ANGELES, CALIFORNIA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Special Counsel for Jeffrey I. Golden,
Chapter 7 Trustee

FILED & ENTERED

SEP 25 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEEAND ADORE ESCROW, INC. FOR TURNOVER OF ESCROW FUNDS TO TRUSTEE**<br><br>[No Hearing Required] |

On September 18, 2026, Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Minh Tuong Nguyen (the "debtor") filed the Stipulation Between Trustee and Adore Escrow, Inc. for Turnover of Escrow Funds to Trustee. [Dkt 141] (the "Stipulation") between the Trustee and Adore Escrow, Inc., ("Adore"). The Court having reviewed and considered the Stipulation, good cause appearing, it is

ORDERED THAT:

1. The Stipulation is approved.
2. Adore shall turnover and deliver the Escrow Funds to the Trustee.
3. The Trustee shall hold those funds in a segregated account pending further Court order.

4. The levy by Paul Nguyen and any execution or other judgment liens thereon, and any interests in favor of Ngoc Tuyet Lam and Ngan Thi Kim Tran, shall continue to attach to the Escrow Funds with the same force, effect, validity and priority that they had as against the Escrow Funds as of the Petition Date.

###

Date: September 25, 2026

Scott C. Clarkson
United States Bankruptcy Judge