United States Bankruptcy Court

Central District of California

In re:
Minh Tuong Nguyen
Debtor

Case No. 26-10347-SC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Minh Tuong Nguyen, 840 Chateau Ct,, Garden Grove, CA 92841-4349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David Tang | on behalf of Plaintiff Hanh Huynh lawyertang@yahoo.com |
| David S Hagen | on behalf of Creditor Wendy Slavkin davidhagenlaw@gmail.com LawOfficesofDavidSHagenCA1@jubileebk.net |
| Eric P Israel | on behalf of Trustee Jeffrey I Golden (TR) epi@lnbyg.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Heidi H.L. Griffith | |

| | |
|---|---|
| | on behalf of Defendant Minh Tuong Nguyen heidi@directionslaw.com |
| Jeffrey I Golden (TR) | lwerner@go2.law kadele@go2.law;C205@ecfcbis.com |
| Joshua L Scheer | on behalf of Creditor Green Lotus Group LLC its successors and/or assignees jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Krystina T Tran | on behalf of Debtor Minh Tuong Nguyen ktran@ktranlaw.com trankr76075@notify.bestcase.com;ktran@ecf.courtdrive.com |
| Reilly D Wilkinson | on behalf of Plaintiff Green Lotus Group LLC rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com |
| Reilly D Wilkinson | on behalf of Plaintiff Van Thi Duong rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com |
| Tinho Mang | on behalf of Plaintiff Ashley Nguyen tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Tinho Mang | on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 14

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 LA CIENEGA AVE.
LOS ANGELES, CALIFORNIA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Special Counsel for Jeffrey I. Golden,
Chapter 7 Trustee

FILED & ENTERED

SEP 25 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEEAND ADORE ESCROW, INC. FOR TURNOVER OF ESCROW FUNDS TO TRUSTEE**<br><br>[No Hearing Required] |

On September 18, 2026, Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Minh Tuong Nguyen (the "debtor") filed the Stipulation Between Trustee and Adore Escrow, Inc. for Turnover of Escrow Funds to Trustee. [Dkt 141] (the "Stipulation") between the Trustee and Adore Escrow, Inc., ("Adore"). The Court having reviewed and considered the Stipulation, good cause appearing, it is

ORDERED THAT:

1. The Stipulation is approved.
2. Adore shall turnover and deliver the Escrow Funds to the Trustee.
3. The Trustee shall hold those funds in a segregated account pending further Court order.

4. The levy by Paul Nguyen and any execution or other judgment liens thereon, and any interests in favor of Ngoc Tuyet Lam and Ngan Thi Kim Tran, shall continue to attach to the Escrow Funds with the same force, effect, validity and priority that they had as against the Escrow Funds as of the Petition Date.

###

Date: September 25, 2026

Scott C. Clarkson
United States Bankruptcy Judge