Jeffrey I. Golden
Chapter 7 Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br>MINH TUONG NGUYEN<br>Debtor. | Case No.: 8:26-bk-10347-SC<br>Chapter 7<br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: KRYSTINA T TRAN
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **November 05, 2026 at 09:00 AM**, for the reason(s) set forth below:

**The Trustee requested that you provide additional documentation.**
**Your meeting is continued for administrative reasons.**

****NOTE – THIS MEETING WILL TAKE PLACE REMOTELY USING ZOOM. PLEASE VISIT THE TRUSTEE'S WEBSITE https://case.stretto.com/jeffreygolden FOR ZOOM INSTRUCTIONS.**

Dated: October 2, 2026

/s/ Jeffrey I. Golden, Trustee
JEFFREY I. GOLDEN, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on October 2, 2026.

/s/ Lori Werner
Lori Werner