Heidi Griffith, Esq. (SBN 333725)
DIRECTIONS LAW, INC.
9140 Trask Avenue, Suite 100
Garden Grove, CA 92844
Telephone: (714) 515-1155
Email: heidi@directionslaw.com

Specially Appearing on a Limited-Scope Basis
for Debtor Minh Tuong Nguyen

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA — SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**DECLARATION OF NGA LUU IN SUPPORT OF DEBTOR'S LIMITED OPPOSITION TO TRUSTEE'S MOTION TO AUTHORIZE SALE OF LAWSUIT ENTITLED MINH TUONG NGUYEN V. CUSTOS TERRAE, ET AL. FREE AND CLEAR OF LIENS**<br><br>Date: October 27, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701<br>Judge: Hon. Scott C. Clarkson |

## DECLARATION OF NGA LUU

I, Nga Luu, declare:

1. I am over the age of eighteen and competent to testify to the matters stated below. I make this declaration in support of the Limited Opposition of Debtor Minh Tuong Nguyen (the "Debtor") to the Chapter 7 Trustee's Motion to Authorize Sale of the lawsuit entitled Minh Tuong Nguyen v. Custos Terrae, et al., Orange County Superior Court Case No. 30-2026-01541241-CU-FR-CJC (the "Lawsuit") [Doc. 153]. The facts stated here are within my personal knowledge, and if called as a witness I could and would testify competently to them.

2. I am the fiancée of the Debtor, Minh Tuong Nguyen.

3. I intend to submit an overbid, in my own name, to purchase the estate's right, title, and interest in the Lawsuit at the sale hearing set for October 27, 2026. I intend to appear and bid at that hearing.

4. My overbid will offer cash at or above the $65,000 minimum overbid. In addition, my overbid will offer the estate ten percent (10%) of the gross recovery on the Lawsuit. I will also pay all of the attorneys' fees and costs of prosecuting the Lawsuit.

5. I have the financial ability to fund my overbid and to close the purchase. The funds I will use for the overbid and the purchase are my own, which do not belong to the Debtor. I am prepared to deliver the required $50,000 deposit, the executed overbid form, and proof of funds to the Trustee's counsel on or before October 23, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2026.

Nga Luu

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9140 Trask Ave, Suite 100, Garden Grove, CA 92844

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF NGA LUU IN SUPPORT OF DEBTOR'S LIMITED OPPOSITION TO TRUSTEE'S MOTION TO AUTHORIZE SALE OF LAWSUIT ENTITLED MINH TUONG NGUYEN V. CUSTOS TERRAE, ET AL. FREE AND CLEAR OF LIENS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/14/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher Cramer secured@becket-lee.com
- Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- Heidi H.L. Griffith heidi@directionslaw.com
- David S Hagen davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdriv e.com
- Eric P Israel epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackh ays.c om
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- David Tang lawyertang@yahoo.com
- Krystina T Tran ktran@ktranlaw.com, trankr76075@notify.bestcase.com;ktran@ecf.courtdrive.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **10/14/2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/14/2026 | Hoa Ho | hoangho |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

Hahn Loeser & Parks LLP
Michael Gleason / Jennifer Kirby
600 W. Broadway, Suite 1500
San Diego, CA 92101

Michael D. Davis, Esq
Law Office Of Michael D. Davis
12341 Newport Avenue, Suite B101
North Tustin, CA 92705

Julie Dao
17021 Bolero Lane
Huntington Beach, CA 92649

Huong Thi Tran
PO Box 640303
San Jose, CA 95164

Huong Thi Tran
10472 Villa Del Cerro
Santa Ana, CA 92705.

Daniel Dulac
27912 Baker Canyon Road
Silverado, CA 92676

Custos Terrae
27912 Baker Canyon Road
Silverado, CA 92676

Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708

Wendy Slavkin
11707 Sunset Blvd., #24
Los Angeles, CA 90049