WENDY L. SLAVKIN (State Bar No. 89100)
LAW OFFICES OF WENDY L. SLAVKIN
11707 Sunset Boulevard, Suite 24
Los Angeles, CA 90049
Telephone: (310) 476-1959
Facsimile: (310) 476-1939
Email: wendy@slavkinlaw.com

Attorney for Creditor Daniel Dulac

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**DECLARATION OF DANIEL DULAC IN SUPPORT OF OPPOSITION TO TRUSTEE'S REQUEST FOR A FINDING UNDER 11 U.S.C. § 363(m) AS TO NGA LUU**<br><br>Date: November 17, 2026<br>Time: 9:30 a.m.<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, California<br>Judge: Hon. Scott C. Clarkson |

I, Daniel Dulac, declare:

1. I am over 18 years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness I could testify competently to them.

2. I am a creditor in this case (Proof of Claim No. 2).

3. I am a defendant and cross-complainant in *Nguyen v. Custos Terrae*, Orange County Superior Court Case No. 30-2026-01541241-CU-FR-CJC (the "Lawsuit"). I was a bidder for the Lawsuit at the auction held on October 27, 2026. My counsel, Wendy L. Slavkin, bid on my behalf.

4. I attended the October 27, 2026 hearing in person. During the auction, I heard Heidi Griffith ask for an interpreter, and when none had been arranged by Griffith or the Debtor, the Court permitted Griffith to act as an interpreter. Thereafter, the Court gave Griffith and her clients time to confer between rounds of bidding.

5. During the auction, I watched the Zoom video feed on the courtroom display. Luu and the Debtor appeared together on screen. Griffith appeared by telephone and was not on screen. Before most of Luu's bids, Griffith asked the Court for time to confer with her clients. During those pauses, I could not hear what was being said, but I could *see* the Debtor speaking, and Luu did not appear to be speaking.

6. On October 15, 2026, I personally viewed the Facebook pages at https://www.facebook.com/huynh.thuy.anh.340568 and https://www.facebook.com/nga.luu.376. Exhibits A and B are true and correct copies of screenshots of what I saw on those pages, except that images of a child have been redacted.

7. I do not read or speak Vietnamese. The English text in Exhibits A and B is the translation that Facebook displayed when I viewed the posts. On November 12, 2026, I also viewed Google Translate's translations of the words "chồng," "vợ," "vị hôn phu," and "vị hôn thê," which were "husband," "wife," "fiancé," and "fiancée," respectively. On the same date, I viewed Google Translate's translation of the text on the backdrop shown in Exhibit A, "Lễ Hằng Thuận, Tường Minh & Lưu Nga," which was "The Buddhist wedding ceremony of Tuong Minh and Luu Nga."

//

//

8. After the October 27, 2026 hearing, I retained a law firm with offices in Vietnam to investigate whether the Debtor and Luu are married. That investigation began less than two weeks ago and is ongoing. The firm has reported to me that its preliminary findings affirm that the Debtor and Luu are married. It has not yet obtained a marriage certificate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026, at Orange, California.

Daniel Dulac

________________________

Daniel Dulac

# EXHIBIT A

Facebook posts from https://www.facebook.com/huynh.thuy.anh.340568

**Huỳnh Thuý Anh** is at **Chùa Pháp Viện Minh Đăng Quang**.
May 13, 2025· Ho Chi Minh City, Vietnam ·

Chúc anh Nguyễn Tường Minh chị trăm năm hạnh phúc nhé!
Một đám cưới cổ tích 🌸💕🍀🌷

> Wishing you both a hundred years of happiness, Nguyễn Tường Minh!
> A fairytale wedding 🌸💕🍀🌷
> · Hide translation · Rate this translation






EXHIBIT A


LỄ HẰNG THUẬN
Tường Minh & Lưu Nga
1.6K
18
Huỳnh Thuý Anh
Follow
4
Chúc anh **Nguyễn Tường Minh** chị trăm năm hạnh phúc nhé!
Một đám cưới cổ tích 🌸💕🍀🌷
Add a comment
GIF



EXHIBIT A


12
This photo is from a post.
View post
Huỳnh Thuý Anh
May 16, 2025 ·
Ho Chi Minh City, Vietnam ·
— at Chùa Pháp Viện Minh Đăng Quang.
1
No comments yet
Be the first to comment.


12
This photo is from a post.
View post
Huỳnh Thuý Anh
May 16, 2025 ·
Ho Chi Minh City, Vietnam ·
— at Chùa Pháp Viện Minh Đăng Quang.
No comments yet
Be the first to comment.



EXHIBIT A


This photo is from a post.
View post
Huỳnh Thuý Anh
May 16, 2025 ·
Ho Chi Minh City, Vietnam ·
— at Chùa Pháp Viện Minh Đăng Quang.
No comments yet
Be the first to comment.


LỄ HẰNG THUẬN
12
This photo is from a post.
View post
Huỳnh Thuý Anh
May 14, 2025 ·
Ho Chi Minh City, Vietnam ·
— at Chùa Pháp Viện Minh Đăng Quang.
No comments yet
Be the first to comment.


12
This photo is from a post.
View post
Huỳnh Thuý Anh
May 16, 2025 ·
Ho Chi Minh City, Vietnam ·
— at Chùa Pháp Viện Minh Đăng Quang.
No comments yet
Be the first to comment.


12
This photo is from a post.
View post
Huỳnh Thuý Anh
May 13, 2025 ·
Ho Chi Minh City, Vietnam ·
— at Chùa Pháp Viện Minh Đăng Quang.
4
No comments yet
Be the first to comment.


1.6K
18
Huỳnh Thuý Anh
Follow
4
Chúc anh **Nguyễn Tường Minh** chị trăm năm hạnh phúc nhé!
Một đám cưới cổ tích 🌸💕🍀🌷
Add a comment


1.6K
18
Huỳnh Thuý Anh
Follow
4
Chúc anh Nguyễn Tường Minh chị trăm năm hạnh phúc nhé!
Một đám cưới cổ tích
Add a comment
GIF



EXHIBIT A


1.6K
18
Huỳnh Thuý Anh
Follow
4
Chúc anh **Nguyễn Tường Minh** chị trăm năm hạnh phúc nhé!
Một đám cưới cổ tích 🌸💕🍀🌷
Add a comment
GIF

# EXHIBIT B

Facebook posts from https://www.facebook.com/nga.luu.376

**Nga Luu** is with **Nguyễn Tường Minh**.
June 21 ·

Chúc mừng đại gia đình các Anh Chị Em thương yêu nhân ngày Báo chí Cách mạng Việt Nam 21/6.
Cảm ơn vì trong suốt những năm tháng qua đã luôn ở bên cạnh mình và Elise. T... **See more**

See translation



669 70 3

View more comments

June 21 ·

Chúc mừng đại gia đình các Anh Chị Em thương yêu nhân ngày Báo chí Cách mạng Việt Nam 21/6.
Cảm ơn vì trong suốt những năm tháng qua đã luôn ở bên cạnh mình và Elise. Từ những ngày đầu tiên, những lúc khó khăn, thuận lợi, những thời khắc rực rỡ cũng như những giai đoạn nhiều thử thách... vẫn luôn nhận được sự yêu thương, thấu hiểu và đồng hành của các Anh Chị Em báo chí.

Biết ơn là suốt 15 năm làm nghề, sống trong thế giới của nghệ thuật và hào quang không ít thị phi, mình vẫn đi được đến hôm nay bằng sự thấu hiểu và cả sự bảo vệ âm thầm của rất nhiều Anh Chị Em làm nghề.
Lại một năm nữa được nói lời tri ân từ tận đáy lòng.
Và trong ngày đặc biệt này, mình cũng không thể không viết về Chồng mình - Nhà Báo Nguyễn Tường Minh và đại gia đình "3 đời làm báo" của Anh.

Từ Ông Ngoại là nhà báo, nhà văn, nhà giáo Quốc Ấn - người được nhiều thế hệ kính trọng gọi là "người anh cả của làng báo Sài Gòn"; đến Ba là nhà báo Anh Khuê (A.K), nhà báo kinh tế kỳ cựu của Báo Sài Gòn Giải Phóng, tính đến nay Ông đã làm báo 50 năm liên tục không ngưng nghỉ.
Và Chồng mình - Nhà báo Tường Minh thì Anh đã có 20 năm làm báo, truyền thông một cách nghiêm túc và đầy tâm huyết. Từ những ngày đầu làm Trợ lý Tổng Biên Tập Báo Sài Gòn Giải Phóng, đến vai trò Tổng Thư ký Tòa soạn Báo Người Tiêu Dùng, rồi tiếp tục chinh chiến trên nhiều mặt trận truyền thông, công nghệ và cộng đồng. Anh đã trải qua không ít vinh quang nhưng cũng rất nhiều thăng trầm, luôn là một người bản lĩnh can trường và trí tuệ đặc biệt.
Cảm ơn Anh vì tình yêu với nghề báo, sự tử tế và những giá trị mà Anh cùng gia đình đã gìn giữ qua nhiều thế hệ. Có lẽ cũng chính vì vậy mà hôm nay mình có được một góc nhìn đầy đủ hơn, sâu sắc hơn và tự tin hơn trên con đường mình đang đi.
Xin chúc tất cả những người cầm bút luôn vững tâm, giữ được lửa nghề, giữ được chữ Tâm và thật nhiều bình an. **See less**

> Congratulations to the big family of beloved journalists on the occasion of the 21st June Vietnam Revolution Press Day.
> Thank you for being by my side and Elise's side throughout the years, from the very beginning, through the difficult times, the favorable times, the brilliant moments, and the challenging periods... you have always received the love, understanding, and support of the journalists.
>
> Grateful for having worked in this profession for 15 years, living in the world of art and the glory of not a few rumors, I still make it to today with the understanding and silent protection of many journalists.
>
> Once again, this year I am grateful from the bottom of my heart.
> And on this special day, I also cannot help but write about my husband - Journalist Nguyen Tuong Minh and the big family of "3 generations of journalism" of Anh.
>
> From being a journalist, writer, and educator in the world of journalism in Saigon, to being a veteran economic journalist in the Saigon Liberation Newspaper, until now he has been a journalist for 50 consecutive years without stopping. And my husband - Journalist Tuong Minh, I have been a journalist and communicator for 20 years, serious and full of passion. From the days of being an Assistant Editor of the Saigon Liberation Newspaper, to the role of Secretary General of the Consumer Newspaper, then continuing to fight on many fronts of communication, technology, and community. He has experienced many glories but also many ups and downs, always being a strong-willed and particularly wise person.
> Thank you for your love for the profession, your kindness, and the values that you and your family have preserved through many generations. Perhaps that is why today I have a more complete, deeper, and more confident perspective on the path I am on.
> I wish all journalists always have a strong heart, keep the fire of the profession, keep the spirit of the pen, and have much peace.
> · Hide translation · **Rate this translation**

**Nga Luu**
June 1 ·

Lần đầu tiên, Chồng đăng hình hai vợ chồng lên Facebook của Anh. Một sự "phá lệ" hiếm hoi ... Vì mình hiểu những trận chiến Anh đã đi qua trong một cuộc đời đầy giông bão nhưng cũng vô cùng ý nghĩa của Anh. Một người đàn ông như sắt như đồng, cực kỳ kiên cường để bảo vệ lý tưởng sống với đạo và đời.
Có những người đi qua biến cố thì bỏ mạng. Có người thân tàn mà dại. Có người trở nên vô cảm và sợ lòng người. Mình nghĩ mình cũng đã từng chết đi sống lại nhiều lần như thế... Nhưng lạ thay, sau tất cả những điều đó cộng lại, mình lại tái sinh mạnh mẽ hơn... từ khi gặp Anh.

Cảm ơn Anh vì đã cùng Em đi qua những ngày vừa rồi, cùng nhau sướng khổ, cùng học cách yêu thương và bảo vệ nhau... để Em có thêm một chuỗi đời tái sinh trong cuộc đời này... Không còn nỗi sợ cũng chẳng còn nỗi đau.
Nguyện cầu đến 50 năm về sau... **See less**

> The first time, my husband posted a picture of us on Facebook. It was a rare "tearful" moment... because I understood the battles he had gone through in a life full of storms but also the incredibly meaningful things he had done. A man as strong as iron, extremely resilient in protecting his ideals and life.
> There are people who die in difficult circumstances. There are people who die for their loved ones, foolishly. There are people who become heartless and indifferent. I think I have also died and lived many times... But strangely, after all of that, I have been reborn stronger... since meeting you.
>
> Thank you for going through the past days with me, sharing joys and sorrows, learning to love and protect each other... giving me another chance to be reborn in this life... No more fear, no more pain.
> I pray that 50 years from now...
> · Hide translation · **Rate this translation**



**Nga Luu**
April 28 ·

Con lại nhảy múa cho các bác xem, các bác nhớ like tặng con cái nha... Chúc các bác ngày làm việc cuối để chuẩn bị kỳ nghỉ lễ tuyệt vời nha... con được nghỉ học nên đang đi làm với Bô Mẹ con ạ 🥰 **See less**

> The kid is dancing for you to see, please like and give the kid some love... Wishing you all a great last working day to prepare for a wonderful holiday... The kid is off school so I'm working with Mom and Dad 🥰
> · Hide translation · **Rate this translation**



**Nga Luu**
April 21 ·

Có người cứ lập nick ảo suốt ngày so sánh 2 vợ chồng mình ... chắc là muốn kiểm tra xem ai trẻ hơn ai, ai chịu chơi hơn ai, ai giỏi hơn ai,hay ai nổi tiếng hơn ai chắc ...😀😀😀
Làm mình phải tự nhìn lại và mở instagrams của cả 2 để so sánh thì thấy chục năm nay như thế này thì có ngang tài ngang sức không các bác 😀
Các bác xem giúp mình cho mấy cái nick ảo kia họ chịu khó nghiên cứu tý các bác ạ 🥰 à mà chắc là nghiên cứu nhiều nhưng không hiểu? Sao không có hỏi thẳng mà Cứ mất thời gian thế chứ😀 **See less**

> Someone keeps creating fake accounts to compare my husband and me... I guess they want to see who is younger, who is more fun to be with, who is more talented, or who is more famous... 😀😀😀
> I have to look at my own Instagram and compare, and after looking for ten years, I see if I'm as talented and capable as they are 😀
> Please take a look at those fake accounts and do some research, guys 🥰 Oh, I mean, do some research, but don't understand? Why not just ask directly instead of wasting time? 😀
> · Hide translation · **Rate this translation**





**Nga Luu**

March 22 ·

Rồi tôi sẽ kể từ từ hết tất cả...
Để có phiên bản này, tôi đã phải đi qua những gì?
Bởi vì con người thật không nằm ở lúc bình yên... mà lộ ra khi đi qua những trận cuồng Phong và giông bão. Cách một người vượt qua, cách một người lựa chọn hành xử... mới chính là điều nói lên họ là ai?
Và có lẽ... sau tất cả những điều đó, tôi học được cách sống nhẹ nhàng hơn. Khi gặp đúng người, mọi thứ trở nên rất đơn giản. Không cần hoàn hảo, không cần gượng ép... chỉ cần ở cạnh nhau thôi cũng đủ an lòng.
Và từ sự bình an đó... tôi lại có thêm sức mạnh để đi tiếp con đường và sứ mệnh của mình.

Cảm ơn Anh... người đàn ông như sắt như đồng đã đến và bảo vệ cuộc đời của em, mang em trở lại trọn vẹn.
Để em được vừa là chính mình... vừa là một người vợ đúng nghĩa.
Và hành trình này... mới chỉ bắt đầu.
Ai hiểu... sẽ hiểu! **See less**

> I will tell you all about it gradually...
> To become this person, what did I have to go through?
> Because true people are not found in peaceful times... but are revealed when going through storms and tempests. The way one overcomes, the way one chooses to act... that is what defines who they are.
> And perhaps... after all of that, I have learned to live more lightly. When I meet the right person, everything becomes very simple. No need to be perfect, no need to force... just being together is enough to bring peace of mind.
> And from that peace... I have gained the strength to continue on my path and mission.
>
> Thank you, my man... who is as strong as iron and has protected my life, bringing me back whole.
> So that I can be myself... and be a true wife.
> And this journey... is just beginning.
> Those who understand... will understand!
> · Hide translation · **Rate this translation**





**Nga Luu**
March 22 ·

Rồi tôi sẽ kể từ từ hết tất cả...
Để có phiên bản này, tôi đã phải đi qua những gì?... **See more**

> I will tell you all about it gradually...
> To become this person, what did I have to go through?
> Because true people are not found in peaceful times... but are revealed when going through storms and tempests. The way one overcomes, the way one chooses to act... that is what defines who they are.
> And perhaps... after all of that, I have learned to live more lightly. When I meet the right person, everything becomes very simple. No need to be perfect, no need to force... just being together is enough to bring peace of mind.
> And from that peace... I have gained the strength to continue on my path and mission.
>
> Thank you, my man... who is as strong as iron and has protected my life, bringing me back whole.
> So that I can be myself... and be a true wife.
> And this journey... is just beginning.
> Those who understand... will understand!
> · Hide translation · **Rate this translation**






2.7K 483 24

View more comments

**Nga Luu** · 29w · Author

Thank you for all the love that everyone has given to Nga and her husband.
Reading each wish really moved me and made me happy.
Thousands of acquaintances... not many of them truly care about me.
But in recent days, Nga has clearly felt everyone's true feelings.
Nga will try to reply to every message, every wish...
and perhaps from now on and in the future, it will still be the same.
Grateful and appreciative of all the love from the whole family **@nêu bật**

Reply See original (Vietnamese) 15

**Nga Luu**
February 25 ·

LÀ CHÍNH MÌNH!
Cái video này mình đăng hồi tháng 5/2025, hồi đó mình vẫn còn rất hèn nên private hết Facebook, sợ nhiều người biết Chồng mình, gia đình mình nên cứ để riêng như vậy. Hồi đó mình vẫn nghĩ: "Chuyện vui thì đừng nói với người khác, vì người ta sẽ không vui. Chuyện không vui cũng đừng nói, vì người ta sẽ rất vui."

Nhưng giờ mình hiểu rõ rằng, với riêng mình, có được ngày hôm nay là vì mình đã luôn là chính mình, và vì hàng triệu người đã yêu quý, ủng hộ mình và Elise trong suốt hành trình 15 năm qua. Nên sứ mệnh của mình không phải là đóng lại... mà là mở ra. Chỉ cần mình là chính mình một cách trọn vẹn thì những kẻ buồn vui kia thật ra cũng chẳng có ý nghĩa gì trong cuộc đời mình, và cũng không phải vì họ mà mình phải thu mình lại như trước nữa, Hihii. Phải vậy không các bác?

PS: Ngày trước Chồng mình không thích mình đăng lên đâu, nhưng bây giờ thì đã hiểu mình hơn, nên tin mình muốn làm gì thì mình làm các bác ạ. Mình cũng chẳng phải khoe chồng đâu, mà sự thật chồng mình là như vậy đấy các bác! với mình thì vô cùng tài năng, vô cùng mạnh mẽ, vô cùng bản lĩnh (sẽ kể dần cho các bác nghe nhé 😀), Hihii. **See less**

> IT'S ME!
> I posted this video back in May 2025. Back then, I was still so shy, so I kept everything private on Facebook, afraid that people would find out about my husband and family. I thought: "If it's something fun, don't share it with others, because they won't be happy. If it's not fun, don't share it either, because they will be happy."
>
> But now I understand that, for me, I'm where I am today is because I've always been myself, and because millions of people have loved and supported me and Elise throughout the 15-year journey. So, my mission isn't to close it... but to open it. As long as I am completely myself, those ups and downs in life don't really matter, and I don't have to go back to who I was before, Hihii. Right?
>
> PS: My husband didn't like me posting this before, but now that I understand him better, I'll do whatever I want. I'm not bragging about my husband, but that's just the way he is! As for me, he's incredibly talented, incredibly strong, and incredibly resilient (I'll tell you more about that later 😀), Hihii.

· Hide translation · **Rate this translation**



But now I understand that, for me, I'm where I am today is because I've always been myself, and because millions of people have loved and supported me and Elise throughout the 15-year journey. So, my mission isn't to close it... but to open it. As long as I am completely myself, those ups and downs in life don't really matter, and I don't have to go back to who I was before, Hihii. Right?

PS: My husband didn't like me posting this before, but now that I understand him better, I'll do whatever I want. I'm not bragging about my husband, but that's just the way he is! As for me, he's incredibly talented, incredibly strong, and incredibly resilient (I'll tell you more about that later 😃), Hihii.

· Hide translation · **Rate this translation**



**Nga Luu**
February 19·

Mùng 3 cũng phải đăng Video báo cáo cộng đồng mạng và chúc các bác tiếp tục tận hưởng một cái Tết thật thảnh thơi và bình an nhé.
Chồng mình cứ bảo sao Vợ cứ phải đưa lên Facebook vậy ấy các bác 😀😀(hơi khó hiểu). Mình bảo là thì phải có trách nhiệm với cuộc đời của mình chứ, mình đã hứa là báo cáo sự thật cuộc đời mình cho mọi người, những điều tích cực và có quá nhiều người yêu thương của mình ủng hộ mình thì sao mình không đưa các bác nhỉ.
Nhà mình còn mùng là còn Tết rực rỡ đó các bác. **See less**

> On the 3rd, I also have to post a video report on the online community and wish everyone to continue to enjoy a peaceful and relaxing Tet holiday.
> My husband keeps saying why I have to post it on Facebook, you know 😀😀 (a bit confusing). I say it's because I have to be responsible for my own life, I have promised to report the truth of my life to everyone, the positive things and the many people who love me support me, so why can't I post them for you, right?
> Our house still has the 3rd, so the Tet holiday is still bright, you know.
> · Hide translation · **Rate this translation**



**Nga Luu**
February 19 ·

Mùng 3 cũng phải đăng Video báo cáo cộng đồng mạng và chúc các bác tiếp tục tận hưởng một cái Tết thật thành thơi và bình an nhé.
Chồng mình cứ bảo sao Vợ cứ phải đưa l... **See more**

> It's the 3rd, so I have to post a community update and wish everyone a very relaxing and peaceful Lunar New Year.
> My husband keeps asking me why I have to post on Facebook 😃😃 (it's a bit confusing). I told him that I have to be responsible for my own life, after all, I promised to share the truth of my life with everyone, and since so many people love and support me, why shouldn't I share that with you all?
> Our family is still having a wonderful Lunar New Year celebration.
> · Hide translation · **Rate this translation**



**Nga Luu**
February 14 · 50 năm về sau · ThuyTrang_0403 ·

Có lẽ chưa năm nào mình được sống thật với chính cuộc đời của mình như năm nay các bác ạ.
Không còn phải gồng mình che đậy những nỗi đau, những chịu đựng và những điều chưa hoàn hảo.
Không còn phải cố trở nên tuyệt vời trong mắt người khác.
Và cũng không còn phải nhẫn nhịn hay cố cân bằng giữa nước và lửa nữa. Càng không còn phải giấu sự đơn độc của người phụ nữ sau một vẻ đầy đủ giả tạo.
Cái triết lý đơn giản chỉ cần là chính mình thôi mà cũng mất bao nhiêu lâu mình mới có thể ngộ ra được đấy các bác ạ....
Nhiều người nói mình may mắn khi gặp chồng mình, nhưng mình nghĩ rằng tất cả đều là sự lựa chọn, và là nhân duyên của cả 2 để có được cuộc sống này và sự bình yên trong giông bão này phải không các bác?
Nên chúc các bác, bạn bè gần xa của mình, thật an bình và hạnh phúc, chuẩn bị đón Tết nhé.
Chúc cho tất cả chúng ta: GIA HÒA VẠN SỰ HƯNG. **See less**

> Perhaps this year is the first time I've ever felt so truly at peace with my life. No more having to hide my pain, endure hardships, or deal with imperfections.
> No more having to try to be perfect in the eyes of others.
> And no more having to endure or try to balance between right and wrong. No more having to hide my loneliness behind a facade of pretense.
> The simple truth is, it took me a long time to figure this out on my own...
> Many people say I'm lucky to have my husband, but I think it's all a choice, a union of two souls, to have this life and this peace amidst the storms, don't you think?
> So, I wish all of you, near and far, peace and happiness, as we prepare to welcome the Lunar New Year.
> Wishing us all: PEACE AND HAPPINESS.
> · Hide translation · **Rate this translation**



**Nga Luu**
February 2 ·

" Đi khắp thế gian không ai tốt bằng mẹ, gánh nặng cuộc đời không ai khổ bằng cha"
Mỗi ngày được nhìn những hình ảnh này làm người mẹ như mình cảm thấy hạnh phúc đến rụng rời... người phụ nữ sinh con yêu thương con là bản năng, không thể so sánh tình yêu sự hy sinh của người mẹ với con mình... đó chính là " Nghĩa mẹ như nước trong nguồn chảy ra" nhưng người đàn ông, sinh ra là phái mạnh ngoài tình yêu bản năng, thì dành toàn sức lực mạnh mẽ của mình để lao động chấn chỉnh chăm sóc và nuôi lớn 1 đứa trẻ... thì đó chính là "công cha như núi Thái Sơn"
Mình đã từng "vừa làm cha vừa làm mẹ" trong 1 thời gian rất dài. Giống như vừa làm nước vừa làm lửa trong 1 gia đình.... Nên đến giờ phút này cuộc đời mình, các con mình có được trọn vẹn tình yêu thương của người mẹ, và công sức và sức mạnh vô tận của người đàn ông bên cạnh thì với mình không có gì mơ ước hơn các bác ạ.
Một chiều cuối năm chồng mình vẫn phải xách vali đi công tác, và con bé vô tư chạy theo 1 cách đầy hồn nhiên và trong sáng, chia tay bịn rịn làm tay chạy người mẹ đi phía sau cả nhà ạ. **See less**

> "There is no one better than a mother to carry the burden of life, no one more suffering than a father."
> Every day, seeing these images makes a mother feel so incredibly happy... a woman giving birth to a child is instinctual; it's impossible to compare the love of a mother's sacrifice to that of a child. That is to say, "A father is like the mountain of water flowing from a spring," but a man, born male, spends all his strength to labor, care for, and raise a child... that is "a father like Mount Thái Sơn."
> I once "worked both as a mother and a father" for a very long time. It's like carrying both water and fire in a family... That's why, in my life now, having my children and the boundless love of a mother, and the endless effort and strength of a man by my side, I have no greater wish than this, dear friends.
> One afternoon, my husband had to pack his bags for a business trip, and the little one ran after him with such innocence and purity, leaving me to carry on as a mother, all the way behind the house.
> · Hide translation · **Rate this translation**



**Nga Luu**
January 28·

Trước đây hiếm hoi vô cùng mình đưa hình ảnh chồng lên Facebook. Nhưng dạo này mình thích nên mình đưa lên nhiều các bác ạ 😄🥰

Có bạn Alisa Alecxi (tên gì khó đọc ghê) hỏi sao mình đưa mà chồng mình không đưa mình lên Facebook của anh ấy? Mình trả lời: vì mình rảnh thì mình đưa thôi, còn chồng mình thì có rảnh đâu mà đưa 😄

Mình trả lời như vậy có được không các bác?
Chúc các bác ngày mới thật tốt lành nhé! **See less**

> I rarely post pictures of my husband on Facebook before, but I've been posting a lot lately 😄🥰
>
> A friend named Alisa Alecxi (her name is so hard to pronounce) asked why I was posting pictures of my husband on her Facebook. I replied: I post whenever I feel like it, but my husband doesn't have time to post on her Facebook 😄
>
> Is that a good answer, everyone?
> Have a great day, everyone!
> · Hide translation · **Rate this translation**

