ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Applicant as Special Litigation Counsel for Jeffrey I. Golden, Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P. ISRAEL AND JEFFREY I. GOLDEN IN SUPPORT THEREOF**<br><br>**[Covering the period from April 21, 2026, through October 31, 2026]**<br><br>Date: December 15, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C1539<br>411 W. Fourth Street<br>Santa Ana, California |

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("applicant" or "Levene-Neale") presents its First Interim Application for Award of Compensation and Reimbursement of Expenses as Special Litigation Counsel for Trustee (the "application") and respectfully represents as follows:

/ / /

/ / /

/ / /

1. **<u>Identity of Applicant</u>**

The applicant is Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. **<u>Nature of Representation</u>**

Applicant represents Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") in this case as his special litigation counsel.

3. **<u>Employment of Applicant</u>**

The order authorizing applicant's employment was entered on or about June 10, 2026 (*docket no. 103*). Exhibit "D." As special litigation counsel, applicant was retained to handle the following matters:

(a) to investigate and, if appropriate, to seek to recover the Escrow Funds (defined below);

(b) to aid counsel handling the Lawsuit (also defined below) as needed or otherwise aid the Trustee in settling or realizing on the Lawsuit; and

(c) to avoid any execution or other liens, including liens in favor of Paul Nguyen ("Paul") (not related to the Debtor).

4. **<u>Procedural Status and History of Case</u>**

On or about February 4, 2026 (the "Petition Date"), Minh Tuong Nguyen (the "debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Jeffrey I. Golden accepted appointment as the Chapter 7 for the debtor's estate and continues to serve in that capacity.

The case is not yet ready to close because:

a. The Court recently granted the Trustee's motion to approve the sale of a lawsuit pending in Orange County Superior Court described as case no. 30- 2026-01541241-CU-FR-CJC, <u>Minh Tuong Nguyen v. Custos Terrae, Remax Real Estate One, George Balch, Daniel Dulac, Julie Dao and Huong Thi Tran, Minh Tuong Nguyen v. Custos</u>

Terrae, etc. (the "Lawsuit") for $280,000 cash plus 15% of the gross recovery. The Trustee uploaded the order thereon, but it needs to be entered and the sale closed. Moreover the Trustee will need to await resolution of the Lawsuit to see if the contingency interest results in a recovery for the estate, although he may seek to monetize the contingency interest sooner.

b. The Trustee received $38,000 from Adore Escrow, LLC ("Adore") of funds from a sale of real property that never closed. On October 27, 2026, the Trustee filed a complaint commencing adversary proceeding no. 8:26-ap-1115-SC (the "Subject Adversary Proceeding") (see category 20 below), among other things, to clear title to those funds (the "Escrow Funds"). The Complaint also seeks to avoid certain judgment liens in favor of Paul against both the Escrow Funds and the Lawsuit. Answers have not yet been filed in the Subject Adversary Proceeding, and the initial status conference is scheduled for January 26, 2027, at 1:30 p.m..

c. The schedules reflect other assets, including a malpractice claim, and certain creditors have alleged that the Debtor may own bank accounts or businesses in Vietnam. The Trustee is in the process of investigating those assets.

d. The claims bar date has recently been set for December 28, 2026. After that date passes, claims will need to be reviewed, and objections may need to be filed and litigated.

e. The Trustee will need to file federal and state income tax returns for the estate until the case is closed.

5. **Funds on Hand with the Trustee and Administrative Expenses**

The estate currently is holding funds aggregating $88,000 cash that are subject to Paul's judgment liens. An additional $230,000 payment is anticipated before the hearing on this application for the balance of the sale proceeds of the Lawsuit. Pursuant to a stipulation with Paul [Exhibit "F" hereto], his judgment liens against the Lawsuit and the proceeds of sale thereof are free and clear of his judgment lien. Thus, it is anticipated that $280,000 of free and clear funds will

be on hand by the time of the hearing hereon. The only other known accrued outstanding administrative expenses are the Trustee's fee and costs, the former of which is approximately $17,250 based on disbursement of funds currently held; and the fees and costs of the Trustee's accountants estimated at $2,000 at this time.

6. **Prior Fee Applications and Payments to Applicant**

This is applicant's first interim application for compensation and reimbursement of expenses. No retainer or compensation has been paid to applicant to date. There is no provision or agreement for payment to applicant in this case, except from this estate in such sums as the Court may allow.

7. **Period Covered by Application**

This application covers the period from April 21, 2026, through October 31, 2026 (the "subject period").

8. **Summary of Requested Compensation**

Applicant requests that the Court allow it, on an interim basis, fees and costs of $80,903.50 and $806.92, respectively, for the subject period. Applicant requests that the Court authorize the Trustee to pay allowed fees and costs at this time, on an interim basis.

9. **Exhibits**

The following exhibits in support of this application are attached:

| EXHIBIT | DESCRIPTION |
|---|---|
| "A" | Detailed billing records of time spent by each professional for applicant during the subject period, including a breakdown by activity code and hourly rates. |
| "B" | Detailed records of out-of-pocket expenses advanced by applicant during the subject period, including an aggregate summary. |

| EXHIBIT | DESCRIPTION |
|---|---|
| "C" | Detailed biographies of each professional employed by applicant who worked on this case. |
| "D" | Copy of order authorizing applicant's employment as Trustee's special litigation counsel entered on or about June 10, 2026 (*docket no. 103*). |
| "E" | Stipulation with Paul waiving his judgment lien against the sale proceeds of the Lawsuit.. |
| "F" | Summary Sheet |

10. **Narrative of Services**

The details of applicant's services in this case are set forth in Exhibit "A." Without limiting the detail provided in Exhibit "A," applicant provides the following narrative summary:

a. **Asset Analysis (AA - 01):**

The time expended in this category involved applicant's review and analysis of the assets of the estate, pending legal projects and legal issues that arose in the case. As special litigation counsel, applicant focused on the tasks identified above, but ancillary issues arose regularly with the same or related parties that impacted those designated tasks.

Escrow Funds. Applicant researched the background of the Escrow Funds and communicated with the Debtor's bankruptcy and state court counsel, counsel for Adore, Paul and counsel for the parties to the underlying purchase and sale agreement (the "Agreement"). The Debtor was not a party to that agreement, but in a third party action commenced following Paul's levy against the Escrow Funds, the Superior Court determined that the Escrow Funds came from and belonged to the Debtor, and that therefore Paul's levy did attach to the Debtor's interest in them. An arbitrator ruled against the seller in a motion to compel, finding that he had breached the Agreement.

As discussed below (see category 20), applicant succeeded in negotiating a stipulation with the escrow company for turnover of the funds to the Trustee. Applicant prepared and filed a complaint on behalf of the Trustee commencing an adversary proceeding to clear title to the Escrow funds.

The Lawsuit. Applicant reviewed the complaint, the docket and various pleadings in the Lawsuit. Applicant discovered that hearings were scheduled on January 22, 2027 in various matters, including a petition to compel arbitration, a joinder, and the Debtor's special motion to strike (anti-SLAPP). Applicant reached out to counsel of record for the Debtor to discuss the Trustee's ownership of the Lawsuit, strategy, to confirm counsel's terms of engagement and whether she might be interested in representing the Trustee as special counsel. Applicant discovered that counsel was being paid monthly by the Debtor and nothing was owing to her. Shortly after that call, however, counsel withdrew.

The debtor eventually substituted in new counsel. The Trustee communicated with that attorney about next steps and solicited an offer to purchase or finance the litigation. An offer was made to finance the Lawsuit with the Trustee to receive 5% of the net proceeds, but the Trustee around the same time received an all cash offer to purchase the Lawsuit from Daniel Dulac ("Dulac"), one of the defendants in the Lawsuit. The Trustee determined to proceed with an all cash offer and negotiated terms for a sale for $60,000 cash.

Applicant documented the sale agreement, prepared the sale motion and shepherded the sale through Court confirmation. See category AD/02 below. It is projected that most of the funds in the estate may be from the proceeds of sale of the Lawsuit.

Malpractice Lawsuit. Applicant reviewed correspondence from the Debtor's new state court counsel on a malpractice lawsuit against Alex Benedict. The Debtor valued the claim at $2.5 million on his schedules. Applicant understands that the Debtor alleges that Mr. Benedict was negligent which led to the default judgment against him in favor of Ngoc Tuyet Lam ("Lam"), who later sold the default judgment to Paul. Applicant understands that there is a hearing on December 2, 2026 in Superior Court on the Debtor's motion to vacate the default judgment. If the judgment is vacated, any damages recoverable on the malpractice claim would seem to be greatly diminished. The Trustee will await the ruling on that motion before deciding how and whether to administer this asset.

Paul's Lien. Approximately sixty days before the Petition Date, Paul levied on the Escrow Funds, and 2 days before the Petition Date he recorded a notice of judgment lien in the Lawsuit.

Applicant reviewed the liens and Paul's proof of claim, which only made mention of the lien against the Escrow Funds – not the Lawsuit. The debtor's schedules did not list Paul as a secured creditor either. In any event, applicant believed that Paul's judgment liens are avoidable as preferences.

In addition, as mentioned above, the Debtor sought and obtained an order lifting automatic the stay in order to challenge the default judgment Paul purchased from Lam. If the Debtor is successful in vacating that default judgment, the judgment liens should evaporate although Paul still may have an unsecured claim against the estate.

Applicant filed a complaint to avoid Paul's judgment liens. See activity code 20 below.

Allegations of Undisclosed Assets. Certain creditors have alleged that the Debtor has bank accounts and businesses in Vietnam that he has not scheduled as assets. Because that task is outside the scope of applicant's employment as special litigation counsel, applicant has referred those inquiries to the Trustee for investigation.

During the subject period, applicant expended an aggregate of 10.00 hours of time in this category, valued at $7,950.00.

b. **Asset Disposition ("AD" -- 02):**

As mentioned, applicant received an offer from Dulac, one of the defendants in the Lawsuit, to purchase the Lawsuit, and another offer from the debtor finance the Lawsuit. Applicant discussed both with the Trustee, who preferred an all cash offer for a variety of reasons. Applicant negotiated terms with Dulac and drafted a purchase and sale agreement at $60,000 cash. After the agreement was signed, applicant prepared a motion to confirm the sale of the Lawsuit.

Paul and the debtor each filed limited objections to the sale motion. Applicant communicated with Paul and was able to work out certain issues. The debtor's limited opposition indicated that his fiancée, Nga Luu ("Ms. Luu") would be bidding and that the bid would include a contingency interest in the lawsuit. Around that time, Dulac contended based upon certain social media posts that the debtor and Ms. Luu were actually married in May, 2025. If true, they would have been married on the Petition Date, contrary to the debtor's schedules. Applicant investigated

those allegations and obtained declarations from both Ms. Luu and the debtor confirming that they were not married. Applicant prepared a reply addressing all of the issues raised, including the possible contingency interest and rumor that the debtor was married.

The Trustee ultimately did receive an overbid from Ms. Luu, but there were inconsistencies between the overbid and her declaration with respect to the contingency interest. Applicant worked with Ms. Luu's counsel to iron out terms.

The Court issued a tentative ruling to grant the sale motion, subject to possible overbid. Applicant attended the hearing thereon, where there was extended, spirited bidding. Ultimately, Ms. Luu offered $280,000 plus 15% of the gross recovery, which the Trustee recommended to the Court for confirmation. However, the Court set a further hearing and briefing schedule for a good faith purchaser finding for Ms. Luu.

Applicant communicated with the debtor's state court counsel and prepared a more detailed declaration for Ms. Luu addressing the good faith purchaser issue. Applicant also prepared a brief on the good faith purchaser issue. Dulac presented his own declaration about the allegations that the debtor and Ms. Luu were married. Applicant prepared evidentiary objections to that declaration.

At the hearing, the Court determined that it did not matter whether they were married, noted the lack of evidence contradicting the good faith nature of the sale and confirmed the sale and agreed to make the good faith purchaser finding. Applicant prepared the order thereon, which it lodged on or about November 18, 2026.

<u>Escrow Funds</u>. Applicant contacted Adore Escrow, Inc. ("Adore") and discussed having the Escrow Funds turned over to the Trustee to remove Adore from the disputes. Adore's counsel agreed, and applicant prepared a stipulation thereon. Although it provided that Paul's lien would remain attached to the Escrow Funds, Paul refused to sign the stipulation. After further discussions with Adore's counsel, applicant revised the stipulation to be only between Adore and the Trustee. Applicant uploaded the stipulation and the order thereon, which the Court signed. Adore turned over the Escrow funds to the Trustee, who is holding them in a segregated account, subject to

Paul's judgment lien to the same force, effect and validity that it had with respect to the Escrow Funds on the Petition Date.

As noted under category 20 below, applicant prepared a complaint against the parties to the underlying sale agreement and Paul. After Adore signed the stipulation, it revised the complaint to remove Adore. After it was discovered that Paul also had a judgment lien against the Lawsuit, applicant revised the complaint to include avoiding his lien thereon.

During the subject period, applicant expended an aggregate of 17.30 hours of time in this category, valued at $13,564.50.

c. **<u>Case Administration ("CA" -- 04):</u>**

Applicant has not been retained as general counsel for the Trustee, but Paul brought several motions that potentially impacted tasks applicant was to handle. Paul filed a motion for 2004 examination of the debtor, which the Court denied. Paul filed a motion for extension of the 727 deadline, which the Court also denied. Paul also filed a motion to dismiss the bankruptcy case based upon alleged improper venue, which the Court also denied. Paul has appealed the venue-dismissal order. The Trustee has been handling the venue dismissal motion and he or another firm (i.e not applicant) will handle the appeal.

Applicant prepared the 45 day notice to professionals for interim fee applications.

During the subject period, applicant expended an aggregate of 15.50 ours of time in this category, valued at $11,752.00.

d. **<u>Claim Objections ("CL" -- 05):</u>**

The claims bar date in this case has been set for December 28, 2026, so it has not passed yet. Applicant reviewed notices of transfer of two claims.

During the subject period, applicant expended an aggregate of .20 hours of time in this category, valued at $159.00.

/ / /

/ / /

e. **Fee/Employment Application (“FA” - 07):**

Applicant prepared its own employment application. Paul objected to the employment application. Applicant set the matter for hearing and prepared a detailed reply. The Court approved the employment application, and applicant prepared the order thereon, which the Court signed and was entered. Exhibit “D”.

Time for preparing this interim fee application will be set forth in a later fee application.

During the subject period, applicant expended an aggregate of 9.40 hours of time in this category (1.4 hours of which were no charged), valued at $5,914.50.

f. **Fee/Employment Applications of Others (“FO” - 08):**

Applicant reviewed the employment application of the Trustee’s accountants.

During the subject period, applicant expended an aggregate of .20 hours of time in this category, valued at $159.00.

g. **Relief from Stay (“RF” - 10):**

On or about February 9, 2026 –only 2 days after the Petition Date and before applicant’s retention, Paul filed a relief from stay motion seeking authority to conclude his levy on the Escrow Funds. His levy occurred 60 days prior to the Petition Date, and hence applicant believes that it was avoidable as a preference. Paul filed an application to shorten time for the hearing on the motion, which the Court denied. The Debtor opposed the motion, and the Court denied it without prejudice.

On or about April 15, 2026, Paul re-filed that motion. Applicant reviewed the earlier pleadings and the debtor’s opposition. Applicant prepared a joinder and opposition on behalf of the Trustee. The Debtor’s opposition was based upon his intention to bring a motion in Superior Court to vacate the default judgment underlying Paul’s lien. Applicant briefed the intended preference avoidance action as another basis to deny the motion. The hearing was continued and applicant reviewed Paul’s reply to the debtor’s opposition and reply to the Trustee’s opposition. The Court denied that motion.

The Debtor filed a relief from stay motion seeking permission to challenge the Lam default judgment which Paul had acquired. Applicant reviewed that motion and Paul's opposition. Applicant appeared at the hearing, whereat the Court granted the motion. Applicant reviewed the entered order thereon.

During the subject period, applicant expended an aggregate of 12.30 hours of time in this category, valued at $8,779.50.

h. **Litigation Category (Category 20):**

**Escrow Funds**

The Trustee reached out and made demand to Adore to turnover the Escrow Funds, but no response was received. Applicant then got involved and reviewed state court pleadings, including the arbitration award and Paul's third party claim order. Applicant concluded that the Debtor had rights in the Escrow Funds subject to an avoidable judgment lien in favor of Paul.

Applicant then reached out to Adore's counsel and discussed a possible turnover of the funds to the Trustee. Applicant convinced Adore to sign a stipulation for turnover, and applicant prepared a stipulation for turnover. Paul refused to sign the stipulation even though it provided that Paul's judgment lien would remain attached to the Escrow Funds. After further discussions with Adore's counsel, applicant revised the stipulation to be only between the Trustee and Adore. The stipulation provided that Paul's judgment lien would remain attached to the Escrow Funds, and the Trustee was to hold them in a segregated account pending further order of the Court. Paul was served with the stipulation but did not object. The Court entered an order approving that stipulation, and Adore turned over the funds.

Applicant prepared a complaint against the remaining parties and Paul. Applicant revised that complaint after Adore agreed to turnover the funds to the Trustee and after the discovery of Paul's judgment lien against the Custos Terrae lawsuit. The adversary was assigned adversary no. 8:26-ap-01115-SC (the "Subject Adversary Proceeding"). With respect to Paul, applicant sought to avoid his judgment liens against both the Escrow Funds and the Lawsuit and the sale proceeds thereof. Applicant prepared the complaint and the Local Bankruptcy Rule notice. Applicant

served all of the parties and their counsel in the state court matter with the summons and those pleadings. The deadline for responses to the complaint was set for November 30, 2026. Paul filed a motion to dismiss the complaint.

Applicant began preparing an opposition to the motion to dismiss. However, during the early meeting of counsel under FRCP 7026(f), applicant was able to convince Paul to waive his lien on the proceeds of sale of the Lawsuit and continue the hearing on the motion to dismiss as to the Escrow Funds. Applicant prepared the stipulation thereon. Paul had changes, but he signed that stipulation on November 23, 2026. A copy of that stipulation is attached hereto as Exhibit "F". Paul has indicated that he may also waive his lien against the Escrow Funds if the other parties to the adversary proceeding default. Applicant also reached out to the other parties to the underlying purchase and sale agreement. Two agreed to stipulate to a judgment, and applicant prepared the stipulation thereon. Applicant has not received back their signatures on the stipulation yet.

**523 Actions**

Applicant reviewed the pleadings in various 523 actions against the debtor, including one brought by Paul.

During the subject period, applicant expended an aggregate of 19.10 hours of time in this category, valued at $13,912.50.

11. **Factors Affecting the Award of Compensation**

Applicant did not receive a retainer payment when it accepted employment in this case. Moreover, at that time there were no funds on hand, all known assets were subject to judgment liens and there was no assurance that free and clear funds could be generated. Applicant truly accepted this engagement on a contingency basis. Nevertheless, applicant took prompt action and performed vital and important services in this case, all of which were necessary and of value to the estate. All of the funds in the estate are the direct result of the services of applicant. Although additional assets remain, applicant's services have already generated a sizable estate.

Applicant has utilized its experience and expertise in this case in a variety of matters and issues in representing trustees, including avoiding power analysis, litigation and settlement negotiations.

Applicant, and each of its partners and associates, specializes in the areas of insolvency, commercial law and reorganization. Resumes for the professionals who rendered services for the Trustee in this case are contained in the attached Exhibit "C."

12. **Expenses**

During the subject period, applicant advanced costs aggregating $806.92. Attached as Exhibit "B" is a detailed statement of the expenses incurred by applicant and an aggregate summary of the expenses. Applicant requests allowance and payment of those sums at this time, on an interim basis.

13. **No Sharing of Compensation**

No agreement, directly or indirectly, and no understanding exists, exists for a division of any compensation awarded herein between applicant and any other persons contrary to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable provisions of state law.

14. **Compliance with Guidelines of United States Trustee**

Applicant's records for time and costs billed to the Trustee are maintained in the format required by Guidelines of the Office of the United States Trustee, except that costs could not be attributed to separate activity codes under applicant's computerized billing system for most of the subject period. As indicated by the attached declaration, the Trustee has reviewed, and has no unresolved concerns about this application. The Summary Sheet is attached as Exhibit "F."

/ / /

/ / /

/ / /

15. **Prayer**

Applicant requests that the Court allow it, on a final basis costs, fees and costs of $80,903.50 and $806.92, respectively. Applicant requests that the Court authorize the Trustee to pay allowed fees and costs at this time, on an interim basis. Applicant further prays for all other appropriate relief.

DATED: November 23, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Eric P. Israel*
ERIC P. ISRAEL
Applicant as Attorneys for Jeffrey I. Golden, Trustee

**DECLARATION OF ERIC P. ISRAEL**

I, Eric P. Israel, declare as follows:

1. I am an attorney, duly licensed and entitled to practice law in the State of California and before this Court. I am a partner in the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Levene-Neale"), the duly employed attorneys for Jeffrey I. Golden, the Chapter 7 trustee in this case.

2. I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.

3. I have prepared the within First Interim Application for Award of Compensation and Reimbursement of Expenses of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Special Litigation Counsel for Trustee (the "application"). The facts stated therein are true of my own knowledge, except for such matters as may be stated upon information or belief, which I believe to be true.

4. I believe that applicant's records for time billed comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the application.

5. I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and believe that the application complies with that rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2026, at Los Angeles, California.

*/s/ Eric P. Israel*
ERIC P. ISRAEL

**DECLARATION OF JEFFREY I. GOLDEN**

I, Jeffrey I. Golden, declare as follows:

1. I am the Chapter 7 trustee for the within bankruptcy estate.

2. I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to such facts.

3. I have reviewed the within First Interim Application for Award of Compensation and Reimbursement of Expenses of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as Special Litigation Counsel for Trustee (the "application"). I have no unresolved objections to the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 24, 2026, at Costa Mesa, California.

JEFFREY I. GOLDEN

# EXHIBIT "A"

# FEE APPLICATION

**Jeffrey I. Golden, Trustee**

**3070 Bristol St., Suite 640**
**Costa Mesa, CA 92626**

**11/20/2026**

**Minh Tuong Nguyen**
**OUR FILE #: 10625**

**EPI**

**PROFESSIONAL SERVICE RENDERED 2/1/2005 THROUGH 10/31/2026**

| | | | |
|---|---|---|---|
| **TOTAL PROFESSIONAL HOURS** | **109.6** | **FEES** | **$80,903.50** |

**COSTS**

| | | |
|---|---|---|
| REPRODUCTION COSTS | 575.00 | |
| FEDERAL EXPRESS | 12.75 | |
| POSTAGE | 219.17 | |
| **TOTAL COSTS** | | **$806.92** |
| **CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS** | | **$81,710.42** |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 1**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

**01 - ASSET ANALYSIS AND RECOVERY**

| | | | | |
|---|---|---|---|---|
| 4/21/2026 | LISTEN TO RECORDING OF 341(A) MEETING | | | |
| 2901969 | EPI | 795.00 | $477.00 | 0.6 |
| 4/23/2026 | PREPARATION OF MEMO TO TRUSTEE RE LEGAL PROJECTS, ESCROW FUNDS, RFS MOTION, EMPLOYMENT; REVIEW RESPONSE | | | |
| 2902021 | EPI | 795.00 | $238.50 | 0.3 |
| 4/26/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE ESCROW FUNDS, DISPUTES | | | |
| 2902321 | EPI | 795.00 | $79.50 | 0.1 |
| 4/28/2026 | REVIEW MEMO FROM L. PENA WITH JUDGMENT FINDING DEBTOR'S INTEREST IN ESCROW FUNDS, TERRAE COMPLAINT; PREPARE MEMO TO TRUSTEE RE SAME; REVIEW RESPONSE FROM TRUSTEE'S ADMINISTRATOR(.10); REVIEW JUDGMENT (.1) AND COMPLAINT (.50) | | | |
| 2902734 | EPI | 795.00 | $556.50 | 0.7 |
| 4/28/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR TO ESCROW RE DEMAND FOR TURNOVER | | | |
| 2902735 | EPI | 795.00 | $79.50 | 0.1 |
| 4/29/2026 | REVIEW MEMO FROM H. GRIFFITH ANALYZING MALPRACTICE CLAIMS AGAINST A. BENEDICT (.10); REVIEW COMPLAINT (.5) | | | |
| 2903023 | EPI | 795.00 | $477.00 | 0.6 |
| 5/4/2026 | PREPARATION OF MEMO TO TRUSTEE RE BENEDICT MALPRACTICE CLAIM AND TERRAE LAWSUIT | | | |
| 2905919 | EPI | 795.00 | $79.50 | 0.1 |
| 5/4/2026 | REVIEW MEMO FROM W. SLAVKIN RE TERRAE LAWSUIT | | | |
| 2905957 | EPI | 795.00 | $79.50 | 0.1 |
| 6/7/2026 | REVIEW CORRESPONDENCE FROM PAUL NGUYEN RE DEBTOR'S POSSIBLE OWNERSHIP OF 3 PROPERTIES IN VIETNAM | | | |
| 2916625 | EPI | 795.00 | $79.50 | 0.1 |
| 6/17/2026 | REVIEW MEMO FROM L. PENA RE MOTION TO DISMISS, TRUSTEE'S INTEREST IN LAWSUITS | | | |
| 2918321 | EPI | 795.00 | $79.50 | 0.1 |
| 6/24/2026 | PREPARATION OF MEMO FROM L. PENA REQUESTING INFORMATION AND BACKUP RE 3 PROPERTIES IN VIETNAM | | | |
| 2919312 | EPI | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 6/24/2026 | PREPARATION OF MEMO TO PAUL NGUYEN REQUESTING FURTHER INFORMATION ON 3 JPROPERTIES IN VIETNAM; REVIEW RESPONSE; REVIEW DOCUMENTATION PROVIDED | | | |
| 2919326 | EPI | 795.00 | $238.50 | 0.3 |
| 6/29/2026 | PREPARATION OF MEMO TO L. PENA RE TRUSTEE'S INVESTIGATION OF 2 LAWSUITS | | | |
| 2919559 | EPI | 795.00 | $79.50 | 0.1 |
| 7/5/2026 | PREPARATION OF MEMO TO W. SLAVKIN RE SETTLEMENT DISCUSSIONS, QUESTIONS ON DISPUTE AND REQUEST FOR DOCUMENTS; REVIEW RESPONSE; MULTIPLE | | | |
| 2925354 | EPI | 795.00 | $318.00 | 0.4 |
| 7/26/2026 | PREPARATION OF MEMO TO W. SLAVKIN RE SETTLEMENT MEETING, SCHEDULING; REVIEW RESPONSE; MULTIPLE | | | |
| 2928371 | EPI | 795.00 | $79.50 | 0.1 |
| 7/29/2026 | REVIEW MEMO FROM J. KIRBY REPRESENTING BALCH RE LAWSUIT IN STATE COURT | | | |
| 2928874 | EPI | 795.00 | $79.50 | 0.1 |
| 7/30/2026 | PREPARATION OF MEMO FROM H. GRIFFITH RE TRUSTEE'S INTEREST IN LAWSUIT | | | |
| 2928948 | EPI | 795.00 | $79.50 | 0.1 |
| 7/31/2026 | PREPARATION OF MEMO TO TRUSTEE ADMINISTRATOR RE POSSIBLE RESPONSE TO TURNOVER DEMAND ON ESCROW FUNDS | | | |
| 2928986 | EPI | 795.00 | $79.50 | 0.1 |
| 8/3/2026 | REVIEW MEMO FROM H. GRIFFITH RE OUTSTANDING LAWSUITS, POSSIBLE ENGAGEMENT FOR TRUSTEE; REVIEW ATTACHED PLEADINGS | | | |
| 2930817 | EPI | 795.00 | $318.00 | 0.4 |
| 8/3/2026 | REVIEW MEMO FROM TRUSTEE RE INQUIRY FROM E. MURPHY RE ESCROW DEMAND; RESPOND | | | |
| 2930818 | EPI | 795.00 | $79.50 | 0.1 |
| 8/3/2026 | PREPARATION OF MEMO TO TRUSTEE RE ESCROW FUNDS; REVIEW RESPONSE | | | |
| 2938392 | EPI | 795.00 | $79.50 | 0.1 |
| 8/4/2026 | TELEPHONE CONFERENCE WITH J. KIRBY RE BALCH LAWSUIT IN SUPERIOR COURT | | | |
| 2928889 | EPI | 795.00 | $79.50 | 0.1 |
| 8/4/2026 | REVIEW BALCH PETITION AND BRIEF TO COMPEL ARBITRATION | | | |
| 2930923 | EPI | 795.00 | $159.00 | 0.2 |

**DETAILED ACTIVITIES**

**Minh Tuong Nguyen** **11/20/2026** **Page # 3**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 8/6/2026 | TELEPHONE CONFERENCE WITH E. MURPHY RE ESCROW FUNDS | | | |
| 2930159 | EPI | 795.00 | $79.50 | 0.1 |
| 8/9/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINSTRATOR RE ESCROW FUNDS NOT RECEIVED; RESPOND | | | |
| 2933823 | EPI | 795.00 | $79.50 | 0.1 |
| 8/9/2026 | REVIEW MEMO FROM TRUSTEE RE S. TIDD RE: HANDLING GENERAL COUNSEL MATTERS, STRATEGY; RESPOND; MULTIPLE' | | | |
| 2938400 | EPI | 795.00 | $79.50 | 0.1 |
| 8/10/2026 | TELEPHONE CONFERENCE WITH E. MURPHY RE FUNDS IN ESCROW, TRUSTEE'S DEMAND | | | |
| 2930780 | EPI | 795.00 | $79.50 | 0.1 |
| 8/12/2026 | TELEPHONE CONFERENCE WITH E. MURPHY RE UPDATE RE ESCROW FUNDS, PAUL NGUYEN'S LIEN, TRANS ARBITRATION, DOCUMENTATION FOR TURNOVER TO TRUSTEE | | | |
| 2931388 | EPI | 795.00 | $397.50 | 0.5 |
| 8/12/2026 | PREPARATION OF MEMO TO E. MURPHY RE TRUSTEE'S CLAIM TO ESCROW FUNDS, NEXT STEPS | | | |
| 2934440 | EPI | 795.00 | $477.00 | 0.6 |
| 8/13/2026 | REVIEW MEMO FROM W. SLAVKIN RE BACKGROUND, SUPPORTING DOCUMENTS | | | |
| 2934495 | EPI | 795.00 | $397.50 | 0.5 |
| 8/13/2026 | REVIEW MEMO FROM P. NGUYEN RE REFUSAL TO SIGN TURNOVER STIPULATION | | | |
| 2934497 | EPI | 795.00 | $159.00 | 0.2 |
| 8/13/2026 | REVIEW ARBITRATOR'S AWARD RE ACTION FOR SPECIFIC PERFORMANCE | | | |
| 2934502 | EPI | 795.00 | $238.50 | 0.3 |
| 8/14/2026 | PREPARATION OF MEMO TO E. MURPHY RE PAUL NGUYEN'S REFUSAL TO SIGN STIPULATION, EFFECT OF ARBITRATION AWARD | | | |
| 2934505 | EPI | 795.00 | $79.50 | 0.1 |
| 8/14/2026 | PREPARATION OF MEMO TO PAUL NGUYEN RE ARBITRATION RULING, NEXT STEP | | | |
| 2934515 | EPI | 795.00 | $79.50 | 0.1 |
| 8/14/2026 | PREPARATION OF MEMO TO TRUSTEE RE OUTSTANDING PROJECTS, STRATEGY | | | |
| 2934539 | EPI | 795.00 | $715.50 | 0.9 |

DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 4**

**CASE # 10625** **From Date 2/1/2005**

**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 8/14/2026 | REVIEW MEMO FROM E. MURPHY RE ARBITRATOR'S AWARD, RESERVATION OF DEPOSIT ISSUE | | | |
| 2934542 | EPI | 795.00 | $79.50 | 0.1 |
| 8/26/2026 | TELEPHONE CONFERENCE WITH R. WILKINSON RE ALLEGATIONS RE TRUSTEE IN AMENDED DUONG COMPLAINT, TWO | | | |
| 2934517 | EPI | 795.00 | $79.50 | 0.1 |
| 9/1/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE QUESTIONS FOR 341(A) MEETING; RESPOND AND PREPARE MEMO TO S. TIDD RE SAME; REVIEW RESPONSE | | | |
| 2938942 | EPI | 795.00 | $79.50 | 0.1 |
| 9/4/2026 | REVIEW MEMO FROM E. MURPHY RE POSSIBLE TURNOVER OF ESCROW FUNDS; RESPOND | | | |
| 2939585 | EPI | 795.00 | $79.50 | 0.1 |
| 9/10/2026 | PREPARATION OF MEMO TO E. MURPHY RE NEXT STEP WITH ESCROW FUNDS | | | |
| 2940012 | EPI | 795.00 | $79.50 | 0.1 |
| 9/10/2026 | PREPARATION OF MEMO TO H. GRIFFITH RE WHETHER DEBTOR WILL PURCHASE OR FINANCE LITIGATION; REVIEW RESPONSE | | | |
| 2940013 | EPI | 795.00 | $159.00 | 0.2 |
| 9/30/2026 | REVIEW MEMO FROM P. NGUYEN RE REFERRAL | | | |
| 2944003 | EPI | 795.00 | $238.50 | 0.3 |
| 10/1/2026 | PREPARATION OF MEMO TO TRUSTEE'S ADMINISTRATOR RE RECEIPT OF ESCROW FUNDS; REVIEW RESPONSE | | | |
| 2949886 | EPI | 795.00 | $79.50 | 0.1 |
| 10/7/2026 | PREPARATION OF MEMO TO TRUSTEE'S ADMINISTRATOR RE IMPENDING RECEIPT OF ESCROW CHECK | | | |
| 2951794 | EPI | 795.00 | $79.50 | 0.1 |
| 10/19/2026 | REVIEW MEMO FROM W. SLAVKIN RE REPORTS OF ASSETS IN VIETNAM; REVIEW MEMO FROM D. DULAC RE SAME; RESPOND; PREPARE MEMO TO TRUSTEE RE SAME; MULTIPLE | | | |
| 2952895 | EPI | 795.00 | $159.00 | 0.2 |
| | | **Total** | **$7,950.00** | **10.0** |

**02 - ASSET DISPOSITION**

| | | | | |
|---|---|---|---|---|
| 4/28/2026 | REVIEW MEMO FROM L. PENA RE NEED FOR APPEARANCE AT 341(A) MEETING; PREPARE MEMO TO TRUSTEE RE SAME, PAUL'S EXECUTION LIEN AS PREFERENCE; RESPOND | | | |
| 2902725 | EPI | 795.00 | $159.00 | 0.2 |

# DETAILED ACTIVITIES



| | | | | |
|---|---|---|---|---|
| 5/1/2026 | TELEPHONE CONFERENCE WITH P. NGUYEN RE SETTLEMENT NEGOTIATIONS ON EXECUTION LIEN | | | |
| 2902136 | EPI | 795.00 | $238.50 | 0.3 |
| 5/1/2026 | REVIEW MEMO FROM P. NGUYEN RE SETTLEMENT DISCUSSIONS, SCHEDULING CALL; RESPOND; MULTIPLE | | | |
| 2905372 | EPI | 795.00 | $79.50 | 0.1 |
| 5/1/2026 | PREPARATION OF MEMO TO TRUSTEE RE PAUL NGUYEN'S REQUEST FOR MEETING, SETTLEMENT STRATEGY, RESULTS OF NEGOTIATIONS; REVIEW RESPONSE; MULTIPLE | | | |
| 2913647 | EPI | 795.00 | $159.00 | 0.2 |
| 5/9/2026 | REVIEW PAUL NGUYEN'S NOTICE OF LIEN UNDER CCP 708.410 | | | |
| 2907910 | EPI | 795.00 | $79.50 | 0.1 |
| 6/12/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE TERRAE LAWSUIT, PENDING PROJECTS | | | |
| 2914403 | EPI | 795.00 | $79.50 | 0.1 |
| 6/16/2026 | REVIEW MEMO FROM W. SLAVKIN RE SETTLEMENT NEGOTIATIONS | | | |
| 2917856 | EPI | 795.00 | $79.50 | 0.1 |
| 7/6/2026 | REVIEW MEMO FROM W. SLATKIN RE SETTLEMENT DISCUSSIONS | | | |
| 2925381 | EPI | 795.00 | $79.50 | 0.1 |
| 8/12/2026 | PREPARATION OF STIPULATION FOR TURNOVER OF ESCROW FUNDS | | | |
| 2931519 | EPI | 795.00 | $318.00 | 0.4 |
| 8/13/2026 | REVIEW AND REVISE STIPULATION FOR TURNOVER OF ESCROW FUNDS | | | |
| 2931583 | EPI | 795.00 | $715.50 | 0.9 |
| 8/13/2026 | PREPARATION OF STIPULATION FOR TURNOVER OF ESCROW FUNDS | | | |
| 2934478 | EPI | 795.00 | $715.50 | 0.9 |
| 8/13/2026 | PREPARATION OF MEMO TO E. MURPHY RE STIPULATION FOR TURNOVER OF ESCROW FUNDS | | | |
| 2934479 | EPI | 795.00 | $79.50 | 0.1 |
| 8/13/2026 | REVIEW MEMO FROM E. MURPHY RE REVISIONS TO STIPULATION; RESPOND | | | |
| 2934486 | EPI | 795.00 | $238.50 | 0.3 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date** 2/1/2005
**To Date** 10/31/2026

| | | | | |
|---|---|---|---|---|
| 8/13/2026 | PREPARATION OF MEMO TO P. NGUYEN RE DRAFT STIPULATION FOR TURNOVER | | | |
| 2934487 | EPI | 795.00 | $79.50 | 0.1 |
| 8/14/2026 | REVIEW MEMO FROM PAUL NGUYEN RE SETTLEMENT OFFER; RESPOND | | | |
| 2934550 | EPI | 795.00 | $79.50 | 0.1 |
| 8/24/2026 | REVIEW MEMO FROM W. SLAVKIN RE SETTLEMENT PROPOSAL; RESPOND; PREPARE MEMO TO TRUSTEE RE SAME | | | |
| 2936903 | EPI | 795.00 | $79.50 | 0.1 |
| 9/10/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE SETTLEMENT NEGOTIATIONS | | | |
| 2939509 | EPI | 795.00 | $159.00 | 0.2 |
| 9/10/2026 | PREPARATION OF MEMO TO TRUSTEE RE DEBTOR'S OFFER TO FINANCE LITIGATION, SALE ALTERNATIVE | | | |
| 2940014 | EPI | 795.00 | $159.00 | 0.2 |
| 9/11/2026 | PREPARATION OF ASSET PURCHASE AGREEMENT WITH DULOC | | | |
| 2939835 | EPI | 795.00 | $1,431.00 | 1.8 |
| 9/11/2026 | REVIEW MEMO FROM W. SLAVKIN RE OFFER; RESPONSE WITH DRAFT PSA; REVIEW INITIAL RESPONSE | | | |
| 2940028 | EPI | 795.00 | $159.00 | 0.2 |
| 9/11/2026 | PREPARATION OF MEMO TO TRUSTEE RE NEGOTIATIONS FOR SALE OF CUSTOS TERRAE LAWSUIT; REVIEW RESPONSE | | | |
| 2946494 | EPI | 795.00 | $79.50 | 0.1 |
| 9/17/2026 | REVIEW MEMO FROM W. SLAVKIN RE STRUCTURE OF TRANSACTION, LIS PENDENS, JUDGMENT LIEN; RESPOND; MULTIPLE | | | |
| 2944012 | EPI | 795.00 | $159.00 | 0.2 |
| 9/18/2026 | REVIEW MEMO FROM W. SLAVKIN WITH REVISIONS TO PSA; REVIEW REVISIONS | | | |
| 2944173 | EPI | 795.00 | $79.50 | 0.1 |
| 9/23/2026 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENT RE COSTAS TERRAE | | | |
| 2942277 | EPI | 795.00 | $397.50 | 0.5 |
| 9/23/2026 | PREPARATION OF MOTION TO SELL CUSTOS TERRAE LAWSUIT | | | |
| 2942375 | EPI | 795.00 | $2,862.00 | 3.6 |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 7**

**CASE # 10625** **From Date 2/1/2005**

**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 9/23/2026 | REVIEW MEMO FROM W. SLAVKIN WITH FURTHER REVISIONS TO PSA; RESPOND; MULTIPLE (.10); REVIEW AND REVISE PSA (.30) | | | |
| 2945573 | EPI | 795.00 | $318.00 | 0.4 |
| 9/24/2026 | REVIEW MEMO FROM W. SLAVKIN WITH REVISED PSA; REVIEW REVISED DOCUMENT | | | |
| 2945734 | EPI | 795.00 | $238.50 | 0.3 |
| 9/28/2026 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENT | | | |
| 2945776 | EPI | 795.00 | $318.00 | 0.4 |
| 9/28/2026 | PREPARATION OF MEMO TO W. SLAVKIN RE REVISED PSA | | | |
| 2945777 | EPI | 795.00 | $79.50 | 0.1 |
| 9/28/2026 | PREPARATION OF MEMO TO TRUSTEE RE OVERBID TERMS; REVIEW RESPONSE | | | |
| 2946483 | EPI | 795.00 | $79.50 | 0.1 |
| 9/29/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE FINALIZING PSA, PAYMENT | | | |
| 2943821 | EPI | 795.00 | $79.50 | 0.1 |
| 9/29/2026 | REVIEW MEMO FROM W. SLAVKIN WITH EXECUTED PSA, COPY OF DEPOSIT CHECK; TWO | | | |
| 2945819 | EPI | 795.00 | $79.50 | 0.1 |
| 9/30/2026 | REVIEW AND REVISE SALE MOTION FOR CUSTOS TERRAE LAWSUIT | | | |
| 2943871 | EPI | 795.00 | $2,067.00 | 2.6 |
| 9/30/2026 | PREPARATION OF MEMO TO W. SLAVKIN RE RECEIPT OF DEPOSIT, SALE MOTION UPDATE | | | |
| 2945848 | EPI | 795.00 | $79.50 | 0.1 |
| 9/30/2026 | REVIEW MEMO FROM W. SLAVKIN RE SUPPORTING ARGUMENTS FOR SALE MOTION | | | |
| 2945851 | EPI | 795.00 | $79.50 | 0.1 |
| 9/30/2026 | PREPARATION OF MEMO TO TRUSTEE RE CONSULTING ACCOUNTANT TO CONFIRM TAX RAMIFICATIONS OF SALE; REVIEW RESPONSE RE SAME, 341(A) QUESTIONS; MULTIPLE | | | |
| 2946477 | EPI | 795.00 | $79.50 | 0.1 |
| 10/1/2026 | REVIEW AND REVISE SALE MOTION RE CUSTOS TERRAE LAWSUIT | | | |
| 2944369 | EPI | 795.00 | $397.50 | 0.5 |

**DETAILED ACTIVITIES**



10/2/2026 REVIEW AND REVISE **TRUSTEE'S NOTICE OF MOTION AND MOTION TO AUTHORIZE SALE OF LAWSUIT ENTITLED *MINH TUONG NGUYEN V. CUSTOS TERRAE, REMAX REAL ESTATE ONE, GEORGE BALCH, DANIEL DULAC, JULIE DAO AND HUONG THI TRAN* FREE AND CLEAR OF**

2944170 DAMON0 0.00 $0.00 0.5

---

10/2/2026 REVIEW AND REVISE SALE MOTION FOR CUSTOS TERRAE LAWSUIT

2944382 EPI 795.00 $318.00 0.4

---

10/2/2026 PREPARATION OF MEMO TO TRUSTEE RE SALE MOTION; REVIEW RESPONSE; PREPARE MEMO TO W. SLAVKIN RE SAME

2949920 EPI 795.00 $79.50 0.1

---

10/2/2026 REVIEW MEMO FROM TRUSTEE ADMINISTRATOR RE RECEIPT OF DEPOSIT CHECK; RESPOND

2949924 EPI 795.00 $79.50 0.1

---

10/5/2026 REVIEW AND REVISE MOTION TO SELL CUSTOS TERRAE LAWSUIT; PREPARE FOR FILING AND SERVICE

2945861 EPI 795.00 $954.00 1.2

---

10/5/2026 REVIEW AND REVISE SALE MOTION; PREPARE FOR FILING AND SERVICE

2946013 EPI 795.00 $874.50 1.1

---

10/5/2026 PREPARATION OF NOTICE OF HEARING ON SALE MOTION; PREPARE FOR FILING AND SERVICE

2946014 EPI 795.00 $238.50 0.3

---

10/5/2026 PREPARATION OF MEMO TO W. SLAVKIN RE SERVICE ADDRESSES FOR OTHER PARTIES TO LAWSUIT; REVIEW RESPONSE RE SAME, REVISIONS TO DULAC DECLARATION

2951102 EPI 795.00 $79.50 0.1

---

10/5/2026 REVIEW MEMO FROM E. MURPHY RE PAYMENT TO TRUSTEE FROM ESCROW FUNDS; RESPOND

2951103 EPI 795.00 $79.50 0.1

---

10/5/2026 PREPARATION OF MEMO TO TRUSTEE RE SALE MOTION; REVIEW RESPONSE; MULTIPLE

2954178 EPI 795.00 $79.50 0.1

---

10/6/2026 PREPARATION OF **TRUSTEE'S NOTICE OF HEARING ON MOTION AND MOTION TO AUTHORIZE SALE OF LAWSUIT ENTITLED *MINH TUONG NGUYEN V. CUSTOS TERRAE, REMAX REAL ESTATE ONE, GEORGE BALCH, DANIEL DULAC, JULIE DAO AND HUONG THI TRAN*FREE AND**

2946643 DAMON0 0.00 $0.00 0.4

---

10/6/2026 PREPARATION OF **TRUSTEE'S NOTICE OF MOTION AND MOTION TO AUTHORIZE SALE OF LAWSUIT ENTITLED *MINH TUONG NGUYEN V. CUSTOS TERRAE, REMAX REAL ESTATE ONE, GEORGE BALCH, DANIEL DULAC, JULIE DAO AND HUONG THI TRAN* FREE AND CLEAR OF**

2946645 DAMON0 0.00 $0.00 0.8

---

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 9**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 10/6/2026 | TELEPHONE CONFERENCE WITH D. FIFE RE CASE BACKGROUND, EMPLOYMENT, CUSTOS TERRAE LAWSUIT TAX ISSUES | | | |
| 2946578 | EPI | 795.00 | $159.00 | 0.2 |
| 10/6/2026 | REVIEW AND REVISE SALE MOTION ARE CUSTOS TERRAE; PREPARE FOR FILING AND SERVICE | | | |
| 2946626 | EPI | 795.00 | $1,510.50 | 1.9 |
| 10/6/2026 | REVIEW AND REVISE RULE 6004-2 NOTICE; PREPARE FOR FILING AND SERVICE | | | |
| 2946851 | EPI | 795.00 | $238.50 | 0.3 |
| 10/6/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE REVISED DECLARATION OF DULAC, WITHDRAWAL OF CUSTOS TERRAE POC, TWO | | | |
| 2946938 | EPI | 795.00 | $238.50 | 0.3 |
| 10/6/2026 | PREPARATION OF MEMO TO TRUSTEE AND ADMINISTRATOR RE CALL WITH D. FIFE RE RETENTION, TAX RAMIFICATIONS OF SALE | | | |
| 2951164 | EPI | 795.00 | $79.50 | 0.1 |
| 10/6/2026 | REVIEW AND REVISE NOTICE OF HEARING ON SALE MOTION; PREPARE FOR FILING AND SERVICE | | | |
| 2951169 | EPI | 795.00 | $318.00 | 0.4 |
| 10/14/2026 | REVIEW PAUL NGUYEN'S LIMITED OPPOSITION TO SALE MOTION | | | |
| 2948484 | EPI | 795.00 | $159.00 | 0.2 |
| 10/14/2026 | REVIEW DEBTOR'S LIMITED OBJECTION TO SALE AND SUPPORTING DECLARATION | | | |
| 2948492 | EPI | 795.00 | $238.50 | 0.3 |
| 10/14/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE LIMITED OBJECTIONS, DULAC'S INTENTION TO OVERBID | | | |
| 2948592 | EPI | 795.00 | $79.50 | 0.1 |
| 10/14/2026 | PREPARATION OF REPLY RE SALE MOTION OF CUSTOS TERRAE LAWSUIT | | | |
| 2948643 | EPI | 795.00 | $2,544.00 | 3.2 |
| 10/14/2026 | PREPARATION OF MEMO TO W. SLAVKIN RE RECEIPT OF TWO LIMITED OBJECTIONS; REVIEW RESPONSE; MULTIPLE | | | |
| 2952536 | EPI | 795.00 | $318.00 | 0.4 |
| 10/14/2026 | PREPARATION OF MEMO TO PAUL NGUYEN RE CREDIT BIDDING, SEGREGATING SALE PROCEEDS; REVIEW RESPONSE; MULTIPLE | | | |
| 2952537 | EPI | 795.00 | $318.00 | 0.4 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 10/14/2026 | REVIEW MEMO FROM W. SLAVKIN RE HER CLIENT'S THOUGHTS ON LIMITED OBJECTIONS | | | |
| 2952548 | EPI | 795.00 | $79.50 | 0.1 |
| 10/15/2026 | REVIEW AND REVISE REPLY RE SALE MOTION | | | |
| 2948907 | EPI | 795.00 | $556.50 | 0.7 |
| 10/15/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE REPLY BRIEF, INVESTIGATING ALLEGATION THAT DEBTOR AND FIANCE ARE ALREADY MARRIED | | | |
| 2948921 | EPI | 795.00 | $79.50 | 0.1 |
| 10/15/2026 | PREPARATION OF MEMO TO TRUSTEE WITH DRAFT REPLY BRIEF | | | |
| 2952580 | EPI | 795.00 | $79.50 | 0.1 |
| 10/15/2026 | REVIEW MEMO FROM W. SLAVKIN RE ALLEGATIONS OF MISCONDUCT BY DEBTOR; PREPARE MEMO TO TRUSTEE RE SAME | | | |
| 2952583 | EPI | 795.00 | $79.50 | 0.1 |
| 10/15/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE RECEIPT OF ESCROW FUNDS; RESPOND | | | |
| 2952584 | EPI | 795.00 | $79.50 | 0.1 |
| 10/16/2026 | TELEPHONE CONFERENCE WITH H. GRIFFITH RE SALE OVERBID TERMS, MALPRACTICE LAWSUIT | | | |
| 2949208 | EPI | 795.00 | $318.00 | 0.4 |
| 10/16/2026 | REVIEW MEMO FROM W. SLAVKIN RE COMMENTS TO REPLY | | | |
| 2952868 | EPI | 795.00 | $159.00 | 0.2 |
| 10/16/2026 | PREPARATION OF MEMO TO TRUSTEE RE OVERBID, GOOD FAITH PURCHASER DECLARATION, ALLEGATION THAT BIDDER AND DEBTOR ARE MARRIED; REVIEW RESPONSE; MULTIPLE | | | |
| 2954177 | EPI | 795.00 | $159.00 | 0.2 |
| 10/19/2026 | PREPARATION OF **TRUSTEE'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AUTHORIZE SALE OF LAWSUIT ENTITLED *MINH TUONG NGUYEN V. CUSTOS TERRAE, REMAX REAL ESTATE ONE, GEORGE BALCH, DANIEL DULAC, JULIE DAO*** | | | |
| 2949181 | DAMON0 | 0.00 | $0.00 | 0.6 |
| 10/19/2026 | REVIEW AND REVISE REPLY RE SALE MOTION; PREPARE FOR FILING AND SERVICE | | | |
| 2949454 | EPI | 795.00 | $1,033.50 | 1.3 |
| 10/19/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR WITH WIRE INSTRUCTIONS FOR OVERBID DEPOSIT; PREPARE MEMO TO H. GRIFFITH RE SAME | | | |
| 2952879 | EPI | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**



10/19/2026 REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR WITH WIRE INSTRUCTIONS; PREPARE MEMO TO H. GRIFFITH RE WIRE INSTRUCTIONS FOR SALE DEPOSIT; REVIEW RESPONSE

| | | | | |
|---|---|---|---|---|
| 2953419 | EPI | 795.00 | $79.50 | 0.1 |

10/22/2026 REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE RECEIPT OF DEPOSIT FOR OVERBIDDER; PREPARE MEMO TO H. GRIFFITH CONFIRMING SAME

| | | | | |
|---|---|---|---|---|
| 2953452 | EPI | 795.00 | $79.50 | 0.1 |

10/23/2026 TELEPHONE CONFERENCE WITH W. SLAVKIN RE OVERBID RECEIVED FROM LUU, DULAC'S INTENTION TO BID FURTHER

| | | | | |
|---|---|---|---|---|
| 2950970 | EPI | 795.00 | $79.50 | 0.1 |

10/23/2026 TELEPHONE CONFERENCE WITH H. GRIFFITH'S OFFICE RE CLARIFICATION OF OVERBID

| | | | | |
|---|---|---|---|---|
| 2950971 | EPI | 795.00 | $79.50 | 0.1 |

10/23/2026 REVIEW OVERBID PACKAGE INCLUDING DECLARATIONS FROM OVERBIDDER AND DEBTOR RE MARITAL STATUS, PROOF OF FUNDS

| | | | | |
|---|---|---|---|---|
| 2953454 | EPI | 795.00 | $238.50 | 0.3 |

10/23/2026 PREPARATION OF MEMO TO TRUSTEE RE OVERBID PACKAGE, DECLARATIONS RE MARITAL STATUS, COMPARING BIDS AND VALUING CONTINGENCY INTEREST

| | | | | |
|---|---|---|---|---|
| 2953455 | EPI | 795.00 | $318.00 | 0.4 |

10/23/2026 REVIEW MEMO FROM W. SLAVKIN RE ALLEGATIONS OF FRAUD, WATCH VIDEO; PREPARE MEMO TO TRUSTEE RE SAME

| | | | | |
|---|---|---|---|---|
| 2953459 | EPI | 795.00 | $238.50 | 0.3 |

10/25/2026 REVIEW TENTATIVE RULING TO GRANT SALE MOTION; PREPARE MEMO TO TRUSTEE RE SAME

| | | | | |
|---|---|---|---|---|
| 2953478 | EPI | 795.00 | $159.00 | 0.2 |

10/25/2026 REVIEW MEMO FROM H. GRIFFITH RE OVERBID OFFER, CONFIRMATION OF ACCOUNT BALANCE; REVIEW ATTACHMENTS

| | | | | |
|---|---|---|---|---|
| 2953705 | EPI | 795.00 | $159.00 | 0.2 |

10/26/2026 TELEPHONE CONFERENCE WITH H. GRIFFITH RE NEED TO FURTHER REVISE OVER-BID FORM

| | | | | |
|---|---|---|---|---|
| 2951210 | EPI | 795.00 | $79.50 | 0.1 |

10/26/2026 PREPARATION OF ORDER ON SALE MOTION

| | | | | |
|---|---|---|---|---|
| 2951443 | EPI | 795.00 | $477.00 | 0.6 |

10/26/2026 PREPARATION OF MEMO TO H. GRIFFITH RE INCONSISTENCY BETWEEN BRIEF AND OFFER RE CONTINGENCY INTEREST NET OR GROSS; REVIEW RESPONSE; MULTIPLE

| | | | | |
|---|---|---|---|---|
| 2953706 | EPI | 795.00 | $238.50 | 0.3 |

**DETAILED ACTIVITIES**

**Minh Tuong Nguyen** **11/20/2026** **Page # 12**

**CASE # 10625** **From Date 2/1/2005**

**To Date 10/31/2026**

| Date | Description | | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 10/26/2026 | PREPARATION OF MEMO TO D. FRAZER RE MEET AND CONFER, SALE MOTION, TIMING; REVIEW RESPONSE INCLUDING REVISED MEET AND CONFER LETTER; MULTIPLE | | | | |
| 2953709 | EPI | | 795.00 | $238.50 | 0.3 |
| 10/26/2026 | REVIEW MEMO FROM PAUL NGUYEN RE UPDATE ON OVERBIDS; RESPOND | | | | |
| 2953716 | EPI | | 795.00 | $79.50 | 0.1 |
| 10/26/2026 | REVIEW COURT'S TENTATIVE RULING FOR SALE MOTION; PREPARE MEMO TO TRUSTEE RE SAME; PREPARE MEMO TO W. SLAVKIN AND H. GRIFFITH RE SAME | | | | |
| 2953727 | EPI | | 795.00 | $159.00 | 0.2 |
| 10/27/2026 | PREPARE FOR HEARING ON SALE MOTION | | | | |
| 2951550 | EPI | | 795.00 | $1,113.00 | 1.4 |
| 10/27/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE OVERBID PROCEDURES, TWO | | | | |
| 2951556 | EPI | | 795.00 | $238.50 | 0.3 |
| 10/27/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE PREPARATION FOR SALE HEARING, AUCTION | | | | |
| 2951559 | EPI | | 795.00 | $159.00 | 0.2 |
| 10/27/2026 | APPEARANCE AT HEARING ON SALE MOTION | | | | |
| 2951672 | EPI | | 795.00 | $1,510.50 | 1.9 |
| 10/27/2026 | PREPARATION OF DECLARATION OF N. LUU RE GOOD FAITH PURCHASER FINDING | | | | |
| 2951777 | EPI | | 795.00 | $715.50 | 0.9 |
| 10/27/2026 | REVIEW MEMO FROM H. GRIFFITH WITH FURTHER REVISED OVERBID FORM; RESPOND; MULTIPLE | | | | |
| 2953851 | EPI | | 795.00 | $159.00 | 0.2 |
| 10/27/2026 | REVIEW MEMO FROM W. SLAVKIN REQUESTING REFUND OF DULAC'S DEPOSIT; PREPARE MEMO TO TRUSTEE RE SAME; REVIEW RESPONSE; MULTIPLE | | | | |
| 2953865 | EPI | | 795.00 | $159.00 | 0.2 |
| 10/27/2026 | PREPARATION OF MEMO TO TRUSTEE RE AUCTION TERMS, CONDUCT; REVIEW RESPONSE; MULTIPLE | | | | |
| 2954176 | EPI | | 795.00 | $79.50 | 0.1 |
| 10/27/2026 | REVIEW MEMO FROM W. SLAVKIN RE BIDDING, RETURN OF DEPOSIT; RESPOND; MULTIPLE | | | | |
| 2954186 | EPI | | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**



| | | | | |
|---|---|---|---|---|
| 10/28/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE GOOD FAITH PURCHASER FINDING EVIDENCE, TWO | | | |
| 2952165 | EPI | 795.00 | $159.00 | 0.2 |
| 10/28/2026 | REVIEW AND REVISE DECLARATION RE GOOD FAITH | | | |
| 2953874 | EPI | 795.00 | $318.00 | 0.4 |
| 10/28/2026 | PREPARATION OF MEMO TO H. GRIFFITH RE GOOD FAITH PURCHASER DECLARATION | | | |
| 2953875 | EPI | 795.00 | $79.50 | 0.1 |
| 10/28/2026 | REVIEW MEMO FROM TRUSTEE ADMINISTRATOR RE PAYING BY CHECK, ADDRESS; PREPARE MEMO TO W. SLAVKIN RE SAME; RESPOND; MULTIPLE | | | |
| 2953877 | EPI | 795.00 | $79.50 | 0.1 |
| 10/29/2026 | PREPARATION OF MEMO TO H. GRIFFITH RE UPDATE ON LUU GOOD FAITH PURCHASER DECLARATION, SERVICE ADDRESSES FOR 2 ESCROW DEFENDANTS AND POSSIBLE STIPULATION FOR JUDGMENT; REVIEW RESPONSE | | | |
| 2954046 | EPI | 795.00 | $238.50 | 0.3 |
| 10/30/2026 | REVIEW MEMO FROM H. GRIFFITH WITH REVISED GOOD FAITH PURCHASER DECLARATION; REVIEW REVISED VERSION | | | |
| 2954141 | EPI | 795.00 | $159.00 | 0.2 |
| | | **Total** | **$32,277.00** | **42.9** |

**04 - CASE ADMINISTRATION**

| | | | | |
|---|---|---|---|---|
| 4/21/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE CASE BACKGROUND; RESPOND | | | |
| 2901954 | EPI | 795.00 | $79.50 | 0.1 |
| 4/21/2026 | REVIEW CASE DOCKET | | | |
| 2901977 | EPI | 795.00 | $79.50 | 0.1 |
| 4/21/2026 | REVIEW PETITION, SCHEDULES, SOFA | | | |
| 2901978 | EPI | 795.00 | $397.50 | 0.5 |
| 4/22/2026 | PREPARATION OF MEMO TO TRUSTEE RE EMPLOYMENT AS SPECIAL LITIGATION COUNSEL | | | |
| 2903812 | EPI | 795.00 | $79.50 | 0.1 |
| 4/23/2026 | PREPARATION OF MEMO TO L. PENA RE CASE ISSUES, REQUEST FOR CALL | | | |
| 2902019 | EPI | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**



| | | | | |
|---|---|---|---|---|
| 4/24/2026 | PREPARATION OF MEMO TO L. PENA RE NEED TO DISCUSS CASE | | | |
| 2902276 | EPI | 795.00 | $79.50 | 0.1 |
| 4/24/2026 | REVIEW MEMO FROM P. NGUYEN RE REFERRAL | | | |
| 2902315 | EPI | 795.00 | $318.00 | 0.4 |
| 4/28/2026 | PREPARATION OF MEMO TO TRUSTEE RE CALL WITH L. PENA RE EMPLOYMENT, ESCROW FUNDS AND JUDGMENT FROM SUPERIOR COURT DECLARING FUNDS AS DEBTOR'S PROPERTY, OTHER LAWSUITS, 341(A) | | | |
| 2903806 | EPI | 795.00 | $79.50 | 0.1 |
| 4/29/2026 | REVIEW MEMO FROM P. NGUYEN RE MOTION TO EXTEND 727 DEADLINE; REVIEW MEMO FROM L. PENA RE SAME; PREPARE MEMO TO TRUSTEE RE SAME | | | |
| 2902748 | EPI | 795.00 | $79.50 | 0.1 |
| 4/29/2026 | REVIEW P. NGUYEN'S MOTION TO EXTEND 523 AND 727 DEADLINE | | | |
| 2903020 | EPI | 795.00 | $238.50 | 0.3 |
| 4/30/2026 | REVIEW MEMO FROM P. NGUYEN REQUESTING MEETING | | | |
| 2903278 | EPI | 795.00 | $79.50 | 0.1 |
| 5/1/2026 | REVIEW TRUSTEE'S NOTICE OF CONTINUED 341(A) MEETING | | | |
| 2905401 | EPI | 795.00 | $79.50 | 0.1 |
| 5/7/2026 | TELEPHONE CONFERENCE WITH S. WADE RE TWO CREDITORS HE REPRESENTS, 727 ACTION, CASE STATUS, TWO | | | |
| 2905233 | EPI | 795.00 | $238.50 | 0.3 |
| 5/20/2026 | REVIEW PAUL NGUYEN'S 2004 MOTION, DECLARATION | | | |
| 2908595 | EPI | 795.00 | $477.00 | 0.6 |
| 5/20/2026 | REVIEW DECLARATION THAT NO PARTY REQUESTED A HEARING ON PAUL NGUYEN'S MOTION TO EXTEND 523 AND 727 DEADLINES | | | |
| 2908596 | EPI | 795.00 | $79.50 | 0.1 |
| 5/21/2026 | REVIEW COURT'S ORDER DENYING PAUL NGUYEN'S MOTION TO EXTEND 523 AND 727 DEADLINES | | | |
| 2907995 | EPI | 795.00 | $238.50 | 0.3 |
| 5/23/2026 | REVIEW ENTERED ORDER DENYING PAUL NGUYEN'S MTION FOR 2004 EXAMINATION WITHOUT PREJUDICE | | | |
| 2908503 | EPI | 795.00 | $159.00 | 0.2 |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 15**

**CASE # 10625** **From Date 2/1/2005**

**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 5/26/2026 | REVIEW MEMO FROM TRUSTEE ADMINISTRATOR RE UPCOMING 341(A) JMEETING | | | |
| 2909115 | EPI | 795.00 | $79.50 | 0.1 |
| 5/26/2026 | REVIEW DEBTOR'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | | | |
| 2909118 | EPI | 795.00 | $636.00 | 0.8 |
| 5/29/2026 | REVIEW NOTICE OF CONTINUED 341(A) MEETING | | | |
| 2910695 | EPI | 795.00 | $79.50 | 0.1 |
| 6/2/2026 | TELEPHONE CONFERENCE WITH TMA RE TENTATIVE RULINGS FOR 2 HEARINGS TOMORROW | | | |
| 2910993 | EPI | 795.00 | $79.50 | 0.1 |
| 6/2/2026 | PREPARATION OF MEMO TO TRUSTEE RE HEARINGS TOMORROW ON RFS MOTION, EMPLOYMENT APPLICATION; REVIEW RESPONSE; MULTIPLE | | | |
| 2919607 | EPI | 795.00 | $159.00 | 0.2 |
| 6/2/2026 | REVIEW TENTATIVE RULINGS; PREPARE MEMO TO TMA RE SAME | | | |
| 2919616 | EPI | 795.00 | $79.50 | 0.1 |
| 6/3/2026 | REVIEW MEMO FROM TMA RE RESULTS OF TWO HEARINGS, ORDERS; RESPOND | | | |
| 2915639 | EPI | 795.00 | $79.50 | 0.1 |
| 6/3/2026 | REVIEW MEMO FROM PAUL NGUYEN RE COSTUS TERRAE LAWSUIT; RESPOND | | | |
| 2915640 | EPI | 795.00 | $79.50 | 0.1 |
| 6/3/2026 | REVIEW PAUL NGUYEN'S MOTION TO DISMISS CASE FOR IMPROPER VENUE | | | |
| 2915651 | EPI | 795.00 | $477.00 | 0.6 |
| 6/3/2026 | REVIEW MEMO FROM JNT RE DRAFT ORDERS; REVIEW MEMO FROM TMA RE SAME; REVIEW TWO ORDERS | | | |
| 2915658 | EPI | 795.00 | $159.00 | 0.2 |
| 6/3/2026 | CONFERENCE WITH T. ARNOLD RE OUTCOME OF THIS MORNING'S HEARINGS | | | |
| 2911540 | JNT | 775.00 | $155.00 | 0.2 |
| 6/3/2026 | DRAFT EMAIL TO TRUSTEE RE OUTCOME OF THIS MORNING'S HEARINGS, AND CREDITOR'S MOTION TO DISMISS ON GROUNDS THAT CASE WAS ALLEGEDLY FILED IN THE WRONG VENUE, AND REVIEW REPLY RE SAME (MULTIPLE) | | | |
| 2911543 | JNT | 775.00 | $387.50 | 0.5 |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 16**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 6/4/2026 | REVIEW C. VU'S LIMITED JOINDER IN MOTION TO DISMISS FOR VENUE | | | |
| 2916519 | EPI | 795.00 | $79.50 | 0.1 |
| 6/4/2026 | REVIEW DEBTOR'S MOTION TO DISMISS COMPLAINT BY H. HUYNH | | | |
| 2916525 | EPI | 795.00 | $159.00 | 0.2 |
| 6/6/2026 | REVIEW DEBTOR'S MOTION TO DISMISS DUONG COMPLAINT | | | |
| 2916596 | EPI | 795.00 | $238.50 | 0.3 |
| 6/7/2026 | REVIEW MEMOS TO AND FROM L. PENA AND PAUL NGUYEN RE MEET AND CONFER RE 2004 EXAMINATION; MULTIPLE | | | |
| 2916614 | EPI | 795.00 | $79.50 | 0.1 |
| 6/12/2026 | PREPARATION OF MEMO TO L. PENA RE DEBTOR'S INTENDED ACTIONS ON PAUL NGUYEN'S MOTION TO DISMISS FOR LACK OF VENUE | | | |
| 2917433 | EPI | 795.00 | $79.50 | 0.1 |
| 6/16/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE DRAFT OPPOSITION TO PAUL NGUYEN'S MOTION TO DISMISS FOR DEFECTIVE VENUE; RESPOND (.10); REVIEW AND EDIT PLEADING (.30) | | | |
| 2917615 | EPI | 795.00 | $318.00 | 0.4 |
| 6/17/2026 | REVIEW LIMITED JOINDER OF D. DULAC RE MOTION TO DISMISS FOR DEFECTIVE VENUE | | | |
| 2918291 | EPI | 795.00 | $79.50 | 0.1 |
| 6/17/2026 | REVIEW DEBTOR'S OPPOSITION TO PAUL NGUYEN'S MOTION TO DISMISS FOR DEFECTIVE VENUE | | | |
| 2918292 | EPI | 795.00 | $238.50 | 0.3 |
| 6/17/2026 | REVIEW TRUSTEE'S OPPOSITION TO MOTION TO DISMISS | | | |
| 2918295 | EPI | 795.00 | $159.00 | 0.2 |
| 6/23/2026 | REVIEW PAUL NGUYEN'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR VENUE | | | |
| 2919287 | EPI | 795.00 | $397.50 | 0.5 |
| 6/26/2026 | REVIEW COURT'S ORDER DENYING PAUL NAGUYEN'S VENUE MOTION TO DISMISS AND VACATING HEARING | | | |
| 2917434 | EPI | 795.00 | $79.50 | 0.1 |
| 6/26/2026 | REVIEW ENTERED ORDER DENYING PAUL NGUYEN'S MOTION TO DISMISS FOR ALLEGEDLY DEFECTIVE VENUE | | | |
| 2919450 | EPI | 795.00 | $159.00 | 0.2 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date** 2/1/2005
**To Date** 10/31/2026

| | | | | |
|---|---|---|---|---|
| 6/26/2026 | REVIEW MEMO FROM TRUSTEE RE PAUL NGUYEN'S MOTION TO DISMISS, TENTATIVE RULING; RESPOND; MULTIPLE | | | |
| 2919606 | EPI | 795.00 | $79.50 | 0.1 |
| 7/8/2026 | REVIEW MEMOS TO AND FROM T. SIDD PAUL NGUYEN RE ATTORNEYS' FEE REIMBURSEMENT | | | |
| 2926402 | EPI | 795.00 | $79.50 | 0.1 |
| 7/9/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE PAUL'S APPEAL, DEADLINES UPCOMING THEREIN, EXPANDING SCOPE OF EMPLOYMENT | | | |
| 2921775 | EPI | 795.00 | $79.50 | 0.1 |
| 7/9/2026 | PREPARATION OF MEMO TO TRUSTEE RE PAUL NGUYEN'S APPEAL OF ORDER DENYING MOTION TO TRANSFER VENUE; REVIEW RESPONSE; MULTIPLE | | | |
| 2926403 | EPI | 795.00 | $159.00 | 0.2 |
| 7/9/2026 | REVIEW PAUL NGUYEN'S NOTICE OF APPEAL, ELECTION | | | |
| 2926406 | EPI | 795.00 | $159.00 | 0.2 |
| 7/9/2026 | REVIEW PAUL NGUYEN'S MOTION FOR LEAVE TO FILE INTERLOCATORY APPEAL | | | |
| 2926407 | EPI | 795.00 | $397.50 | 0.5 |
| 7/9/2026 | REVIEW PAUL NGUYEN'S DESIGNATION OF RECORD ON APPEAL | | | |
| 2926408 | EPI | 795.00 | $159.00 | 0.2 |
| 7/9/2026 | REVIEW PAUL NGUYEN'S STATEMENT OF ISSUES ON APPEAL | | | |
| 2926409 | EPI | 795.00 | $79.50 | 0.1 |
| 7/11/2026 | REVIEW NOTICE OF REFERRAL OF APPEAL TO BAP | | | |
| 2926437 | EPI | 795.00 | $79.50 | 0.1 |
| 7/16/2026 | REVIEW TRUSTEE'S NOTICE OF CONTINUED 341(A) MEETING; CALENDAR SAME | | | |
| 2926589 | EPI | 795.00 | $79.50 | 0.1 |
| 7/20/2026 | REVIEW 4 NOTICES OF LIMITED APPEARANCE BY H. GRIFFITH | | | |
| 2926616 | EPI | 795.00 | $79.50 | 0.1 |
| 7/21/2026 | REVIEW TWO DECLARATIONS OF H. GRIFFITH RE LIMITED SCOPE REPRESENTATION | | | |
| 2928159 | EPI | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date** 2/1/2005
**To Date** 10/31/2026

| | | | | |
|---|---|---|---|---|
| 7/24/2026 | REVIEW NOTICE OF CONTINUED 341(A) MEETING; CALENDAR DATE | | | |
| 2928321 | EPI | 795.00 | $79.50 | 0.1 |
| 7/28/2026 | REVIEW SUBSTITUTIONS OF ATTORNEY FOR DEBTOR (2) | | | |
| 2928495 | EPI | 795.00 | $79.50 | 0.1 |
| 8/1/2026 | REVIEW NOTICE OF DISCLOSURE OF COMPENSATION BY H. GRIFFITH | | | |
| 2930471 | EPI | 795.00 | $79.50 | 0.1 |
| 8/19/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE APPEAL, PROJECTS OUTSIDE SCOPE OF SPECIAL COUNSEL REPRESENTATION | | | |
| 2932929 | EPI | 795.00 | $79.50 | 0.1 |
| 8/19/2026 | PREPARATION OF MEMO TO TRUSTEE RE RETAINING GENERAL COUNSEL FOR 2 MATTERS OUTSIDE FIRM'S SCOPE OF REPRESENTATION | | | |
| 2936059 | EPI | 795.00 | $79.50 | 0.1 |
| 8/27/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE PENDING PROJECTS, STRATEGY ON EACH, NEED FOR GENERAL COUNSEL | | | |
| 2935080 | EPI | 795.00 | $159.00 | 0.2 |
| 8/31/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE CONTINUING 341(A) MEETING | | | |
| 2938206 | EPI | 795.00 | $79.50 | 0.1 |
| 9/3/2026 | REVIEW DEBTOR'S AMENDED SCHEDULE J | | | |
| 2939549 | EPI | 795.00 | $79.50 | 0.1 |
| 9/3/2026 | REVIEW TRUSTEE'S NOTICE OF CONTINUED 341(A) MEETING; CALENDAR DATE | | | |
| 2939551 | EPI | 795.00 | $79.50 | 0.1 |
| 9/16/2026 | REVIEW MEMO FROM UST RE RESPONSE TO REFERRAL | | | |
| 2944004 | EPI | 795.00 | $79.50 | 0.1 |
| 9/23/2026 | PREPARATION OF MEMO TO TRUSTEE'S ADMINISTRATOR RE SETTING CLAIMS BAR DATE; REVIEW RESPONSE | | | |
| 2945586 | EPI | 795.00 | $79.50 | 0.1 |
| 9/24/2026 | REVIEW NOTICE OF ASSETS, NOTICE OF CLAIMS BAR DATE; CALENDAR SAME | | | |
| 2945732 | EPI | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES



| | | | | |
|---|---|---|---|---|
| 9/28/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE UST INQUIRY, UPDATE ON LEGAL PROJECTS | | | |
| 2943259 | EPI | 795.00 | $159.00 | 0.2 |
| 9/29/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE CONTINUED 341(A) MEETING DATE; CALENDAR DATE | | | |
| 2945813 | EPI | 795.00 | $79.50 | 0.1 |
| 10/1/2026 | REVIEW NOTICE OF CONTINUED 341(A) MEETING; CALENDAR DATE | | | |
| 2949897 | EPI | 795.00 | $79.50 | 0.1 |
| 10/1/2026 | REVIEW MEMO FROM TRUSTEE RE UST REFERRAL; RESPOND; MULTIPLE | | | |
| 2954179 | EPI | 795.00 | $79.50 | 0.1 |
| 10/3/2026 | REVIEW NOTICE OF CONTINUED 341(A) MEETING; CALENDAR DATE | | | |
| 2949941 | EPI | 795.00 | $79.50 | 0.1 |
| 10/6/2026 | PREPARATION OF **NOTICE OF SALE OF ESTATE PROPERTY** | | | |
| 2946745 | DAMON0 | 0.00 | $0.00 | 0.3 |
| 10/6/2026 | PREPARATION OF MEMO TO TRUSTEE RE STATUS REPORT ON LEGAL PROJECTS | | | |
| 2951223 | EPI | 795.00 | $636.00 | 0.8 |
| 10/12/2026 | REVIEW MEMO FROM L. LI RE CASE UPDATE, FILING CLAIM; REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE SAME; RESPOND; MULTIPLE | | | |
| 2952442 | EPI | 795.00 | $159.00 | 0.2 |
| 10/27/2026 | TELEPHONE CONFERENCE WITH H. GRIFFITH RE GOOD FAITH PURCHASER DECLARATION, ADDRESSES FOR ESCROW COMPLAINT PARTIES, MALPRACTICE LAWSUIT, TWO | | | |
| 2951689 | EPI | 795.00 | $238.50 | 0.3 |
| 10/28/2026 | PREPARATION OF **NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS** | | | |
| 2951939 | DAMON0 | 0.00 | $0.00 | 0.4 |
| 10/28/2026 | PREPARATION OF NOTICE TO PROFESSIONALS | | | |
| 2953876 | EPI | 795.00 | $238.50 | 0.3 |
| 10/28/2026 | PREPARATION OF MEMO TO TRUSTEE RE GOOD FAITH DECLARATION, NOTICE TO PROFESSIONALS; REVIEW RESPONSE; MUTLIPLE | | | |
| 2954175 | EPI | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**

**Minh Tuong Nguyen** **11/20/2026** **Page # 20**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | | |
|---|---|---|---|---|---|
| | | **Total** | | **$11,752.00** | **15.5** |

**05 - CLAIMS ADMIN. AND OBJECTIONS**

| Date / Entry | Description / Timekeeper | Rate | Amount | Hours |
|---|---|---|---|---|
| 9/30/2026 | REVIEW NOTICE OF TRANSFER OF POC OF DON NGUYEN | | | |
| 2945990 | EPI | 795.00 | $79.50 | 0.1 |
| 10/1/2026 | REVIEW NOTICE OF TRANSFER OF POC OF T. DINH | | | |
| 2949896 | EPI | 795.00 | $79.50 | 0.1 |
| | **Total** | | **$159.00** | **0.2** |

**07 - FEE / EMPLOYMENT APPLICATIONS**

| Date / Entry | Description / Timekeeper | Rate | Amount | Hours |
|---|---|---|---|---|
| 4/28/2026 | PREPARATION OF APPLICATION TO EMPLOY FIRM AS SPECIAL COUNSEL TO TRUSTEE | | | |
| 2901399 | EPI | 795.00 | $477.00 | 0.6 |
| 4/30/2026 | REVISE FIRM'S EMPLOYMENT APPLICATION; PREPARE FOR FILING AND SERVICE | | | |
| 2903041 | EPI | 795.00 | $238.50 | 0.3 |
| 5/1/2026 | PREPARATION OF MEMO TO TRUSTEE RE FIRM'S EMPLOYMENT APPLICATION; REVIEW RESPONSE; MULTIPLE | | | |
| 2913644 | EPI | 795.00 | $79.50 | 0.1 |
| 5/7/2026 | PREPARATION OF **TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF** | | | |
| 2905025 | DAMON0 | 0.00 | $0.00 | 0.6 |
| 5/7/2026 | REVISE FIRM'S EMPLOYMENT APPLICATION; PREPARE FOR FILING AND SERVICE | | | |
| 2907031 | EPI | 795.00 | $79.50 | 0.1 |
| 5/8/2026 | REVIEW PAUL NGUGEN'S LIMITED OPPOSITION TO EMPLOYMENT APPLICATION | | | |
| 2905595 | EPI | 795.00 | $238.50 | 0.3 |
| 5/11/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE PAUL NGUYEN'S LIMITED OPPOSITION TO EMPLOYMENT APPLICATION, SETTING HEARING, TWO | | | |
| 2905924 | EPI | 795.00 | $159.00 | 0.2 |
| 5/12/2026 | RESEARCH ON SECTION 327(E) | | | |
| 2906255 | EPI | 795.00 | $238.50 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 5/12/2026 | PREPARATION OF NOTICE OF HEARING ON OBJECTION TO EMPLOYMENT APPLICATION OF SPECIAL LITIGATION COUNSEL | | | |
| 2906256 | EPI | 795.00 | $238.50 | 0.3 |
| 5/12/2026 | PREPARATION OF REPLY IN SUPPORT OF EMPLOYMENT APPLICATION OF SPECIAL COUNSEL | | | |
| 2906257 | EPI | 795.00 | $1,510.50 | 1.9 |
| 5/13/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE REPLY ON FIRM'S EMPLOYMENT APPLICAITON | | | |
| 2906555 | EPI | 795.00 | $79.50 | 0.1 |
| 5/14/2026 | REVIEW AND REVISE NOTICE OF HEARING ON FIRM'S EMPLOYMENT APPLICATION; PREPARE FOR FILING AND SERVICE | | | |
| 2906759 | EPI | 795.00 | $318.00 | 0.4 |
| 5/14/2026 | PREPARATION OF NOTICE OF HEARING ON OBJECTION TO FIRM'S EMPLOYMENT APPLICATION | | | |
| 2908199 | EPI | 795.00 | $318.00 | 0.4 |
| 5/15/2026 | PREPARATION OF **TRUSTEE'S NOTICE OF HEARING ON LIMITED OBJECTION OF PAUL NGUYEN TO TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE [DKT 68]** | | | |
| 2906852 | DAMON0 | 0.00 | $0.00 | 0.4 |
| 5/16/2026 | PREPARATION OF MEMO TO TRUSTEE RE HEARING ON OBJECTION TO FIRM'S EMPLOYMENT APPLICATION APPLICATION; REVIEW RESPONSE; MULTIPLE | | | |
| 2913640 | EPI | 795.00 | $79.50 | 0.1 |
| 5/26/2026 | PREPARATION OF **TRUSTEE'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE** | | | |
| 2908726 | DAMON0 | 0.00 | $0.00 | 0.3 |
| 5/26/2026 | REVISE REPLY IN SUPPORT OF EMPLOYMENT APPLICATION; PREPARE FOR FILING AND SERVICE | | | |
| 2908727 | EPI | 795.00 | $318.00 | 0.4 |
| 5/26/2026 | PREPARATION OF MEMO TO TRUSTEE RE REPLY RE FIRM'S EMPLOYMENT APPLICATION; TWO | | | |
| 2913639 | EPI | 795.00 | $79.50 | 0.1 |
| 5/29/2026 | REVIEW ENTERED ORDER RESCHEDULING HEARING ON EMPLOYMENT APPLICATION TO JUNE 3 (.10); PREPARE MEMO TO TMA RE SAME; REVIEW RESPONSE; MULTIPLE; CALENDAR SAME (.10) | | | |
| 2910681 | EPI | 795.00 | $159.00 | 0.2 |
| 6/1/2026 | REVIEW TENTATIVE RULING ON EMPLOYMENT APPLICATION | | | |
| 2911039 | EPI | 795.00 | $79.50 | 0.1 |

## DETAILED ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 6/3/2026 | PREPARATION OF **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE** | | | |
| 2911572 | DAMON0 | 0.00 | $0.00 | 0.2 |
| 6/3/2026 | PREPARATION OF NOL RE: **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE** | | | |
| 2911574 | DAMON0 | 0.00 | $0.00 | 0.4 |
| 6/3/2026 | DRAFT ORDER GRANTING APP TO EMPLOY LNBYG | | | |
| 2911542 | JNT | 775.00 | $465.00 | 0.6 |
| 6/3/2026 | PREPARE FOR HEARING AND HEARING (VIA ZOOM) ON LNBYG EMPLOYMENT APPLICATIO | | | |
| 2911442 | TMA | 750.00 | $600.00 | 0.8 |
| 6/11/2026 | REVIEW ENTERED ORDER EMPLOYING FIRM AS SPECIAL COUNSEL | | | |
| 2917351 | EPI | 795.00 | $79.50 | 0.1 |
| 7/26/2026 | TELEPHONE CONFERENCE WITH TRUSTEE RE SUPPLEMENT TO EMPLOYMENT APPLICATION | | | |
| 2925343 | EPI | 795.00 | $79.50 | 0.1 |
| | | **Total** | **$5,914.50** | **9.4** |

### 08 - FEE / EMPLOYMENT OBJECTIONS

| | | | | |
|---|---|---|---|---|
| 10/6/2026 | PREPARATION OF MEMO TO D. FIFE RE RETENTION, TAX QUESTION ON SALE MOTION RE CUSTOS LAWSUIT, ATTACHING REQUESTED BACKUP, TWO | | | |
| 2951163 | EPI | 795.00 | $159.00 | 0.2 |
| | | **Total** | **$159.00** | **0.2** |

### 10 - RELIEF FROM STAY

| | | | | |
|---|---|---|---|---|
| 4/22/2026 | REVIEW RFS MOTION BY P. NGUYEN (JIG) | | | |
| 2900349 | EPI | 795.00 | $397.50 | 0.5 |
| 4/23/2026 | PREPARATION OF STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY [DKT 43] | | | |
| 2900572 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 4/23/2026 | PREPARATION OF **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY** | | | |
| 2900573 | DAMON0 | 0.00 | $0.00 | 0.2 |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 23**

**CASE # 10625** **From Date 2/1/2005**

**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 4/23/2026 | REVIEW OPPOSITION TO RFS MOTION (NGUYEN - JIG) | | | |
| 2900348 | EPI | 795.00 | $556.50 | 0.7 |
| 4/23/2026 | TELEPHONE CONFERENCE WITH P. NGUYEN RE RFS MOTION, BACKGROUND, CONTINUANCE | | | |
| 2900533 | EPI | 795.00 | $318.00 | 0.4 |
| 4/23/2026 | TELEPHONE CONFERENCE WITH L. PENA RE ESCROW FUNDS, RFS MOTION, STIPULATION TO CONTINUE HEARING | | | |
| 2900542 | EPI | 795.00 | $79.50 | 0.1 |
| 4/23/2026 | PREPARATION OF ORDER ON STIPULATION TO CONTINUE HEARING ON RFS MOTION | | | |
| 2900543 | EPI | 795.00 | $318.00 | 0.4 |
| 4/23/2026 | PREPARATION OF STIPULATION TO CONTINUE HEARING ON RFS MOTION | | | |
| 2901553 | EPI | 795.00 | $477.00 | 0.6 |
| 4/23/2026 | PREPARATION OF JOINDER IN OPPOSITION TO RFS MOTION | | | |
| 2902168 | EPI | 795.00 | $318.00 | 0.4 |
| 4/23/2026 | REVIEW MEMO FROM P. NGUYEN RE RFS MOTION, TRUSTEE'S ALLEGED AGREEMENT NOT TO OPPOSE; REVIEW MEMO FROM TRUSTEE RE SAME; RESPOND; MULTIPLE | | | |
| 2902217 | EPI | 795.00 | $79.50 | 0.1 |
| 4/23/2026 | PREPARATION OF MEMO TO L. PENA RE STIPULATION TO CONTINUE HEARING ON RFS MOTION; REVIEW RESPONSE; MULTIPLE | | | |
| 2902220 | EPI | 795.00 | $79.50 | 0.1 |
| 4/23/2026 | PREPARATION OF MEMO TO P. NGUYEN RE STIPULATION TO CONTINUE HEARING ON RFS MOTION; REVIEW RESPONSE; MULTIPLE | | | |
| 2902238 | EPI | 795.00 | $79.50 | 0.1 |
| 4/23/2026 | REVIEW MEMO FROM P. NGUYEN RE HIS POSITION THAT EXECUTION LIEN IS NOT A PREFERENCE | | | |
| 2902241 | EPI | 795.00 | $79.50 | 0.1 |
| 4/24/2026 | PREPARATION OF MEMO TO P. NGUYEN RE DEFECTS IN HIS ANALYSIS OF PREFERENCES | | | |
| 2902281 | EPI | 795.00 | $79.50 | 0.1 |
| 4/25/2026 | REVIEW ENTERED ORDER APPROVING STIPULATION TO CONTINUE HEARING ON RFS MOTION | | | |
| 2903296 | EPI | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | | |
|---|---|---|---|---|---|
| 5/1/2026 | REVISE JOINDER AND OPPOSITION TO ADDRESS ARGUMENTS IN PAUL NGUYEN'S REPLY | | | | |
| 2902292 | EPI | | 795.00 | $715.50 | 0.9 |
| 5/1/2026 | REVIEW REPLY RE RFS MOTION, SUPPORTING EVIDENCE | | | | |
| 2903297 | EPI | | 795.00 | $318.00 | 0.4 |
| 5/1/2026 | REVIEW AMENDED ORDER CONTINUING HEARING ON RFS MOTION | | | | |
| 2903298 | EPI | | 795.00 | $79.50 | 0.1 |
| 5/3/2026 | PREPARATION OF MEMO TO TMA RE COVERING HEARING ON RFS MOTION | | | | |
| 2905409 | EPI | | 795.00 | $79.50 | 0.1 |
| 5/4/2026 | PREPARATION OF **TRUSTEE'S NOTICE OF JOINDER IN DEBTOR'S OPPOSITION AND OPPOSITION TO MOTION FOR RELIEF FROM STAY [DKT 43]** | | | | |
| 2903012 | DAMON0 | | 0.00 | $0.00 | 0.4 |
| 5/4/2026 | PREPARATION OF MEMO TO TMA RE HEARING ON RFS MOTION; REVIEW RESPONSE; MULTIPLE | | | | |
| 2905918 | EPI | | 795.00 | $79.50 | 0.1 |
| 5/4/2026 | REVIEW MOTION FOR RELIEF FROM STAY RE ACTION IN NON-BK FORUM AND OPPOSITIONS AND REPLIES AND SUPPORTING PAPERS RELATED THERETO | | | | |
| 2902935 | TMA | | 750.00 | $300.00 | 0.4 |
| 5/7/2026 | REVISE JOINDER AND OPPOSITION RE RFS MOTION; PREPARE FOR FILING AND SERVICE | | | | |
| 2905381 | EPI | | 795.00 | $318.00 | 0.4 |
| 5/12/2026 | TELEPHONE CONFERENCE WITH L. PENA RE RFS MOTION | | | | |
| 2911158 | EPI | | 795.00 | $79.50 | 0.1 |
| 5/17/2026 | REVIEW PAUL NGUYEN'S REPLY RE RFS MOTION | | | | |
| 2906998 | EPI | | 795.00 | $159.00 | 0.2 |
| 5/19/2026 | REVIEW PAUL NGUYEN'S REPLY RE RFS MOTION | | | | |
| 2908576 | EPI | | 795.00 | $159.00 | 0.2 |
| 5/19/2026 | REVIEW PLEADINGS RE MOTION FOR RELIEF FROM STAY TO FORECLOSE ON DEBTOR REAL PROPERTY | | | | |
| 2907242 | TMA | | 750.00 | $300.00 | 0.4 |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 25**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| Date / ID | Description / Staff | Rate | Amount | Hours |
|---|---|---|---|---|
| 5/27/2026 | REVIEW DEBTOR'S MOTION FOR RELIEF FROM STAY TO PROCEED WITH MOTION TO VACATE JUDGMENT IN SUPERIOR COURT | | | |
| 2909117 | EPI | 795.00 | $318.00 | 0.4 |
| 6/1/2026 | REVIEW TENTATIVE RULING ON RFS MOTION | | | |
| 2911040 | EPI | 795.00 | $79.50 | 0.1 |
| 6/1/2026 | BEGIN PREPARING FOR HEARING ON MOTIONS | | | |
| 2910485 | TMA | 750.00 | $150.00 | 0.2 |
| 6/2/2026 | PREPARE FOR HEARING ON MOTION FOR RELIEF FROM STAY AND LNBYG EMPLOYMENT APPLICATION | | | |
| 2910882 | TMA | 750.00 | $300.00 | 0.4 |
| 6/3/2026 | DRAFT ORDER DENYING RFS MOTION, AND EMAIL L. PENA RE SAME | | | |
| 2911541 | JNT | 775.00 | $387.50 | 0.5 |
| 6/3/2026 | TELEPHONE CONFERENCE WITH L. PENA RE DRAFT ORDER DENYING RFS MOTION (LEFT V/M) | | | |
| 2911544 | JNT | 775.00 | $77.50 | 0.1 |
| 6/3/2026 | PREPARE FOR HEARING AND HEARING (VIA ZOOM) ON NGUYEN MOTION FOR RELIEF FROM STAY RE ESCROW FUNDS | | | |
| 2911414 | TMA | 750.00 | $600.00 | 0.8 |
| 6/3/2026 | EMAILS WITH CLIENT AND DEBTOR COUNSEL RE NGUYEN MOTION FOR RELIEF FROM STAY RE ESCROW FUNDS | | | |
| 2911443 | TMA | 750.00 | $225.00 | 0.3 |
| 6/13/2026 | REVIEW ENTERED ORDER DENYING MOTION BY PAUL NGUYEN FOR RELIEF FROM STAY | | | |
| 2917447 | EPI | 795.00 | $79.50 | 0.1 |
| 6/13/2026 | REVIEW LIMITED OPPOSITION OF PAUL NGUYEN TO DEBTOR'S MOTION FOR RELIEF FROM STAY TO CHALLENGE HIS JUDGMENT | | | |
| 2917450 | EPI | 795.00 | $238.50 | 0.3 |
| 6/30/2026 | REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE APPEARING AT HEARING ON RFS MOTION TOMORROW; RESPOND RE SAME, TENTATIVE RULING | | | |
| 2919586 | EPI | 795.00 | $79.50 | 0.1 |
| 6/30/2026 | REVIEW TENTATIVE RULING ON DEBTOR'S RFS MOTION | | | |
| 2919587 | EPI | 795.00 | $79.50 | 0.1 |

| | | | | |
|---|---|---|---|---|
| 7/1/2026 | APPEARANCE AT HEARING ON DEBTOR'S RFS MOTION | | | |
| 2918947 | EPI | 795.00 | $397.50 | 0.5 |
| 7/1/2026 | PREPARATION OF MEMO TO L. PENA RE RESULTS OF HEARING ON HIS RFS MOTION, ORDER; REVIEW RESPONSE; MULTIPLE | | | |
| 2925306 | EPI | 795.00 | $79.50 | 0.1 |
| 7/20/2026 | REVIEW MEMO FROM H. GRIFFITH RE NEED FOR ORDER ON DEBTOR'S MOTION FOR RELIEF FROM STAY | | | |
| 2926618 | EPI | 795.00 | $79.50 | 0.1 |
| 7/23/2026 | REVIEW ENTERED ORDER GRANTING RFS MOTION | | | |
| 2928322 | EPI | 795.00 | $79.50 | 0.1 |
| | | **Total** | **$8,779.50** | **12.3** |

**20 - OTHER LITIGATION**

| | | | | |
|---|---|---|---|---|
| 6/2/2026 | REVIEW DEBTOR'S MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST PAUL NGUYEN'S 523 ACTION | | | |
| 2915633 | EPI | 795.00 | $556.50 | 0.7 |
| 6/3/2026 | REVIEW DEBTOR'S MOTION TO DISMISS ASHLEY NGUYEN ADVERSARY | | | |
| 2915659 | EPI | 795.00 | $159.00 | 0.2 |
| 6/7/2026 | REVIEW MEMO FROM W. SLAVKIN RE CUSTOS TERRAE LAWSUIT, STAY, TRUSTEE'S INTEREST; RESPOND | | | |
| 2916643 | EPI | 795.00 | $79.50 | 0.1 |
| 6/7/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE CUSTOS TERRAE LAWSUIT | | | |
| 2916646 | EPI | 795.00 | $79.50 | 0.1 |
| 6/11/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE HIDDEN ASSETS IN VIETNAM, CUSTOS TERRAE COMPLAINT AND CROSS COMPLAINT | | | |
| 2914006 | EPI | 795.00 | $159.00 | 0.2 |
| 6/11/2026 | TELEPHONE CONFERENCE WITH M. GRAHAM RE BACKGROUND OF LAWSUIT, SETTLEMENT PROSECTIONS, RETENTION ISSUE | | | |
| 2914032 | EPI | 795.00 | $318.00 | 0.4 |
| 6/12/2026 | REVIEW MEMO FROM W. SLAVKIN RE COSTUS TERRAE LAWSUIT; RESPOND | | | |
| 2917427 | EPI | 795.00 | $159.00 | 0.2 |

**DETAILED ACTIVITIES**

**Minh Tuong Nguyen** **11/20/2026** **Page # 27**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 6/14/2026 | REVIEW MEMO FROM W. SLAVKIN RE ZILLOW INFORMATION ON CUSTOS TERRAE PROPERTY | | | |
| 2917461 | EPI | 795.00 | $79.50 | 0.1 |
| 6/15/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE WITHDRAWAL OF DEBTOR'S COUNSEL IN CUSTOS TERRAE LAWSUIT, POSSIBLE SETTLEMENT PARAMETERS,TWO | | | |
| 2914723 | EPI | 795.00 | $238.50 | 0.3 |
| 6/15/2026 | TELEPHONE CONFERENCE WITH D. FRASER RE CUSTOS CUSTOS TERRAE LAWSUIT, MULTIPLE | | | |
| 2914724 | EPI | 795.00 | $397.50 | 0.5 |
| 6/15/2026 | REVIEW MEMO FROM W. SLAVKIN RE M. GRAHAM'S SUBSTITUTION OUT OF LAWSUIT; PREPARE MEMO TO TRUSTEE RE SAME | | | |
| 2917547 | EPI | 795.00 | $79.50 | 0.1 |
| 7/14/2026 | REVIEW OPPOSITION OF H. HUYNH TO DEBTOR'S MOTION TO DISMISS 523 COMPLAINT | | | |
| 2926491 | EPI | 795.00 | $159.00 | 0.2 |
| 7/15/2026 | REVIEW AMENDED COMPLAINT BY DUONG ETC. AGAINST DEBTOR | | | |
| 2926577 | EPI | 795.00 | $238.50 | 0.3 |
| 7/21/2026 | REVIEW JOINT STATUS REPORT IN HUYNG V. DR ADVERSARY | | | |
| 2928160 | EPI | 795.00 | $79.50 | 0.1 |
| 7/22/2026 | REVIEW STATUS REPORT IN DUONG ADVERSARY | | | |
| 2928171 | EPI | 795.00 | $79.50 | 0.1 |
| 7/22/2026 | REVIEW ENTERED ORDER GRANTING MOTION TO DISMISS DUONG ADVERSARY | | | |
| 2928172 | EPI | 795.00 | $238.50 | 0.3 |
| 7/23/2026 | REVIEW COURT'S ENTERED ORDER DISMISSING HUYNH COMPLAINT WITH LEAVE TO AMEND | | | |
| 2928314 | EPI | 795.00 | $238.50 | 0.3 |
| 7/30/2026 | TELEPHONE CONFERENCE WITH H. GRIFFITH RE REPRESENTATION IN TERRAE CUSTOS LAWSUIT, AND OTHER MATTERS, TWO | | | |
| 2926615 | EPI | 795.00 | $159.00 | 0.2 |
| 8/10/2026 | PREPARATION OF MEMO TO TRUSTEE RE MEMO FROM H. GRIFFITH RE STATUS OF LITIGATION MATTERS, STRATEGY | | | |
| 2934233 | EPI | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**

**Minh Tuong Nguyen** **11/20/2026** **Page # 28**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 8/12/2026 | REVIEW FIRST AMENDED 523 COMPLAINT BY DUONG INCLUDING MENTION OF TRUSTEE | | | |
| 2934461 | EPI | 795.00 | $238.50 | 0.3 |
| 8/12/2026 | TELEPHONE CONFERENCE WITH R. WILKINSON 523 COMPLAINT FOR DUONG, PLEADING ALLEGATIONS AGAINST TRUSTEE | | | |
| 2934466 | EPI | 795.00 | $79.50 | 0.1 |
| 8/14/2026 | REVIEW FIRST AMENDED 523 COMPLAINT BY HUYNH | | | |
| 2934548 | EPI | 795.00 | $159.00 | 0.2 |
| 8/14/2026 | REVIEW DEBTOR'S MOTION FOR JUDGMENT ON THE PLEADINGS RE VU COMLAINT | | | |
| 2934551 | EPI | 795.00 | $159.00 | 0.2 |
| 8/19/2026 | DRAFT NOTICE OF APPEARANCE | | | |
| 2933054 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 8/20/2026 | REVIEW DEBTOR'S MOTION TO DISMISS P. NGUYEN'S FAC 523 | | | |
| 2936139 | EPI | 795.00 | $556.50 | 0.7 |
| 8/26/2026 | REVIEW MEMO FROM J. KIRBY RE TRUSTEE'S INTENTIONS WITH LAWSUIT | | | |
| 2937464 | EPI | 795.00 | $79.50 | 0.1 |
| 8/27/2026 | PREPARATION OF COMPLAINT RE ADORE ESCROW FUNDS AND TO AVOID PAUL'S PREFERENTIAL LIEN | | | |
| 2935090 | EPI | 795.00 | $1,272.00 | 1.6 |
| 8/27/2026 | PREPARATION OF MEMO TO W. SLAVKIN RE SETTLEMENT COUNTER-OFFER | | | |
| 2937485 | EPI | 795.00 | $159.00 | 0.2 |
| 8/27/2026 | PREPARATION OF MEMO FROM H. GRIFFITH RE FRAMEWORKS TO FUND OR PURCHASE ESTATE'S CLAIMS | | | |
| 2937486 | EPI | 795.00 | $159.00 | 0.2 |
| 8/28/2026 | REVIEW DEBTOR'S MOTION TO DISMISS AMENDED DUONG COMPLAINT | | | |
| 2938143 | EPI | 795.00 | $318.00 | 0.4 |
| 8/31/2026 | REVIEW DEBTOR'S MOTION TO DISMISS HUYNH MENDED COMPLAINT | | | |
| 2938202 | EPI | 795.00 | $318.00 | 0.4 |

# DETAILED ACTIVITIES

**Minh Tuong Nguyen** **11/20/2026** **Page # 29**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | |
|---|---|---|---|---|
| 9/1/2026 | REVIEW MEMO FROM E. MURPHY RE STIPULATION FOR TURNOVER OF ESCROW FUNDS, PAUL'S THREATS; RESPOND | | | |
| 2938950 | EPI | 795.00 | $79.50 | 0.1 |
| 9/1/2026 | REVIEW MEMO FROM W. SLAVKIN RE UPCOMING HEARINGS IN SUPERIOR COURT; RESPOND; MULTIPLE | | | |
| 2938951 | EPI | 795.00 | $159.00 | 0.2 |
| 9/10/2026 | TELEPHONE CONFERENCE WITH E. MURPHY RE TURNOVER OF ESCROW FUNDS | | | |
| 2939414 | EPI | 795.00 | $79.50 | 0.1 |
| 9/10/2026 | REVIEW AND REVISE COMPLAINT RE ESCROW FUNDS | | | |
| 2939453 | EPI | 795.00 | $795.00 | 1.0 |
| 9/10/2026 | REVIEW CASE MANAGEMENT STATEMENT | | | |
| 2939553 | EPI | 795.00 | $159.00 | 0.2 |
| 9/11/2026 | REVIEW AND REVISE COMPLAINT RE ESCROW FUNDS | | | |
| 2939845 | EPI | 795.00 | $238.50 | 0.3 |
| 9/11/2026 | TELEPHONE CONFERENCE WITH W. SLAVKIN RE SETTLEMENT NEGOTIATIONS | | | |
| 2946107 | EPI | 795.00 | $79.50 | 0.1 |
| 9/11/2026 | TELEPHONE CONFERENCE WITH E. MURPHY RE STIPULATION WITH ADORE ESCROW RE TURNOVER | | | |
| 2946112 | EPI | 795.00 | $159.00 | 0.2 |
| 9/13/2026 | REVIEW AND REVISE STIPULATION FOR TURNOVER OF ESCROW FUNDS | | | |
| 2940030 | EPI | 795.00 | $238.50 | 0.3 |
| 9/13/2026 | PREPARATION OF ORDER APPROVING STIPULATION FOR TURNOVER OF ESCROW FUNDS | | | |
| 2940031 | EPI | 795.00 | $318.00 | 0.4 |
| 9/13/2026 | PREPARATION OF MEMO TO E. MURPHY RE STIPULATION AND ORDER FOR TURNOVER OF ESCROW FUNDS; TWO | | | |
| 2940032 | EPI | 795.00 | $79.50 | 0.1 |
| 9/17/2026 | REVIEW AND REVISE STIPULATION AND ORDER FOR TURNOVER OF ESCROW FUNDS; PREPARE FOR FILING AND SERICE | | | |
| 2944015 | EPI | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date 2/1/2005**

**To Date 10/31/2026**

9/18/2026 PREPARATION OF STIPULATION BETWEEN TRUSTEE AND ADORE ESCROW, INC. FOR TURNOVER OF ESCROW FUNDS TO TRUSTEE

| | | | | |
|---|---|---|---|---|
| 2941279 | DAMON0 | 0.00 | $0.00 | 0.4 |

9/18/2026 PREPARATION OF **ORDER APPROVING STIPULATION BETWEEN TRUSTEEAND ADORE ESCROW, INC. FOR TURNOVER OF ESCROW FUNDS TO TRUSTEE**

| | | | | |
|---|---|---|---|---|
| 2941286 | DAMON0 | 0.00 | $0.00 | 0.2 |

9/18/2026 REVIEW AND REVISE STIPULATION AND ORDER FOR TURNOVER OF ESCROW FUNDS; PREPARE FOR FILING AND SERVICE

| | | | | |
|---|---|---|---|---|
| 2944165 | EPI | 795.00 | $159.00 | 0.2 |

9/25/2026 REVIEW DEBTOR'S ANSWER TO FIRST AMENDED COMPLAINT OF PAUL NGUYEN

| | | | | |
|---|---|---|---|---|
| 2945752 | EPI | 795.00 | $79.50 | 0.1 |

9/26/2026 REVIEW ENTERED ORDER APPROVING TRUSTEE'S STIPULATION WITH ADORE ESCROW

| | | | | |
|---|---|---|---|---|
| 2945755 | EPI | 795.00 | $79.50 | 0.1 |

9/28/2026 PREPARATION OF MEMO TO E. MURPHY RE ENTRY OF ORDER APPROVING STIPULATION TO TURN OVER FUNDS TO TRUSTEE; REVIEW RESPONSE; MULTIPLE

| | | | | |
|---|---|---|---|---|
| 2945775 | EPI | 795.00 | $79.50 | 0.1 |

9/29/2026 REVIEW AND REVISE COMPLAINT TO REMOVE ADORE ESCROW

| | | | | |
|---|---|---|---|---|
| 2945796 | EPI | 795.00 | $318.00 | 0.4 |

9/29/2026 PREPARATION OF MEMO TO TRUSTEE RE DRAFT COMPLAINT; REVIEW RESPONSE

| | | | | |
|---|---|---|---|---|
| 2945797 | EPI | 795.00 | $79.50 | 0.1 |

9/30/2026 REVIEW STATUS REPORT IN DEBTOR'S ACTION AGAINST PAUL NGUYEN

| | | | | |
|---|---|---|---|---|
| 2945992 | EPI | 795.00 | $79.50 | 0.1 |

10/1/2026 REVIEW JOINT STATUS REPORT - HUYNH ADVERSARY'

| | | | | |
|---|---|---|---|---|
| 2949898 | EPI | 795.00 | $79.50 | 0.1 |

10/2/2026 REVIEW STATUS REPORT IN DUONG ADVERSARY

| | | | | |
|---|---|---|---|---|
| 2949935 | EPI | 795.00 | $79.50 | 0.1 |

10/10/2026 REVIEW DEBTOR'S MOTION TO DISMISS FIRST AMENDED ASHLEY NGUYEN 523 COMPLAINT

| | | | | |
|---|---|---|---|---|
| 2952244 | EPI | 795.00 | $238.50 | 0.3 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**

**CASE # 10625**

**From Date** 2/1/2005
**To Date** 10/31/2026

| | | | | |
|---|---|---|---|---|
| 10/13/2026 | REVIEW H. HYUNH'S OPPOSITION TO DEBTOR'S MOTION TO DISMISS | | | |
| 2952520 | EPI | 795.00 | $159.00 | 0.2 |
| 10/14/2026 | REVIEW V. DUONG'S OPPOSITION TO MOTION TO DISMISS | | | |
| 2952546 | EPI | 795.00 | $318.00 | 0.4 |
| 10/19/2026 | REVIEW MEMO FROM D. FRASER RE MEET AND CONFER IN CUSTOS TERRAE LAWSUIT; RESPOND | | | |
| 2952880 | EPI | 795.00 | $238.50 | 0.3 |
| 10/20/2026 | REVIEW DEBTOR'S REPLY RE MOTION TO DISMISS HUYNH | | | |
| 2953429 | EPI | 795.00 | $159.00 | 0.2 |
| 10/24/2026 | REVIEW ENTERED ORDER GRANTING DEBTOR'S MOTION TO DISMISS DUONG COMPLAINT | | | |
| 2953474 | EPI | 795.00 | $79.50 | 0.1 |
| 10/24/2026 | REVIEW ENTERED ORDER GRANTING DEBTOR'S MOTION TO DISMISS HUYNH COMPLAINT | | | |
| 2953475 | EPI | 795.00 | $79.50 | 0.1 |
| 10/26/2026 | REVIEW AND REVISE COMPLAINT RE ESCROW FUNDS AND TO AVOID PAUL'S LIEN | | | |
| 2951302 | EPI | 795.00 | $1,192.50 | 1.5 |
| 10/26/2026 | REVIEW MEMO FROM D. FRAZER WITH MEET AND CONFER RE LAWSUIT; REVIEW MEET AND CONFER LETTER | | | |
| 2953708 | EPI | 795.00 | $238.50 | 0.3 |
| 10/27/2026 | PREPARATION OF COMPLAINT | | | |
| 2951657 | DAMON0 | 0.00 | $0.00 | 0.5 |
| 10/27/2026 | REVIEW AND REVISE COMPLAINT RE ESCROW FUNDS; PREPARE FOR FILING | | | |
| 2953856 | EPI | 795.00 | $397.50 | 0.5 |
| 10/28/2026 | REVIEW SUMMONS; CALENDAR DATES | | | |
| 2953886 | EPI | 795.00 | $79.50 | 0.1 |
| 10/30/2026 | PREPARATION OF MEMO TO H. LAI RE COMPLAINT, SERVICE ADDRESS, POSSIBLE STIPULATION TO JUDGMENT | | | |
| 2954129 | EPI | 795.00 | $159.00 | 0.2 |

# DETAILED ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**From Date** 2/1/2005
**To Date** 10/31/2026

| | | |
|---|---|---|
| **Total** | **$13,912.50** | **19.1** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

## 01 - ASSET ANALYSIS AND RECOVERY

| | | | |
|---|---|---|---|
| EPI | 10.0 | 795.00 | $7,950.00 |
| **Total Hours** | **10.0** | **Total Fees** | **$7,950.00** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

**02 - ASSET DISPOSITION**

| | | | |
|---|---|---|---|
| DAMON0 | 2.3 | 0.00 | $0.00 |
| EPI | 40.6 | 795.00 | $32,277.00 |
| **Total Hours** | **42.9** | **Total Fees** | **$32,277.00** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

**04 - CASE ADMINISTRATION**

| | | | |
|---|---|---|---|
| DAMON0 | 0.7 | 0.00 | $0.00 |
| EPI | 14.1 | 795.00 | $11,209.50 |
| JNT | 0.7 | 775.00 | $542.50 |
| **Total Hours** | **15.5** | **Total Fees** | **$11,752.00** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

**05 - CLAIMS ADMIN. AND OBJECTIONS**

| | | | |
|---|---|---|---|
| EPI | 0.2 | 795.00 | $159.00 |
| **Total Hours** | **0.2** | **Total Fees** | **$159.00** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

**07 - FEE / EMPLOYMENT APPLICATIONS**

| | | | |
|---|---|---|---|
| DAMON0 | 1.9 | 0.00 | $0.00 |
| EPI | 6.1 | 795.00 | $4,849.50 |
| JNT | 0.6 | 775.00 | $465.00 |
| TMA | 0.8 | 750.00 | $600.00 |
| **Total Hours** | **9.4** | **Total Fees** | **$5,914.50** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

**08 - FEE / EMPLOYMENT OBJECTIONS**

| | | | |
|---|---|---|---|
| EPI | 0.2 | 795.00 | $159.00 |
| **Total Hours** | **0.2** | **Total Fees** | **$159.00** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

## 10 - RELIEF FROM STAY

| | | | |
|---|---|---|---|
| DAMON0 | 1.1 | 0.00 | $0.00 |
| EPI | 8.1 | 795.00 | $6,439.50 |
| JNT | 0.6 | 775.00 | $465.00 |
| TMA | 2.5 | 750.00 | $1,875.00 |
| **Total Hours** | **12.3** | **Total Fees** | **$8,779.50** |

# INDIVIDUAL ACTIVITIES



**Minh Tuong Nguyen**
**CASE # 10625**

**SERVICE RENDERED FROM 2/1/2005 THROUGH 10/31/2026**

**20 - OTHER LITIGATION**

| | | | |
|---|---|---|---|
| DAMON0 | 1.6 | 0.00 | $0.00 |
| EPI | 17.5 | 795.00 | $13,912.50 |
| **Total Hours** | **19.1** | **Total Fees** | **$13,912.50** |

# PROFESSIONAL ACTIVITY SUMMARY

**Minh Tuong Nguyen** **11/20/2026**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | | |
|---|---|---|---|---|---|
| **DAMON0** | **7.6** | **Hours** | **@** | **0.00** | **$0.00** |
| **EPI** | **96.8** | **Hours** | **@** | **795.00** | **$76,956.00** |
| **JNT** | **1.9** | **Hours** | **@** | **775.00** | **$1,472.50** |
| **TMA** | **3.3** | **Hours** | **@** | **750.00** | **$2,475.00** |
| **Total Hours** | **109.6** | | | **Total Fees** | **$80,903.50** |

# ACTIVITY SUMMARY

**11/20/2026**

**Minh Tuong Nguyen**

**CASE # 10625**

**From Date** 2/1/2005

**To Date** 10/31/2026

| DESCRIPTION | FEES |
|---|---|
| ASSET ANALYSIS AND RECOVERY | $7,950.00 |
| ASSET DISPOSITION | $32,277.00 |
| CASE ADMINISTRATION | $11,752.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $159.00 |
| FEE / EMPLOYMENT | $5,914.50 |
| FEE / EMPLOYMENT OBJECTIONS | $159.00 |
| RELIEF FROM STAY | $8,779.50 |
| OTHER LITIGATION | $13,912.50 |
| TOTAL FEES | $80,903.50 |

# EXHIBIT "B"

# COSTS BREAKDOWN

**11/20/2026**

**Minh Tuong Nguyen** **From Date** **2/1/2005**
**CASE # 10625** **To Date** **10/31/2026**

| | | |
|---|---|---|
| 5/31/2026 | POSTAGE | 44.08 |
| 5/31/2026 | REPRODUCTION COSTS | 154.00 |
| 6/30/2026 | POSTAGE | 0.74 |
| 6/30/2026 | REPRODUCTION COSTS | 0.60 |
| 9/30/2026 | POSTAGE | 12.75 |
| 10/9/2026 | FEDERAL EXPRESS | 12.75 |
| 10/31/2026 | POSTAGE | 161.60 |
| 10/31/2026 | REPRODUCTION COSTS | 420.40 |

# COSTS SUMMARY

**11/20/2026**

**Minh Tuong Nguyen**
**FILEE # 10625**

**From Date** **2/1/2005**
**To Date** **10/31/2026**

| | |
|---|---|
| REPRODUCTION COSTS | 575.00 |
| FEDERAL EXPRESS | 12.75 |
| POSTAGE | 219.17 |
| **TOTAL COSTS** | **$806.92** |

# EXHIBIT "C"

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
2818 La Cienega Avenue, Los Angeles, CA 90034
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

**2026**
PARTNERS

DAVID L. NEALE ("DLN") began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers; Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries, Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways

and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee. Mr. Neale is the author of "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook;* "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook;* "SEC Actions and Stays," *National Law Journal,* 2002; "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003, and "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016. He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics. He has appeared as a speaker on the following topics before the following

organizations: "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998; "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998; "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998; "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001. He has appeared as a panelist, addressing issues relating to "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars; "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008; "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010; "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016, and "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018.

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/ restructuring field in California.

RON BENDER is a founding and co-managing partner of the firm. With a large and diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers. Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., *summa cum laude*), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring practices in Southern California, including the representation of debtors, creditors' committees, creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of creditors. Mr. Bender's incredibly broad Chapter 11 and insolvency debtor experience includes the the representation of Ironclad Performance Wear (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" which was sold for $25.25 million); representation of Rdio (a digital music service provider which was sold to Pandora for $75 million); Country Villa (one of the largest owners and operators of skilled nursing facilities with annual revenue of more than $200 million which was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the biotechnology field which was sold); Matterhorn Group (a large manufacturer of novelty ice cream products which was sold); Fat Burger (a well known chain of hamburger restaurants which were sold); Westcliff Medical Laboratories (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees which was sold for $57.5 million); LifeMasters Supported Selfcare (a national disease

management company with annual revenue of $80 million which was sold); Bodies in Motion (a chain of fitness facilities which was sold for approximately $10 million); Max Equipment Rental (an equipment rental company which successfully reorganized); Nelson & Associates (a manufacturers' representative in the electrical industry which successfully restructured its debt); Douglas Furniture (a large furniture manufacturer); Padilla Construction (a plastering company which successfully reorganized); Lamas Beauty (a manufacturer of beauty supply products which was sold); Paramount Scaffolding (a large scaffolding rental company which was sold); Alin Party Supply (a retail chain of party supplies which successfully reorganized); Lake San Marcos Resort & Country Club; Krystal Air (an aircraft leasing company which was sold); Pacific High Reach (a large construction equipment rental company which was sold for $17 million); Krystal Koach (a large manufacturer of limousines and shuttle buses which was sold); Small World Toys (a toy company which was sold for approximately $16 million); Intervisual (a children's book company which was sold for approximately $10 million); LightPointe Communications (a manufacturer of wireless networking equipment which successfully reorganized); Nicola (a large olive importer and distributor which successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores which successfully reorganized); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million which was sold for approximately $17 million); Aura Systems (a publicly traded manufacturer of a mobile power generator which successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, which was sold for approximately $8 million); Alliant Protection Services (a commercial and residential alarm services company with 16,000 customers, which was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear, which successfully reorganized involving $22 million of cash, debt and stock); Shoe Pavilion (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States which was sold); Gadzoox Networks (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino, which were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly traded publishers of thirteen national magazines, which were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, which was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million which engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, which was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt which was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry which was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former

Norton Air Force base in San Bernardino, California, which was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California which was sold for $25 million); Marbella Golf and County Club (a golf and country club located in San Juan Capistrano which successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside which successfully reorganized); Servall Packaging Industries (a contract packaging company which was sold); Polaris Networks (a telecommunications networks and software company which successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories which was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11 bankruptcy case of Trigem America (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and Robinson Golf Holdings (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors.

EDWARD M. WOLKOWITZ. Mr. Wolkowitz has focused on the areas of insolvency and commercial law during more than 30 years of practice. He has represented debtors, creditors, trustees, receivers and creditors committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003). Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City. Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge, (B.A., 1971); Southwestern University Law School (J.D., *cum laude*, 1975); The University of Michigan Law School (LL.M., 1976). His publications include: "Debtors Have New Weapons Against Involuntary Bankruptcy," Journal of Corporate Renewal 12 (December 2007); "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 B.H. Bar J. 83 (1990); "Insolvency and Bankruptcy," (Chapter 7) California Family Law Service, Bancroft-Whitney (1986); "Legislative Analysis--Land Use Proposals", 8 Southwestern University Law Review 216 (1976); "Land Use Controls: Is there a Place For Everything", 6 Sw.U.L.Rev. 607 (1974). He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum, is on the Editorial Board of the California Bankruptcy

Journal and the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

TIMOTHY YOO. Mr. Yoo specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer." Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides for serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee and Chief Restructuring Officer. Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer). Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the Korea Times and California Continuing Education of the Bar.

DAVID B. GOLUBCHIK, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996-1997). Member, American Bar Association, Los Angeles County Bar Association, Los Angeles Bankruptcy Forum. Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

GARY KLAUSNER joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treaster & Glatt. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976. He represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of

businesses and industries including real estate development, hospitality and restaurants, aerospace, entertainment, retail, health care and transportation. He also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. He currently chairs the American Bar Association's Chapter 9 Committee. Mr. Klausner was recognized in 2012 as "Bankruptcy Lawyer of the Year" by the Century City Bar Association, and was elected a Fellow of the American College of Bankruptcy in 2010. He is also a past president and member of the Board of Governors of the Financial Lawyers Conference and a past president and board member of the Los Angeles Bankruptcy Forum.

ERIC P. ISRAEL, has been a lawyer and advisor for more than 37 years for bankruptcy, workouts, debtor-creditor litigation, exemption planning, and business reorganizations. He represents debtors, trustees, creditors, creditor committees, and shareholders in complex bankruptcy and workout scenarios. Clients seek counsel from Eric for proactive advice when confronted with complicated problems before litigation, during litigation, and postjudgment. Eric has extensive experience representing individual and business debtors, landlords, court-appointed receivers, and bankruptcy trustees, with regard to insolvencies and business bankruptcy, and state and federal receiverships, including bankruptcy litigation and appeals. He has handled reorganizations for numerous construction companies, an oil company and retail establishments, among others. His litigation practice includes:investigating and tracing assets and transfers and Ponzi schemes; prosecuting and defending fraudulent transfers, preferential transfers, and other avoidance actions; prosecuting and defending nondischargeability proceedings and objections to discharge; and representing sellers and buyers in asset sales. Eric also specializes in handling appeals and virtually any other issue that may arise within or outside of bankruptcy. He has handled or been actively involved in numerous high-profile and significant local cases involving HVI Cat Canyon, Inc., G. David Schine, Prime Time Shuttle, Ezri Namvar, Toni Braxton, Tom Sizemore, CBC Framing Company, Death Row Records, and Marion "Suge" Knight. Eric is also a certified mediator through the Straus Institute for Dispute Resolution. He has served on the panel of mediators for the bankruptcy courts in the Central District of California since the panel's inception in 1998. Over the years, Eric has held leadership positions with various California bar groups, including serving as Chairman of the Commercial Law and Bankruptcy Section of the Los Angeles County Bar Association (2014–2015) and Co-Managing Editor of the California Bankruptcy Journal (2008–present). He has spoken on many diverse bankruptcy topics, including individual Chapter 11 cases, the intersection between bankruptcy and family law, avoiding power litigation, advanced issues in bankruptcy sales, Subchapter V small business reorganizations, and diversity in the field.

BRAD D. KRASNOFF has served as insolvency counsel for more than 35 years. He has extensive experience representing fiduciaries in a myriad of matters in the bankruptcy court. He has served as a court-appointed fiduciary for more than 25 years. As counsel, he has prosecuted and defended avoiding power claims (preferential/fraudulent transfers), asset sale litigation, discharge litigation, and numerous other bankruptcy litigation matters. As a fiduciary, he has administered numerous types and varieties of assets and businesses.

DANIEL H. REISS, partner of the firm, born April 19, 1962, Los Angeles, California. Business and Professional Experience: 1990 to present, primary practice areas of bankruptcy, insolvency, business reorganization and commercial litigation. Tax Accountant with KMPG Peat Marwick, 1983-1987; Certified Public Accountant. Education and Honors: California State University, Northridge, summa cum laude, B.S., Business Administration, 1984; University of

Southern California, courses in Masters in Business Taxation program, 1986; Loyola of Los Angeles Law School, J.D., 1990; St. Thomas Moore Honor Society, 1988-90; Staff and Note Editor, Loyola of Los Angeles Law Review, 1988-1990; President of Phi Delta Phi legal honor fraternity. Bar Admissions: 1990 State of California, U.S. Federal District Court for the Southern, Central, Eastern and Northern Districts of California. Professional Memberships: California State Bar, Bankruptcy and Commercial Law Sections, Los Angeles Bankruptcy Forum, The Association for Corporate Growth. Lecturer: California Credit Managers Association, "Hostile Takeovers in Bankruptcy;" Credit and Financial Services Division of the National Association of Credit Managers, "Creditors' Revenge: Involuntary Bankruptcy Petitions;" Haight, Brown & Bonesteel, L.L.P., "So, You Want to Be a Millionaire?" Voted 2006 Southern California Super Lawyer.

MONICA YOUNG KIM, born Daejon, S. Korea, June 4, 1970; admitted to bar 1995, California. Education: University of California at Berkeley (B.A., 1991); Hastings College of the Law (J.D., 1995). Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995-96.

BETH ANN R. YOUNG, born Santa Monica, California, June 30, 1964; admitted to bar December, 1989, California. Admitted to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit. Education: University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989). Member: American Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers' Conference, and Los Angeles Bankruptcy Forum. Reported Decisions: San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251. Presenter: "Domestic Partnerships in California: Important New Rules Affecting Creditors," October, 2004.

PHILIP A. GASTEIER. Mr. Gasteier's more than 30 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions. In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," Shopping Center Legal Update, Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard_Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties. Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses

and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc. Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990-1992). He has been active in civic affairs, and is a past President (2008-2009), Vice President (2006-2008) and Board Member (2004-2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.

JOHN N. TEDFORD, IV, is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. John joined Levene Neale in February 2025, after over 22 years at Danning, Gill, Israel & Krasnoff, LLP. For over 20 years, John Tedford has represented debtors, creditors, trustees and receivers in bankruptcy and other insolvency matters. He represents clients in all California state and federal courts, especially bankruptcy courts. He is also a member of the bar of the U.S. Supreme Court. When not representing clients, John often speaks and writes about trending issues in his field. He is a regular contributor of e-Bulletins published by the Insolvency Law Committee of the California Lawyers Association's Business Law Section. His articles have been published in the California Bankruptcy Journal, ABI Journal, and Norton's Annual Survey of Bankruptcy Law. John also is active in a number of legal organizations. He was recently selected to be a Fellow of the American College of Bankruptcy, and will be inducted in the 36th Class of the College in March 2025. He is currently a Lawyer Representative to the Ninth Circuit Judicial Conference, President of the California Bankruptcy Forum, and Treasurer of the Century City Bar Association. He is a board member and former officer of the Los Angeles Bankruptcy Forum (serving as its President in 2017-2018) and Financial Lawyers Conference (serving as its President in 2023-2024). John also is a former co-chair of the Insolvency Law Committee of the Business Law Section of the California Lawyers Association.

EVE H. KARASIK is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors. She spent one year thereafter managing the Los Angeles office of Gordon Silver, a multi-practice firm with primary offices in Nevada. Ms. Karasik has a breadth of experience representing entities in wide variety of industries, with significant expertise in gaming, retail, and the food and beverage industry,

among others. Some of her Debtor representations of note include: Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributer*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), New Meatco Provisions, LLC. (Los Angeles, CA, *Protein Distribution*) and Amerco (Reno, NV, *Retail/Trucking*). Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe Settlement Trust, the Thorpe Insulation Company Settlement Trust, Plant Insulation Settlement Trust, and the Western Asbestos Settlement Trust (Reno, NV, *Section 524(g) Bankruptcy Trusts*). Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named as a Southern California States Super Lawyers®, 2012-2015 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law – 2007- 2015; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

JULIET Y. OH, born Tenerife, Canary Islands (Spain), September 15, 1975; admitted to bar 2000, California. Education: Stanford University (B.A.1997), University of California, Los Angeles (J.D., 2000). Extern with the Office of the United States Trustee for the Central District of California, 1999. In addition to the State Bar of California, admitted to the U.S. Federal District Court for the Central, Southern, and Eastern Districts of California. Member, American Bar Association, Los Angeles County Bar Association.

TODD M. ARNOLD, born Sacramento, California, December 17, 1973. Admitted to the State Bar of California 2002. In addition to the State Bar of California, admitted to the U.S. District Court for all Districts of California. Education: University of California, Los Angeles (B.A. 1997), Loyola Law School, Los Angeles (J.D. 2002), *Order of the Coif*. Extern and Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge (2002-2003). Member, American Bar Association, Los Angeles County Bar Association, American Bankruptcy Institute and Financial Lawyers Conference.

TODD A. FREALY. Mr. Frealy represents Chapter 7 trustees throughout the Central District of California in all aspects of case administration and litigation. Mr. Frealy also represents banks, landlords and other creditors in Chapter 11 cases and adversary proceedings. Mr. Frealy was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California in July 2010. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). He was a law clerk to the Honorable David N. Naugle, U.S. Bankruptcy Court, Central District of California, Riverside

Division (1998-2000). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Courts for the Central District of California. He is a member of the Board of Directors for the Inland Empire Bankruptcy Forum and a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2009, Mr. Frealy was recognized as a "Rising Star" in a listing published by Super Lawyers magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

CARMELA T. PAGAY. Ms. Pagay specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation. Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the Loyola of Los Angeles International and Comparative Law Journal. Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. She is currently a member of the Beverly Hills Bar Association, Bankruptcy Section Executive Committee, the Los Angeles County Bar Association, and the Women Lawyers Association of Los Angeles, and is also an editorial board member of the Los Angeles Lawyer magazine.

KRIKOR J. MESHEFEJIAN, born, Los Angeles, California. Admitted to California State Bar, January 2008. Education: University of California, Irvine (B.A., 2003); University of Illinois College of Law (J.D., 2007). Experience: Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, October 2007 - January 2008; Law Clerk to the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, March 2008 - September 2008.

JOHN-PATRICK M. FRITZ, born, New Orleans, Louisiana. Admitted to California State Bar, December 2006. Education: Tufts University, Massachusetts (B.A., 2001); Southwestern University School of Law (J.D., 2006). Experience: Law Clerk to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California, August 2007 – August 2009.

RICKY STEELMAN is a Partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's practical, client-centered, and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring, and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, creditors, debtors, hospitals, and emergency physician groups in state and federal courts, as well as private arbitrations, throughout all phases of the litigation process. This includes pre-litigation investigation and demands, the filing of a complaint, law and motion practice (such as drafting and filing demurrers, motions to dismiss, and motions for summary judgment), conducting and responding to discovery (including depositions and subpoenas), attending mediations and settlement conferences, and representing clients at trial and evidentiary hearings.

Mr. Steelman is also an experienced appellate attorney who has managed more than 85 appeals in the various appellate districts of the California Courts of Appeal, the Bankruptcy Appellate Panel for the Ninth Circuit, and the United States Court of Appeals for the Ninth Circuit. He also has substantial bankruptcy experience in numerous bankruptcy matters,

contested proceedings, and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

Mr. Steelman also has significant class action defense work in federal court and substantive experience handling California probate proceedings, including trial. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. He is licensed in all California state and federal courts, the U.S. Court of Appeals for the Ninth Circuit, as well as the state of Colorado. He is a member of the Los Angeles County Bar Association and its Appellate Courts and Litigation sections. He is honored to have been named nine times as a Southern California Super Lawyers "Rising Star." Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes.

JEFFREY S. KWONG joined LNBYG as an associate in 2014. Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal. He received his undergraduate degree, summa cum laude, from the University of California, San Diego. He is a member of the Beverly Hills Bar Association, the Financial Lawyers Conference, and the Los Angeles Bankruptcy Forum.

JOE ROTHBERG joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United

States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regard- ing various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.

SENIOR COUNSEL

ANTHONY A. FRIEDMAN was born in Los Angeles, California. He received his Juris Doctor degree from the University of La Verne School of Law and his Bachelor of Arts degree from the University of California at San Diego. Mr. Friedman primarily practices in the bankruptcy area and focuses on Trustee, Debtor and Creditor representation, as well as commercial litigation. Prior to joining Levene Neale Bender Yoo & Brill LLP, Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California, an associate at Weinstein, Eisen & Levine, Greenberg & Bass, Weintraub & Aver, LLP, and most recently, Moldo Davidson Fraioli Seror & Sestanovich LLP. Mr. Friedman is admitted to practice in the state courts of California the United States District Court for the Central District of California and the 9th Circuit Court of Appeals. Mr. Friedman practices in the areas of bankruptcy, commercial litigation and corporate transactions. Mr. Friedman is a member of the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyer's Conference, the Commercial Law League of America, and the San Fernando Valley Bar Association. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.

MICHAEL G. D'ALBA joined LNBYG in May 2024 as Senior Counsel. He represents Chapter 7 trustees in investigations and avoidance actions, including on appeal. His practice extends to representing partition referees, receivers, judgment creditors, and debtors in possession in litigation matters. Prior to joining LNBYG, Mr. D'Alba practiced at a bankruptcy law firm in Los Angeles for 14 years. His experience there included representing the receiver of a Ponzi scheme in avoiding and recovering transfers and liquidating other assets; prevailing for the trustee on appeal when a transferee argued that a one-year statute of limitations under state law should apply over a two-year statute of limitations under bankruptcy law; avoiding unequal property settlement agreements that were followed by bankruptcy; enforcing the discharge injunction on behalf of reorganized debtors, obtaining monetary sanctions; collecting judgments, including by judicial foreclosure; and selling by auction the intellectual property assets of a defunct media enterprise. During this time, he authored *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions*, 34 CAL. BANKR. J. 77 (2017), and *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code*, 35 CAL. BANKR. J. 339 (2021) (Brad D. Krasnoff, co-author). Mr. D'Alba is a member of the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Century City Bar Association. He has participated in the James T. King Bankruptcy Inn of Court and volunteered for Public Counsel's bankruptcy pro bono program. Upon graduating from Princeton University and Rutgers University School of Law, Mr. D'Alba practiced in the commercial litigation department of a

New Jersey law firm, which included representing Chapter 11 debtors in the residential real estate development industry.

ASSOCIATES

ROBERT M. CARRASCO joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California- Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court. Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach.

JOHN ALLEN LIVINGSTON joined LNBY&G as an associate attorney in October 2026. Prior to joining LNBY&G, John gained served as a judicial law clerk for the Hon. Martin R. Barash and the Hon. Victoria S. Kaufman, both U.S. bankruptcy judges presiding in the San Fernando Valley division of the U.S. Bankruptcy Court for the Central District of California. During law school, John was a judicial extern for the Hon. Sheri A. Bluebond in the Los Angeles division of the U.S. Bankruptcy Court for the Central District of California, and the Hon. Laurel M. Isicoff (ret.) in the Miami division of the U.S. Bankruptcy Court for the Southern District of Florida.

John obtained his juris doctorate degree from Florida International University College of Law in 2024. He graduated summa cum laude, was a dean's merit scholar, made the dean's list every semester, and received awards for earning the highest grade in seven doctrinal courses. John obtained his bachelor's degree from Florida Atlantic University in 2021.

## PARAPROFESSIONALS

JASON KLASSI received his Bachelors of Arts degree from the University of California at Los Angeles graduating Magna Cum Laude in 1979. He has over 20 years of paralegal experience within the State of California currently working at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. since its inception in 1995. Mr. Klassi maintains compliance for paralegal qualification under Business & Professions Code 6450(c)(3) and (d). He also is an active member of the Los Angeles Paralegal Association.

CONNIE RAY is a Trustee Administrator/Paralegal who received her Paralegal Certificate from the UCR Extension Paralegal Training Program. She received her bachelor's degree from the University of California, Santa Barbara in 1997. Prior to joining the Firm, she worked for the U.S. Bankruptcy Court, Central District of California, for 12 years, including working as Judicial Assistant to the Honorable Peter H. Carroll from 2002 to 2010.

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association. Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999. Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

REBECKA MERRITT received her Bachelor of Science Degree in Integrative Studies at Kennesaw State University. Ms. Merritt has been working with law firms for the past six years. She was employed by The Zagoria Law Firm, a Personal Injury firm in Atlanta, Georgia, as a legal assistant/paralegal from January 2018 until February 2022. Ms. Merritt was also employed as a legal secretary at Moray & Agnew Law Firm in Newcastle, Australia, in Property Law, from July 2022 until January 2023. In January 2023, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P. Ms. Merritt continues her paralegal education by maintaining MCLE compliance.

VANINA IVANOVA is a paralegal with a strong academic foundation in political science and legal studies. She holds a Bachelor's degree in Political Science with a concentration in Law and Society from California State University, Northridge, where she focused on the structure and function of the United States government and the development of its laws and regulations. Vanina went on to earn her Master's degree in Studies of Law from the University of Southern California. During her time at USC, she gained broad exposure to foundational areas of the legal field, including business law , and corporate litigation. In May 2025, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P. Ms. Ivanova continues her paralegal education by maintaining MCLE compliance.

# EXHIBIT "D"

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
TODD M. ARNOLD (State Bar No. 221868)
*TMA@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

FILED & ENTERED

JUN 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

[Proposed] Special Counsel for Jeffrey I. Golden, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE**<br><br>Date: June 3, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California |

On June 3, 2026, the Court heard and considered the *Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Special Litigation Counsel to Chapter 7 Trustee* (the "Application") (*docket no. 68*), filed by Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the estate of Minh Tuong Nguyen (the "Debtor"), the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding. All appearances were as noted on the record at the hearing.

The Court having read the Application, the objection of Paul Nguyen (the "Objection") (*docket no. 69*), the Trustee's notice of the hearing (*docket no. 73*), and the Trustee's reply (*docket no. 84*), having heard the statements of parties and counsel at the hearing, for good cause appearing, it is

**ORDERED THAT:**

1. The Application is granted as set forth on the record.

2. Pursuant to 11 U.S.C. § 327(e), the Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), as special litigation counsel, to (a) investigate and, if appropriate, seek to recover the Escrow Funds[1] and avoid any execution or other liens resulting from the Levy, and (b) aid the Trustee in interfacing with counsel presently handling the Lawsuit and, if a settlement is reached, to obtain Court approval of that compromise.

3. LNBYG shall apply to the Court under 11 U.S.C. §§ 330 and 331 for an allowance of fees and expenses not more often than every 120 days. LNBYG shall accept such compensation and reimbursement of expenses as may be awarded by the Court.

# # # # #

Date: June 10, 2026

Scott C. Clarkson
United States Bankruptcy Judge

[1] Capitalized terms not defined in this Order have the meanings ascribed to them in the Application.

# EXHIBIT "E"

ERIC P. ISRAEL (State Bar No. 132426)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: EPI@LNBYG.COM

Attorneys for Plaintiff Jeffrey I. Golden, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>THANH BINH TRAN, an individual; NGOC LAM PHUONG NGUYEN; an individual; PAUL NGUYEN, an individual; and BAN T. NGUYEN, an individual,<br><br>Defendants. | Adv. No. 2:26-ap-01115-SC<br><br>**STIPULATION BETWEEN TRUSTEE AND DEFENDANT PAUL NGUYEN FOR:**<br>**(1) WAIVER OF JUDGMENT LIEN AGAINST LAWSUIT ENTITLED <u>MINH TUONG NGUYEN V. CUSTOS TERRAE, REMAX REAL ESTATE ONE, GEORGE BALCH, DANIEL DULAC, JULIE DAO AND HUONG THI TRAN, MINH TUONG NGUYEN V. CUSTOS TERRAE, ETC.</u>; AND**<br>**(2) CONTINUANCE OF HEARING ON MOTION TO DISMISS**<br><br>**<u>Initial Status Conference</u>**<br>Date: January 26, 2027<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>U.S. Bankruptcy Court<br>411 W Fourth St.,<br>Santa Ana, CA |

Plaintiff Jeffrey I. Golden, the Chapter 7 trustee (the "**Trustee**") for the estate of Minh Tuong Nguyen (the "**Debtor**"), and defendant Paul Nguyen ("**Paul**"), request that the Court approve the within stipulation between them (the "**Stipulation**"):

WHEREAS, on or about October 27, 2026, the Trustee filed his Trustee's Complaint: (1) for Declaratory Relief; (2) to Avoid and Preserve Preferential Transfers; and (3) to Object to Claim (the "**Complaint**") commencing the within adversary proceeding [Adv. Dkt 1];

WHEREAS, among other things, the Trustee through the Complaint seeks to avoid judgment liens in favor of Paul against: (1) $38,000 which was held in escrow at Adore Escrow, Inc. (the "**Escrow Funds**" and "**Adore**", respectively), and (2) a lawsuit pending in Orange County Superior Court described as case no. 30- 2026-01541241-CU-FR-CJC, Minh Tuong Nguyen v. Custos Terrae, Remax Real Estate One, George Balch, Daniel Dulac, Julie Dao and Huong Thi Tran, Minh Tuong Nguyen v. Custos Terrae, etc. (the "**Lawsuit**");

WHEREAS, the Trustee duly served the Complaint and summons thereon to all of the defendants herein, including Paul;

WHEREAS, according to the summons, among other things, the deadline to respond to the Complaint was set as November 30, 2026 [Adv. Dkt 2];

WHEREAS, on or about November 5, 2026, Paul filed a motion to dismiss the Complaint (the "**Motion to Dismiss**") with the hearing thereon scheduled for December 8, 2026, at 1:30 p.m. [Adv. Dkt 4];

WHEREAS, pursuant to a stipulation between the Trustee and Adore in the Debtor's main case [Dkt 141], and an order thereon [Dkt 143], Adore has turned over the Escrow Funds to the Trustee, and Paul's judgment liens continue to attach to the Escrow Funds held by the Trustee with the same force, effect, validity and priority that they have as against the Escrow Funds as of the Petition Date, with the Trustee to hold those funds in a segregated accounting pending further Court order;

WHEREAS, at hearings on or about October 27, 2026 at 11:00 a.m., and November 17, 2026 at 9:30 a.m., the Court heard and granted the Trustee's motion to sell the Lawsuit, with Paul's judgment liens attaching to the sale proceeds with the same force, effect, validity and

priority that they had as against the Lawsuit as of the Petition Date, with the Trustee to hold those funds in a segregated accounting pending further Court order [Dkt 153];

WHEREAS, the Trustee has uploaded an order confirming that sale [Dkt 177], but it has not yet been entered and the sale has not yet closed;

WHEREAS, on or about November 19, 2026, the Trustee and Paul conducted an early meeting of counsel pursuant to Fed. R. Civ. P. 26(f), as incorporated by Fed. R. Bankr. P. 7026, whereat they were able to resolve some but not all of the issues raised in the Complaint;

WHEREAS, the Trustee and Paul respectfully request that the Court approve the within Stipulation between them.

1. Paul agrees to waive any lien on the Lawsuit and the sale proceeds thereof, with the parties bearing their own fees and costs relating thereto;
2. The parties jointly request that the Court continue the hearing on the motion to Dismiss for approximately 45 days to January 12, 2027, at 11:00 a.m., or such later date and time that is convenient to the Court.

Dated: November 23, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:______________________
ERIC P. ISRAEL
Attorneys for Plaintiff Jeffrey I. Golden, Chapter 7 Trustee

Dated: November 23, 2026

______________________________
PAUL NGUYEN, Defendant

# EXHIBIT "F"

| In re<br><br>MIHN TUONG NGUYEN,<br><br>Debtor. | | Case No.<br>8:26-bk-10347-SC<br><br>Chapter 7 | Fees Previously Awarded<br>$0<br><br>Expenses Previously Awarded<br>$0 | Name of Applicant:<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br><br>Role in the Case:<br>Attorneys for Jeffrey I. Golden, Chapter 7 Trustee<br><br>Current Application:<br>Fees Requested: $80,903.50<br>Expenses Requested: $806.92 |
|---|---|---|---|---|
| Attorneys | Year | Normal Hourly Billing Rate (at time of services) | Hours | Extension (hours x rate) |
| See attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Total Blended Hourly Rate—Atty** | | |
| | | **$738.17** | | |

# PROFESSIONAL ACTIVITY SUMMARY

**Minh Tuong Nguyen** **11/20/2026**

**CASE # 10625**

**From Date 2/1/2005**
**To Date 10/31/2026**

| | | | | | |
|---|---|---|---|---|---|
| DAMON0 | 7.6 | Hours | @ | 0.00 | $0.00 |
| EPI | 96.8 | Hours | @ | 795.00 | $76,956.00 |
| JNT | 1.9 | Hours | @ | 775.00 | $1,472.50 |
| TMA | 3.3 | Hours | @ | 750.00 | $2,475.00 |
| Total Hours | 109.6 | | | Total Fees | $80,903.50 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SPECIAL LITIGATION COUNSEL TO TRUSTEE; DECLARATIONS OF ERIC P. ISRAEL AND JEFFREY I. GOLDEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher Cramer secured@becket-lee.com
- Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- Heidi H.L. Griffith heidi@directionslaw.com
- David S Hagen davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Eric P Israel epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- David Tang lawyertang@yahoo.com
- Krystina T Tran ktran@ktranlaw.com, trankr76075@notify.bestcase.com;ktran@ecf.courtdrive.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **November 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 24, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2026 | D. Woo | */s/ D. Woo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |