ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Applicant as Counsel for Jeffrey I. Golden, Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-10347-SC<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON INTERIM APPLICATION FOR AWARD OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONAL**<br><br>**Hearing:**<br>Date: December 15, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>411 W Fourth St.,<br>Santa Ana, CA |

NOTICE IS HEREBY GIVEN that on December 15, 2026, at 11:00 a.m., in Courtroom "5C" of the United States Bankruptcy Court, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California, a hearing will be held on the following interim application for compensation and reimbursement of expenses (the "application") by the following professional in the amounts indicated:

1. Levene, Neale, Bender, Yoo & Golubchik L.L.P., special litigation counsel for Jeffrey I. Golden, the Chapter 7 trustee here (the "Trustee") – interim application, 2818 La Cienega Ave., Los Angeles, California 90034, Attn: Eric P. Israel, Email: EPI@LNBYG.COM [April 21, 2026 through October 31, 2026]:

/ / /

(a) Fees: $80,903.50

(b) Costs: $806.92

Copies of the application may be viewed at the office of the Clerk of the Court, or you may contact the Trustee's successor general bankruptcy counsel named in the upper left-hand corner of this notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1, any response to any of the applications must be in writing, filed with the Clerk of the Court and served upon counsel for the Trustee at the address in the upper left corner of the face of this notice, and upon the United States Trustee, 411 West Fourth Street Suite 7160. Santa Ana, CA 92701, not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

DATED: November 23, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Eric P. Israel*
ERIC P. ISRAEL
Attorneys for Jeffrey I. Golden,
Chapter Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON INTERIM APPLICATION FOR AWARD OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher Cramer secured@becket-lee.com
- Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- Heidi H.L. Griffith heidi@directionslaw.com
- David S Hagen davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net
- D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Eric P Israel epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- David Tang lawyertang@yahoo.com
- Krystina T Tran ktran@ktranlaw.com, trankr76075@notify.bestcase.com;ktran@ecf.courtdrive.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) **November 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 24, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2026 | D. Woo | */s/ D. Woo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-10347-SC
Central District of California
Santa Ana
Tue Nov 24 14:05:35 PST 2026

Green Lotus Group LLC, its successors and/or
c/o Scheer Law Group, LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Levene Neale Bender Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

11 Charter Communications
16011 College Blvd
Lenexa, KS 66219-1366

Ashley Anh Thu Nguyen
104 Nest Pine
Irvine, CA 92602-1885

Chi Phung Luu To
5412 Old Pirate Dr,
Huntington Beach, CA 92649-3608

Cindy Lina Vu
16284 Mount Islip Circle
Fountain Valley, CA 92708-2134

Custos Terrae
27910 Baker Canyon Rd
Silverado, CA 92676-9704

Daniel Dulac
26982 Baker Canyon Rd
Silverado, CA 92676-9703

David J. Fraser
27910 Baker Canyon Rd
Silverado, CA 92676-9704

Directions Law
Directions Law
9140 Trask Ave, Suite 100
Garden Grove, CA 92844-2202

Don Nguyen
57 Zen Gdn
Irvine, CA 92620-3554

Franchise Tax Board Bankruptcy Section
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Green Lotus Group, LLC
8892 Cliffside Drive,
Huntington Beach, CA 92646-2620

Hanh Thi Hong Huynh
18520 Calllens Cir.
Fountain Valley, CA 92708-6600

Julie Dao and Quan Pham
310 N Olympia Place
Anaheim, CA 92806-3631

Leonard Pena
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030-3184

Liz Khanh Ngoc Le To
5412 Old Pirate Dr.
Huntington Beach, CA 92649-3608

Minh Tuong Nguyen
840 Chateau Ct,
Garden Grove, CA 92841-4349

Ngoc Tuyet Lam
c/o Hai H. Lai Law Office of Hai H.Lai
9550 Warner Ave., Suite 250
Fountain Valley, CA 92708-2842

Onpath Federal Cu
Attn: Bankruptcy
PO Box 961
Roanoke, TX 76262-0961

Onpath Federal Cu
PO Box 961
Roanoke, TX 76262-0961

PDA Inc, a California corporation
10055 Slater Ave, Suite 216
Fountain Valley, CA 92708-4722

Paul Nguyen
16027 Brookhurst Street, Suite I-104
Fountain Valley, CA 92708-1551

Thanh Binh Tran
17109 Laurel St.
Fountain Valley, CA 92708-2740

Thuy T. Dinh
2030 Newcastle Drive
Vacaville, CA 95687-8257

Toyota Financial Services
Attn: Bankruptcy
PO Box 22171
Tempe, AZ 85285-2171

Toyota Financial Services
Dallas, TX 75265

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Trueaccord C
16011 College Blvd
Lenexa, KS 66219-1366

Trueaccord C
Attn: Bankruptcy
16011 College Blvd Ste 130
Lenexa, KS 66219-9877

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Van Thi Duong and Thong Huu Nguyen
17272 Newhope St, Suite K
Fountain Valley, CA 92708-4210

Verizon
by AIS InfoSource LP as agent
PO Box 661380
Dallas, TX 75266-1380

Verizon Wireless
Attn: Bankruptcy Department
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless
Dallas, TX 75265

Cindy Lina Vu
16284 Mount Islip Cir
Fountain Valley, CA 92708-2134

Daniel Dulac
27912 Baker Canyon Road
Silverado, CA 92676-9704

Heidi H.L. Griffith
Directions Law
9140 Trask Ave Ste 100
Suite 100
Garden Grove, CA 92844-2202

Jeffrey I Golden (TR)
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626-3067

Krystina T Tran
Law Offices of Krystina T Tran, Esq.
17011 Beach Blvd Ste 830
Huntington Beach, CA 92647-5995

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Internal Revenue Service
P.O. Box 7346

(u)Philadelphia, PA 19101-7346

(d)Don Nguyen
57 Zen Gdn
Irvine, CA 92620-3554

(d)Minh Tuong Nguyen
840 Chateau Ct,
Garden Grove, CA 92841-4349

(d)Paul Nguyen
16027 Brookhurst St Ste I-104
Fountain Valley, CA 92708-1551

(u)Thanh Binh Tran

(u)Wendy Slavkin

End of Label Matrix
Mailable recipients 41
Bypassed recipients 8
Total 49